AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff(s)*

v.

KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KELLER ROHRBACK L.L.P.
KEIL M. MUELLER, OSB No. 085535
601 SW Second Avenue, Suite 1900
Portland, OR 97204
Telephone: 971/253-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**
**SUMMONS**

KINDERCARE LEARNING COMPANIES, INC.
5005 Meadows Road
Lake Oswego, OR 97035

Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PAUL D. THOMPSON
13 Crownridge Terrace
Danville, CA 94506

ANTHONY AMANDI
13084 Knaus Road
Lake Oswego, OR 97034

JOHN T. WYATT
5605 SE Scenic Lane, Unit 300
Vancouver, WA 98661

JEAN DESRAVINES
937 Phyllis Drive
Baldwin, NY 11510

CHRISTINE DEPUTY
225 108th Avenue NE, #400
Bellevue, WA 98004

MICHAEL NUZZO
6025 Via Posada Del N
Rancho Santa Fe, CA 92067

BENJAMIN RUSSELL
12605 Home Farm Drive
Denver, CO 80234

JOEL SCHWARTZ
135 Underhill Road
Scarsdale, NY 10583

ALYSSA WAXENBERG
7 Jacqueline Lane
Rye Brook, NY 10573

PRESTON GRASTY
4201 North Raleigh Street
Denver, CO 80212

PARTNERS GROUP HOLDING AG
Unternehmer-Park 3
6340 Baar
Switzerland

GOLDMAN SACHS & CO. LLC
Registered Agent:
CT Corporation System
330 North Brand Boulevard, Suite 700
Glendale, CA 91203

MORGAN STANLEY & CO. LLC
Registered Agent:
CT Corporation System
330 North Brand Boulevard, Suite 700
Glendale, CA 91203

BARCLAYS CAPITAL INC.
Registered Agent:
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

UBS SECURITIES LLC
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808