AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

KINDERCARE LEARNING COMPANIES, INC.
5005 Meadows Road
Lake Oswego, OR 97035
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street, Wilmington DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-01424-AR

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**ATTACHMENT "A" TO SUMMONS**
**List of Additional Defendants**

PAUL D. THOMPSON
ANTHONY AMANDI
JOHN T. WYATT
JEAN DESRAVINES
CHRISTINE DEPUTY
MICHAEL NUZZO
BENJAMIN RUSSELL
JOEL SCHWARTZ
ALYSSA WAXENBERG
PRESTON GRASTY
PARTNERS GROUP HOLDING AG
GOLDMAN SACHS & CO. LLC
MORGAN STANLEY & CO. LLC
BARCLAYS CAPITAL INC.
UBS SECURITIES LLC