AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KINDERCARE LEARNING COMPANIES, INC.
5005 Meadows Road
Lake Oswego, OR 97035
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street, Wilmington DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAUL D. THOMPSON
13 Crownridge Terrace
Danville, CA 94506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANTHONY AMANDI
13084 Knaus Road
Lake Oswego, OR 97034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JOHN T. WYATT
5605 SE Scenic Lane, Unit 300
Vancouver, WA 98661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JEAN DESRAVINES
937 Phyllis Drive
Baldwin, NY 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTINE DEPUTY
225 108th Avenue NE, #400
Bellevue, WA 98004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MICHAEL NUZZO
6025 Via Posada Del N
Rancho Santa Fe, CA 92067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BENJAMIN RUSSELL
12605 Home Farm Drive
Denver, CO 80234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOEL SCHWARTZ
135 Underhill Road
Scarsdale, NY 10583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALYSSA WAXENBERG
7 Jacqueline Lane
Rye Brook, NY 10573

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRESTON GRASTY
4201 North Raleigh Street
Denver, CO 80212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARTNERS GROUP HOLDING AG
Unternehmer-Park 3
6340 Baar
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>KinderCare Learning Companies, Inc. (Additional defendants are listed on Attachment "A" hereto)<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Goldman Sachs & Co. LLC
c/o Registered Agent
CT Corporation System
780 Commercial St. SE, Ste. 100
Salem, Oregon 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




**MELISSA AUBIN, Clerk of Court**

Date: **08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Morgan Stanley & Co., LLC
c/o Registered Agent
CT Corporation System
780 Commercial St. SE, Ste. 100
Salem, Oregon 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Barclays Capital Inc.
c/o Registered Agent
Corporation Service Company
1127 Broadway Street NE, Suite 310
Salem, Oregon 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Venkata Surya Teja Gollapalli, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

KinderCare Learning Companies, Inc.
(Additional defendants are listed on Attachment "A" hereto)

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UBS Securities LLC
c/o Registered Agent
Corporation Service Company
1127 Broadway Street NE, Suite 310
Salem, Oregon 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keil M. Mueller
Keller Rohrback L.L.P.
601 SW Second Avenue, Suite 1900
Portland, Oregon 97204
kmueller@kellerrohrback.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**Date: 08/13/2025**

**By: s/A. Morrissey, Deputy Clerk**

**ATTACHMENT "A" TO SUMMONS**
**List of Additional Defendants**

PAUL D. THOMPSON
ANTHONY AMANDI
JOHN T. WYATT
JEAN DESRAVINES
CHRISTINE DEPUTY
MICHAEL NUZZO
BENJAMIN RUSSELL
JOEL SCHWARTZ
ALYSSA WAXENBERG
PRESTON GRASTY
PARTNERS GROUP HOLDING AG
GOLDMAN SACHS & CO. LLC
MORGAN STANLEY & CO. LLC
BARCLAYS CAPITAL INC.
UBS SECURITIES LLC