AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:25-cv-01424-AR**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Goldman Sachs & Co. LLC**
was recieved by me on **8/14/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Eden Cloverglade**, who is designated by law to accept service of process on behalf of **Goldman Sachs & Co. LLC** at **780 Commercial St SE Ste 100, Salem, OR 97301** on **08/15/2025 at 2:02 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 67.31** for services, for a total of **$ 67.31**.

I declare under penalty of perjury that this information is true.

Date: 08/15/2025

Rhonda Rowell

*Server's signature*

**Rhonda Rowell**

*Printed name and title*

**P.O BOX 2794**
**Salem, OR 97308**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Eden Cloverglade who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**

Tracking #: **0182436108**