BALLARD SPAHR LLP
BRUCE H. CAHN, OSB No. 935450
cahnb@ballardspahr.com
RYAN O'HOLLAREN, OSB No. 231160
ohollarenr@ballardspahr.com
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

COOLEY LLP
KOJI F. FUKUMURA, *pro hac vice* admission forthcoming
kfukumura@cooley.com
HEATHER M. SPEERS, *pro hac vice* admission forthcoming
hspeers@cooley.com
10265 Science Center Drive
San Diego, CA 92121
Telephone: 858.550.6000

*Attorneys for Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg and Preston Grasty*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC,<br><br>Defendants. | Case No. 3:25-cv-01424-AR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## CONFERRAL

Counsel for defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty (collectively, "KinderCare Defendants"), counsel for defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., and UBS Securities LLC (collectively, "Underwriter Defendants), and counsel for Plaintiff Venketa Surya Teja Gollapalli ("Plaintiff," and together with the KinderCare Defendants and the Underwriter Defendants the "Parties"), certify that they conferred before filing this Stipulation.

## STIPULATION

Plaintiff, the KinderCare Defendants, and the Underwriter Defendants, by and through their undersigned counsel, hereby stipulate that good cause exists to request an order from the Court extending the time for the KinderCare Defendants and the Underwriter Defendants to respond to the Complaint (defined below) and vacating the currently scheduled discovery and pretrial deadlines:

**WHEREAS**, on August 12, 2025, Plaintiff filed a putative class action complaint against Defendants for alleged violations of Sections 11 and 15 of the Securities Act of 1933 (the "Complaint") (Dkt. No. 1);

**WHEREAS**, that same day, the Court issued a Discovery and Pretrial Scheduling Order (Dkt. No. 2) providing certain discovery and pretrial deadlines for this matter;

**WHEREAS**, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including its procedures for the appointment of lead plaintiff and lead counsel (15 U.S.C. § 77z-1(a)(3));

**WHEREAS**, on August 12, 2025, pursuant to the PSLRA (15 U.S.C. § 77z-1 (a)(3)(A)(i)), counsel for Plaintiff published a notice alerting members of the purported class to the pendency of this action, stating that October 14, 2025 is the deadline to move the Court for an appointment of lead plaintiff and lead counsel;



BALLARD SPAHR LLP
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

**WHEREAS**, the KinderCare Defendants and the Underwriter Defendants have all either been served or agreed to accept service of the Summons and Complaint, triggering their deadline to respond to the Complaint;

**WHEREAS**, the Parties expect that after the determination of any lead plaintiff motion(s), the Court-appointed lead plaintiff will either file a superseding complaint or designate the initial Complaint as the operative complaint;

**WHEREAS**, the KinderCare Defendants and the Underwriter Defendants anticipate filing a motion to dismiss the claims asserted against them after an operative complaint is filed or so-designated by the Court-appointed lead plaintiff;

**WHEREAS**, because of the special procedures specified in the PSLRA regarding appointment of lead plaintiff and counsel and the designation of an operative complaint following that appointment, the Parties agree that requiring the KinderCare Defendants and the Underwriter Defendants to respond to the Complaint prior to appointment of lead plaintiff would result in the needless expenditure of private and judicial resources;

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to extend the KinderCare Defendants' and the Underwriter Defendants' time to respond to the Complaint until after a lead plaintiff has been appointed;

**WHEREAS**, counsel for the Parties agree that this stipulated request is not made for the purposes of delay, and that no party will be prejudiced by the granting of this stipulated request.

**NOW, THEREFORE, PLAINTIFF, THE KINDERCARE DEFENDANTS AND THE UNDERWRITER DEFENDANTS STIPULATE, AGREE, AND RESPECTFULLY REQUEST THAT THIS COURT ENTER AN ORDER STATING:**

1. That undersigned counsel for the KinderCare Defendants and the Underwriter Defendants are authorized to and hereby do accept service of the Summons and Complaint on behalf of the KinderCare Defendants and the Underwriter Defendants;

2. That the time to answer, move, or otherwise respond to the Complaint by the KinderCare Defendants and the Underwriter Defendants is stayed pending appointment of lead



BALLARD SPAHR LLP
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

plaintiff and lead counsel;

3. That all pretrial and ADR program deadlines and other deadlines set forth in the Court's Discovery and Pretrial Scheduling Order are vacated until after the KinderCare Defendants' and the Underwriter Defendants' anticipated motion to dismiss the lead plaintiff's operative complaint has been decided and shall be reset for dates the Court determines to be appropriate at that time;

4. That within fourteen (14) days following the appointment of a lead plaintiff and lead counsel, the lead plaintiff(s), the KinderCare Defendants and the Underwriter Defendants shall meet and confer and submit a proposed schedule to the Court for the filing or designation of an operative complaint and the KinderCare Defendants' and the Underwriter Defendants' responses thereto.

DATED: September 5, 2025

IT IS STIPULATED:

KELLER ROHRBACK L.L.P.

By: s/ Keil M. Mueller
Keil M. Mueller, OSB No. 085535
601 SW Second Ave., Ste. 1900
Portland, OR 97204
Telephone: 971.253.4600

ROBBINS GELLER RUDMAN & DOWD LLP

Brian Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
Email: bcochran@rgrdlaw.com

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: s/ Bruce H. Cahn
Bruce H. Cahn, OSB No. 935450
Ryan O'Hollaren, OSB No. 231160
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

COOLEY LLP

Koji Fukumura, *pro hac vice* admission forthcoming
Heather Speers, *pro hac vice* admission forthcoming
10265 Science Center Drive
San Diego, CA 2121
Telephone: 858.550.6000

*Attorneys for Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa*

*Waxenberg and Preston Grasty*

DAVIS POLK & WARDWELL LLP

Charles S. Duggan
450 Lexington Avenue
New York, NY 10017
Telephone: 212.450.4000
Email: charles.duggan@davispolk.com

*Attorneys for the Underwriter Defendants*

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: ______________________ ________________________________
THE HONORABLE JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE