# Exhibit A

## CERTIFICATION

I, Michael Kennedy, as Board Secretary of the City of Dearborn Police & Fire Revised Retirement System ("Dearborn"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Dearborn. I have reviewed a complaint filed against KinderCare Learning Companies, Inc. ("KinderCare") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.    Dearborn did not purchase common stock of KinderCare at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Dearborn is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Dearborn fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    Dearborn's transactions in KinderCare common stock pursuant and/or traceable to the registration statement used in connection with the Company's October 2024 initial public offering are reflected in Exhibit A, attached hereto;

5.    Dearborn has not sought to serve as a lead plaintiff or representative party in any class actions filed under the federal securities laws filed during the last three years:

6.    Beyond its pro rata share of any recovery, Dearborn will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

Exhibit A
Page 1 of 3

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __30__ day of September, 2025.


Michael Kennedy
Board Secretary
City of Dearborn Police & Fire Revised
Retirement System

2

Exhibit A
Page 2 of 3

## EXHIBIT A

### TRANSACTIONS IN KINDERCARE LEARNING COMPANIES, INC.

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 10/09/24 | 2,075 | $24.0000 | ($49,800.00) |
| Purchases | 10/09/24 | 622 | $26.7023 | ($16,608.83) |
| Purchases | 10/09/24 | 622 | $26.7666 | ($16,648.83) |
| Sales | 10/23/24 | (28) | $29.0400 | $813.12 |
| Purchases | 10/30/24 | 61 | $29.4100 | ($1,794.01) |
| Purchases | 12/09/24 | 25 | $20.4800 | ($512.00) |
| Sales | 03/20/25 | (25) | $17.6800 | $442.00 |
| Sales | 03/24/25 | (207) | $13.3495 | $2,763.35 |
| Sales | 03/24/25 | (429) | $13.5500 | $5,812.95 |
| Sales | 03/25/25 | (437) | $13.3236 | $5,822.41 |
| Sales | 03/26/25 | (424) | $12.9969 | $5,510.69 |
| Sales | 03/27/25 | (635) | $12.8515 | $8,160.70 |
| Sales | 03/28/25 | (123) | $12.1068 | $1,489.14 |
| Sales | 04/01/25 | (1,097) | $11.7648 | $12,905.99 |

Exhibit A
Page 3 of 3