# Exhibit B

**LOSS ANALYSIS**

**Relevant Period: Pursuant and/or traceable to IPO on 10/09/24**

**KinderCare Learning Companies, Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| KLC | 49456W105 | US49456W1053 | BM8J3J2 | $9.8100 |

**City of Dearborn Police & Fire Revised Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds | |
|---|---|---|---|---|---|
| Purchases | 10/09/24 | 2,075 | $24.0000 | ($49,800.00) | |
| Purchases | 10/09/24 | 622 | $24.0000 | ($14,928.00) | [2] |
| Purchases | 10/09/24 | 622 | $24.0000 | ($14,928.00) | [2] |
| Purchases | 10/30/24 | 61 | $24.0000 | ($1,464.00) | [2] |
| Purchases | 12/09/24 | 25 | $20.4800 | ($512.00) | |
| *Class Period Purchases:* | | *3,405* | | *($81,632.00)* | |
| | | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* | |
| Sales | 10/23/24 | (28) | $29.0400 | $813.12 | |
| Sales | 03/20/25 | (25) | $17.6800 | $442.00 | |
| Sales | 03/24/25 | (207) | $13.3495 | $2,763.35 | |
| Sales | 03/24/25 | (429) | $13.5500 | $5,812.95 | |
| Sales | 03/25/25 | (437) | $13.3236 | $5,822.41 | |
| Sales | 03/26/25 | (424) | $12.9969 | $5,510.69 | |
| Sales | 03/27/25 | (635) | $12.8515 | $8,160.70 | |
| Sales | 03/28/25 | (123) | $12.1068 | $1,489.14 | |
| Sales | 04/01/25 | (1,097) | $11.7648 | $12,905.99 | |
| *Class Period Sales that match to Class Period Purchases:* | | *-3,405* | | *$43,720.34* | |
| | Shares Held: | 0 | $9.8100 | $0.00 | |

|  | LIFO Gain/(Loss): | ($37,911.66) |
|---|---|---|

| Total Shares Bought: | 3,405 |
|---|---|
| Total Net Shares: | 0 |
| Total Net Expenditures: | ($37,911.66) |

[1] *Value of shares held is the close price on 08/12/25.*

[2] *Purchases capped at the 10/09/24 IPO price of $24.00*

Exhibit B
Page 1 of 1