**Exhibit C**

**Robbins Geller
Rudman & Dowd LLP**

ATTORNEY ADVERTISEMENT

*Source:* *Robbins Geller Rudman & Dowd LLP*

*August 12, 2025 20:11 ET*

# KLC INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against KinderCare Learning Companies, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead the KinderCare Class Action Lawsuit

SAN DIEGO, Aug. 12, 2025 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of KinderCare Learning Companies, Inc. (NYSE: KLC) common stock in or traceable to KinderCare's October 2024 initial public offering (the "IPO"), have until October 14, 2025 to seek appointment as lead plaintiff of the *KinderCare* class action lawsuit. Captioned *Gollapalli v. KinderCare Learning Companies, Inc.*, No. 25-cv-01424 (D. Or.), the *KinderCare* class action lawsuit charges KinderCare and certain of KinderCare's top executives and directors, KinderCare's controlling shareholder, and the underwriters of the IPO with violations of the Securities Act of 1933.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *KinderCare* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-kindercare-learning-companies-inc-class-action-lawsuit-klc.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

Exhibit C

Page 1 of 2

**CASE ALLEGATIONS**: KinderCare provides early education and child care services in the United States. In the IPO, KinderCare sold over 27 million shares of common stock to the public at $24 per share, raising $648 million in gross offering proceeds.

The *KinderCare* class action lawsuit alleges that the registration statement for the IPO was false and/or misleading and/or failed to disclose that: (i) numerous incidents of child abuse, neglect, and harm had occurred at KinderCare facilities; (ii) KinderCare did not provide the "highest quality care possible" at its facilities, and, indeed, in numerous instances had failed to provide even basic care, meet minimum standards in the child care industry, or comply with the laws and regulations governing the care of children; and (iii) as a result, KinderCare was exposed to a material, undisclosed risk of lawsuits, adverse regulatory action, negative publicity, reputational damage, and business loss.

Since the IPO, the price of KinderCare stock fell to lows near $9 per share.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased KinderCare common stock in or traceable to the IPO to seek appointment as lead plaintiff in the *KinderCare* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *KinderCare* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *KinderCare* class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *KinderCare* class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder litigation. Our Firm has been ranked #1 in the ISS Securities Class Action Services rankings for four out of the last five years for securing the most monetary relief for investors. In 2024, we recovered over $2.5 billion for investors in securities-related class action cases – more than the next five law firms combined, according to ISS. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Contact:
    Robbins Geller Rudman & Dowd LLP
    J.C. Sanchez, Jennifer N. Caringal
    655 W. Broadway, Suite 1900, San Diego, CA 92101
    800-449-4900
    **info@rgrdlaw.com**

Exhibit C
Page 2 of 2