# Exhibit E

# Stoll Berne

## ABOUT STOLL BERNE

Since its inception in 1978, Stoll Berne has achieved extraordinary results for its clients in class actions and other types of investor, consumer and business litigation. The firm regularly represents clients in federal and state courts and has earned a reputation as a leading plaintiffs' class action firm in Oregon and elsewhere. The firm has represented investors in numerous securities fraud class actions, consumers in consumer protection class actions and antitrust cases, and employees in class actions involving wage and hour claims. The firm also has achieved tremendous results for clients in class actions and major cases involving wildfires, environmental claims, and health care issues.

The firm has a national securities litigation practice and has represented clients, in most cases serving as lead or co-lead counsel, in many class action securities cases including the following notable cases:

- *Kinnie Ma IRA v. Ascendant Capital, LLC, et al.* (W.D. Tex. current)

- *In re CenturyLink Securities Litigation* (D. Minn. 2021)

- *Ciuffitelli v. Deloitte & Touche LLP, et al.* (D. Or. 2016)

- *In re JPMorgan Chase & Co. Securities Litigation* (S.D.N.Y. 2012)

- *Louisiana Municipal Employees' Retirement System v. Bank of New York Mellon Corp.* (S.D.N.Y. 2011)

Stoll Berne's attorneys are experienced class action trial lawyers and complex litigation attorneys. Most recently, Stoll Berne obtained jury verdicts against PacifiCorp, including findings of gross negligence and an award of punitive damages, in the first wildfire class action trial in history. The class action is projected to result in the recovery of billions of dollars for affected Oregonians. Stoll Berne has recovered $850 million on behalf of the State of Oregon and the City of Seattle for damages from PCB contamination caused by Monsanto.

Stoll Berne has substantial securities class action litigation experience and has recovered hundreds of millions of dollars in settlements on behalf of investors in securities class actions. Stoll Berne recovered $234.6 million—approximately 90% of investors' out-of-pocket losses—for investors in Aequitas, which is believed to be the largest recovery in a securities case in Oregon history.

Stoll Berne has represented plaintiffs in many other types of class actions, including *Reynolds v. Hartford* (D. Or.) ($85 million settlement as lead counsel in a nationwide Fair Credit Reporting Act class action); *Arnett v. Bank of America* (D. Or.) ($31 million settlement relating to force-placed flood insurance); *In Re: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litig.* (D. Or.) (FLSA multi-district class action, member of Steering Committee and co-trial counsel in liability phase of 1439 A cases)*; Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.* (D. Or.) ($11.3 million settlement as lead counsel on behalf of healthcare providers in a breach of contract class action against the largest PPO in the country).

# Stoll Berne

## ABOUT STOLL BERNE

Lawyers at the firm are active in the community and have held leadership positions with the Federal Bar Association, Oregon Trial Lawyers Association, Multnomah Bar Association, and Oregon State Bar. Stoll Berne attorneys have been consistently recognized by their peers in numerous professional listings, including *Chambers USA: America's Leading Lawyers*, *The Best Lawyers in America*, *Benchmark Litigation Guide*, and *Oregon Super Lawyers.*

## CASE TEAM

**Timothy DeJong:** Tim is a tenacious and passionate litigator with more than 30 years' experience litigating complex cases. Tim has been a lead attorney on numerous high-stakes and high-profile cases and has trial experience in state and federal courts.

Tim's practice focuses on class action, securities, complex business and intellectual property litigation matters. Tim regularly litigates matters involving securities and financial fraud, Ponzi schemes, stockbroker malpractice, and violations of state and federal securities statues; patent infringement, trademark infringement, trade secrets and copyright infringement; consumer class actions; and shareholder derivative and fiduciary duty claims.

Some highlights of Tim's career include:

- Obtaining jury verdict against PacifiCorp in the first wildfires class action in history, which is projected to result in the recovery of billions of dollars for affected Oregonians.
- Recovering $234.6 million for investors in Aequitas, which is believed to be the largest recovery in a securities case in Oregon history.
- Recovered more than $400 million on behalf of investors in securities class actions.
- Obtained summary judgment of infringement on behalf of patent owners.

