**Michael B. Merchant**, OSB No. 882680
mike.merchant@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 2600
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148

*Liaison Counsel for David Chung and*
*Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated, | 3:25-cv-01424-AR |
| Plaintiff, | **DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT OF DAVID CHUNG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| v. | |
| KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC, | |
| Defendants. | |

Page 1 – **DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT**

4139827

I, Michael B. Merchant hereby declare as follows:

1.      I am a partner at Black Helterline LLP ("Black Helterline"), liaison counsel for lead plaintiff movant David Chung ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as lead counsel and Black Helterline as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching transactions made in KinderCare Learning Companies, Inc. ("KinderCare or the "Company") in or traceable to the IPO;

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of transactions in KinderCare common stock;

**Exhibit C**:    Press release published August 13, 2025 on *PRNewswire*, announcing the pendency of the first-filed action;

**Exhibit D**:    Firm résumé of Levi & Korsinsky.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.**

DATED this 14th day of October, 2025.

By:      s/ Michael B. Merchant
            Michael B. Merchant
            OSB No. 882680
            (503) 224-5560

*Liaison Counsel for David Chung and Proposed Liaison Counsel for the Class*

Page 2 – **DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT**

4139827

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties in the record of the subject case via CM/ECF system transmission.

*/s/ Michael B. Merchant*
Michael B. Merchant

Page 1 – Certificate of Service

4139827