**Chenoweth Law Group, PC**
Robert J. McGaughey, OSB No. 800787
bobm@chenowethlaw.com
Aurelia Erickson, OSB No. 126170
aerickson@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Lead Plaintiff Movant*
*And [Proposed] Liaison Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., AND UBS SECURITIES LLC,,<br><br>Defendants. | Case No. 3:25-cv-01424-JA<br><br><br>DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF RUFAT ILYASOV'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD COUNSEL |

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I am an attorney duly licensed to practice in the State of New York.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.     I make this declaration in support of the motion of Lead Plaintiff movant and putative Class member Rufat Ilyasov ("Movant") for an order: (1) appointing Movant as Lead Plaintiff and (2) approving Movant's selection of Scott+Scott as Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.     Attached are true and correct copies of the following:

Exhibit A:     Notice published on August 12, 2025, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *Globe Newswire*;

Exhibit B:     Movant's PSLRA Certification and Schedule A;

Exhibit C:     Movant's Loss Chart;

Exhibit D:     Movant's Declaration; and

Exhibit E:     Scott+Scott's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October 2025, in San Diego, California.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s*/ Thomas L. Laughlin, IV
THOMAS L. LAUGHLIN, IV

1 - DECLARATION OF THOMAS L. LAUGHLIN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, October 14, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Aurelia Erickson*
Aurelia Erickson

CERTIFICATE OF SERVICE