# EXHIBIT C

**LOSS ANALYSIS**

**KINDERCARE LEARNING COS INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| KLC | 49456W105 | BM8J3J2 | US49456W1053 | $9.81 | * |

**RUFAT ILYASOV**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 11/22/2024 | 3,306 | $20.56 | -$67,971.36 |
| | Retained Purchases: | 3,306 | $9.81 | $32,431.86 |

**\* Value of retained shares is closing price on 8/12/2025**                **Loss:**   **-$35,539.50**