**Chenoweth Law Group, PC**
Robert J. McGaughey, OSB No. 800787
bobm@chenowethlaw.com
Aurelia Erickson, OSB No. 126170
aerickson@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Lead Plaintiff Movant*
*And [Proposed] Liaison Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., AND UBS SECURITIES LLC,,<br><br>Defendants. | Case No. 3:25-cv-01424-JA<br><br>[PROPOSED] ORDER GRANTING MOTION OF RUFAT ILYASOV FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL |

Having considered the papers filed in support of the motion of Rufat Ilyasov ("Movant") for appointment as Lead Plaintiff and approval of selection of Lead Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z-1(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1. Having considered the provisions of the PSLRA, codified at §27 of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), the Court hereby determines that Movant is the most adequate Plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints Movant as Lead Plaintiff to represent the interests of the Class.

2. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Movant has selected and retained the law firm of Scott+Scott Attorneys at Law LLP to serve as Lead Counsel and Chenoweth Law Group P.C. to serves as Liaison Counsel. The Court approves Movant's selection of Lead Counsel and Liaison Counsel for the Action.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel who Lead Counsel shall designate:

a. To coordinate the briefing and argument of any and all motions;

b. To coordinate the conduct of any and all discovery proceedings;

c. To coordinate the examination of any and all witnesses in depositions;

d. To coordinate the selection of counsel to act as spokesperson(s) at all pretrial conferences;

e. To call meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

f. To coordinate all settlement negotiations with counsel for Defendants;

g. To coordinate and direct pretrial discovery proceedings, preparation for trial, and trial of this matter and delegate work responsibilities to selected counsel as may be required;

h. To coordinate the preparation and filings of all pleadings; and

i. To supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

4. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any Plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by Plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Service upon any Plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a Plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

6. Lead Counsel shall be the contact between Plaintiffs and Plaintiffs' counsel and Defendants' counsel, as well as the spokesperson for all Plaintiffs' counsel, and shall direct and coordinate the activities of Plaintiffs' counsel. Lead Counsel shall be the contact between the Court and Plaintiffs and their counsel.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
Jeff Armistead
United States Magistrate Judge
District of Oregon

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 14, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Aurelia Erickson*
Aurelia Erickson