**Chenoweth Law Group, PC**
Robert J. McGaughey, OSB No. 800787
bobm@chenowethlaw.com
Aurelia Erickson, OSB No. 126170
aerickson@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Lead Plaintiff Movant Rufat Ilyasov*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

VENKATA SURYA TEJA GOLLAPALLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., AND UBS SECURITIES LLC,,

Defendants.

Case No. 3:25-cv-01424-AR

**NOTICE OF WITHDRAWAL OF MOTION OF RUFAT ILYASOV FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL**

Movant Rufat Ilyasov ("Ilyasov") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. ECF Nos. 26-28. This withdrawal shall have no impact on Ilyasov's membership in the proposed class and Ilyasov's right to share in any recovery obtained for the benefit of class members.

Dated: October 27, 2025

Respectfully Submitted,

s/ Aurelia Erickson

**CHENOWETH LAW GROUP, P.C.**
Aurelia Erickson, OSB No. 126170
Robert J. McGaughey, OSB #800787
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Phone: (503) 221-7958
Fax: (503) 221-2182
Email: aerickson@chenowethlaw.com
Email: bobm@chenowethlaw.com

*Liaison Counsel for Lead Plaintiff Movant*

Thomas L. Laughlin, IV
Mandeep S. Minhas
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
tlaughlin@scott-scott.com
mminhas@scott-scott.com

*Counsel for Lead Plaintiff Movant*

**THE SCHALL LAW FIRM**
Brian J. Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 27, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Aurelia Erickson*
Aurelia Erickson