Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
Chloe Jasper, OSB No. 253957
cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Proposed Lead Plaintiff*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC, <br><br> Defendants. | Case No. 3:25-cv-01424-AR <br><br> CLASS ACTION ALLEGATION <br><br> DECLARATION OF TIMOTHY S. DEJONG IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> Judge: Hon. Jeffrey Armistead <br><br> Request for Oral Argument |

1

DECLARATION OF TIMOTHY S. DEJONG IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL Case No. 3:25-cv-01424-AR

I, Timothy S. DeJong, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Oregon and this Court.  I am a shareholder at Stoll Stoll Berne Lokting & Shlachter P.C., proposed liaison counsel for proposed Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System ("Dearborn").  I make this declaration in support of Dearborn's Memorandum of Law in Further Support of Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | KinderCare S-8 Registration Statement dated October 9, 2024; |
| EXHIBIT B: | Excerpt from KinderCare Quarterly Report on Form 10-Q for the period ended September 28, 2024; |
| EXHIBIT C: | Excerpt from KinderCare Annual Report on Form 10-K for the fiscal year ended December 28, 2024; |
| EXHIBIT D: | Declaration of Amy Greenbaum, Labaton Keller Sucharow LLP's Chief Investigative Officer; |
| EXHIBIT E: | Certain press releases issued by Levi & Korsinsky, LLP ("Levi") related to the above-referenced action; |
| EXHIBIT F: | Certain press releases issued by Levi concerning 15 securities class actions in which it claimed to have filed the actions. |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 28, 2025

/s/ *Timothy S. DeJong*
Timothy S. DeJong, OSB No. 940662

2

DECLARATION OF TIMOTHY S. DEJONG IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL Case No. 3:25-cv-01424-AR