# Exhibit C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 28, 2024**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM TO**

**Commission File Number 001-42367**

# KinderCare Learning Companies, Inc.
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **87-1653366** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **5005 Meadows Road** | |
| **Lake Oswego, OR** | **97035** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (503) 872-1300**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.01 per share | KLC | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☐ NO ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. YES ☐ NO ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). YES ☒ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

The registrant was not a public company as of June 29, 2024, the last day of its most recently completed second fiscal quarter, and therefore, cannot calculate the aggregate market value of its common stock held by non-affiliates as of such date. The registrant's common stock began trading on the New York Stock Exchange on October 9, 2024.

The number of shares of registrant's common stock outstanding as of March 19, 2025 was 118,006,276.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement (the "Proxy Statement") relating to the 2025 annual meeting of stockholders (the "2025 Annual Meeting of Stockholders") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The Proxy Statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 28, 2024.

**KinderCare Learning Companies, Inc.**
**Consolidated Balance Sheets**
*(In thousands, except share data)*

| | | December 28, 2024 | | December 30, 2023 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 62,336 | $ | 156,147 |
| Accounts receivable, net | | 104,333 | | 88,086 |
| Prepaid expenses and other current assets | | 48,104 | | 39,194 |
| Total current assets | | 214,773 | | 283,427 |
| Property and equipment, net | | 418,524 | | 395,745 |
| Goodwill | | 1,119,714 | | 1,110,591 |
| Intangible assets, net | | 429,766 | | 439,001 |
| Operating lease right-of-use assets | | 1,373,064 | | 1,351,863 |
| Other assets | | 89,626 | | 72,635 |
| Total assets | $ | 3,645,467 | $ | 3,653,262 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | $ | 152,660 | $ | 154,463 |
| Related party payables | | 119 | | — |
| Current portion of long-term debt | | 7,251 | | 13,250 |
| Operating lease liabilities—current | | 144,919 | | 133,225 |
| Deferred revenue | | 26,376 | | 25,807 |
| Other current liabilities | | 81,433 | | 99,802 |
| Total current liabilities | | 412,758 | | 426,547 |
| Long-term debt, net | | 918,719 | | 1,236,974 |
| Operating lease liabilities—long-term | | 1,315,587 | | 1,301,656 |
| Deferred income taxes, net | | 30,907 | | 60,733 |
| Other long-term liabilities | | 102,987 | | 120,472 |
| Total liabilities | | 2,780,958 | | 3,146,382 |
| Commitments and contingencies (Note 21) | | | | |
| Shareholders' equity: | | | | |
| Preferred stock, par value $0.01; 25,000,000 shares authorized; no shares issued and outstanding as of December 28, 2024 and December 30, 2023 | | — | | — |
| Common stock, par value $0.01; 750,000,000 shares authorized; 117,984,749 shares issued and outstanding as of December 28, 2024 and 90,366,089 shares issued and outstanding as of December 30, 2023 | | 1,180 | | 904 |
| Additional paid-in capital | | 830,369 | | 383,188 |
| Retained earnings | | 30,261 | | 123,101 |
| Accumulated other comprehensive income (loss) | | 2,699 | | (313 ) |
| Total shareholders' equity | | 864,509 | | 506,880 |
| Total liabilities and shareholders' equity | $ | 3,645,467 | $ | 3,653,262 |

*See accompanying Notes to Consolidated Financial Statements*