# Exhibit D

Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
Chloe Jasper, OSB No. 253957
cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC, <br><br> Defendants. | Case No. 3:25-cv-01424-AR <br><br> CLASS ACTION ALLEGATION <br><br> DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> Judge: Hon. Jeffrey Armistead <br><br> Request for Oral Argument |

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of the motion of City of Dearborn Police & Fire Revised Retirement System ("Dearborn"), for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for approval of its selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel. I have personal knowledge about the information in this Declaration.

2.      I, Amy N. Greenbaum, am the Chief Investigative Officer for Labaton. I am a Certified Fraud Examiner with over 20 years of experience and oversee all aspects of Labaton's investigations, including all investigations related to the Action. I oversee a team of investigators composed of experienced professionals, including seasoned investigators, former law enforcement officers, and attorneys. As part of Labaton's standard practice, the investigative team regularly conducts background checks on all opposing movants in cases where Labaton seeks appointment as Lead Plaintiff to assist in assessing movants' adequacy. This process includes using biographical information provided by the movants to identify them through public search engines, court records, and other publicly available sources. The information gathered is then provided to Labaton's attorneys to evaluate movants' adequacy.

3.      I have overseen Labaton's investigative team's efforts to identify David Chung. Despite thorough efforts, we have been unable to definitively identify Mr. Chung. Our efforts to identify Mr. Chung include the following:

- Using both English and Korean name variations, conducted an analysis of international search engine results, including Korean search engines *Naver*, *Daum*, and *Nate*, as well as other international search engines such as *Yandex* and *Baidu*;

2

- Conducted additional searches using tools such as *Joins*, a Korean database, and Korean newspaper *Chosun Ilbo*;

- Attempted to search Korean court records, but these searches were limited by Korean privacy laws;

- Conducted analysis of U.S. court records, including PACER and other databases;

- Performed searches using U.S. search engines, including Google and Bing, using a combination of identifying details to locate potential matches;

- Conducted analysis of social media platforms, including LinkedIn, Facebook, and others, to identify potential matches; and

- Conducted analysis of possible name variations in both English and Korean. For example, last name variations include *Jung* and *Jeong* and first name variations like *Dawit* and *Da-bin*. The team also assessed potential variations in Korean name structure, considering both Western order (first name, last name) and Korean order (last name, first name).

4.      Labaton's investigative team also conducted an analysis of demographic data to determine the number of possible individuals named David Chung in Busan, Republic of Korea. Based on Mr. Chung's reported retirement status and investment experience exceeding 40 years, the investigative team determined that he was most likely at least 65 years old. According to public demographic data and Korean news sources, the population of Busan was approximately 3.257 million in 2024, with an even gender distribution. Accordingly, there are roughly 384,126 males aged 65 and older in Busan. As reported by *The Korea Times*, the surname Chung (also spelled as Jeong or Jung) is the fourth or fifth most common surname in Korea, accounting for approximately 4.3 to 4.8 percent of the population. Based on this data, Labaton's investigative

3

team estimated that there are approximately 17,286 males aged 65 and over in Busan with the surname Chung (assuming 4.5 percent).

5.      In my professional opinion, based on decades of investigative experience, it is not possible to identify Mr. Chung based on the information provided in his initial motion.

6.      In my opinion, at a minimum, the following information would be required to definitively identify Mr. Chung with reasonable efforts: his full legal name, age, specific educational background, and detailed professional history.  Such information would enable Labaton's investigators, other movants, and the Court to definitively identify Mr. Chung and assess his adequacy.


I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  10/23/25

Amy N. Greenbaum
Chief Investigative Officer
*Labaton Keller Sucharow LLP*

4

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL Case No. 3:25-cv-01424-AR