Prior to joining the firm, Tim held a two-year clerkship with Hon. Robert E. Jones of the United States District Court (Oregon). He is listed in and has received numerous awards and recognitions including Chambers USA, Benchmark Litigation "Local Litigation Star," "Lawyer of the Year, Portland – Patent Litigation," The Best Lawyers in America® and "Top 50" Oregon Super Lawyers.

**Keith Ketterling:** As the firm's former co-managing shareholder for over 20 years, Keith has been instrumental in the growth of the firm. Keith is an experienced trial lawyer who represents institutional investors, government entities, and individuals in complex real estate litigation, securities class actions, and other large-scale litigation. Keith brings a unique perspective to his cases in that he represents victims of financial fraud and, in other instances, defends select clients who face allegations of financial or securities fraud. Consequently, his practice provides him a particularly useful perspective that is helpful in counseling clients as to the merits and risks of their specific cases.

His representation as a Special Assistant Attorney General for the State of Oregon has involved individual securities fraud cases as well as class cases, including against Marsh, BNY Mellon, JP Morgan and Oppenheimer. Keith just completed, as lead class counsel, a securities fraud class action lawsuit against Deloitte, TD Ameritrade and 4 other law firms and professional firms. The $235 million

# Stoll Berne

## ABOUT STOLL BERNE

settlement is the largest securities recovery in Oregon history and was recognized by Benchmark Litigation as a Case of the Year for 2019.

**Cody Berne:** Cody Berne is an advocate for his clients in cases large and small. He is prepared to go to trial if that is what the case requires. Cody has been first chair at over 40 trials. He leads Stoll Berne's team in the class action lawsuit against PacifiCorp for starting fires across Oregon during the Labor Day 2020 storm. He was co-lead trial counsel in an 8-week trial where the jury found PacifiCorp liable to a class of several thousand people for gross negligence, punitive damages, and other claims. The jury awarded on average approximately $5 million to each of the 17-named plaintiffs. He was also co-lead trial counsel in the first and second damages-only jury trials on behalf of 19 more class members. The juries awarded several million dollars per person. The trials and litigation, including the work by Cody and his colleagues at Stoll Berne, have been featured in national and local news, including NPR, the Washington Post, Oregonlive, the New York Times, Bloomberg, Reuters, and the AP.

Along with representing wildfire survivors and their families, Cody advises investors who lost money because of fraud and other misconduct and plaintiffs in class actions. His class action experience includes securities, consumer, ERISA, food labeling, and fire cases. Cody's practice also includes commercial and complex litigation.

He is an active member of the Oregon Trial Lawyers Association. Cody previously worked as a deputy district attorney at the Multnomah County District Attorney's Office. Before that, Cody represented individuals and businesses in cases involving investment fraud and a wide range of business disputes at a large Northwest firm.  He received the Haglund Award in 2016 from the Multnomah Bar Association. He was selected as a Future Star in Benchmark Litigation and also named in The Best Lawyers in America and Oregon Super Lawyers.  In 2025, The Best Lawyers in America selected Cody as lawyer of the year in Portland for Securities.

**Chloe Jasper:**  Chloe is an associate in the firm's litigation group, where she specializes in complex business and securities litigation and class actions.  Chloe recently relocated to Portland from Los Angeles, where she was an associate at a national firm representing institutional investor clients in securities fraud, corporate governance, and shareholder rights litigation. She was previously an associate in the litigation and arbitration group of a premier international law firm, where she specialized in commercial, securities, and appellate litigation. As a law student, Chloe clerked for the Civil Division of the U.S. Attorney's Office for the Southern District of California.  During law school, Chloe served as Associate Editor for the Michigan Journal of Law Reform and worked as a student attorney and supervisor for the Workers' Rights Clinic, representing Michigan workers denied unemployment benefits in administrative hearings and on appeal. She also served as a student attorney for the Child Advocacy Clinic and studied international law at the University of Amsterdam.