# Exhibit E

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against KinderCare Learning Companies, Inc. (KLC)

 **cbs42.com**/business/press-releases/accesswire/1081501/recover-investment-losses-levi-korsinsky-files-class-action-against-kindercare-learning-companies-inc-klc

News provided by ACCESSWIRE Oct 03, 2025, 2:07 PM ET                    October 3, 2025



## ACCESS Newswire

News provided by

ACCESSWIRE

Oct 03, 2025, 2:07 PM ET

**NEW YORK, NY / ACCESS Newswire / October 3, 2025 /** If you suffered a loss on your **KinderCare Learning Companies, Inc.** (NYSE:KLC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/kindercare-learning-companies-inc-lawsuit-submission-form?prid=170744&wire=1&utm_campaign=24

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all purchasers of KinderCare common stock in or traceable to the Company's October 2024 initial public offering

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (a) numerous incidents of child abuse, neglect, and harm had occurred at KinderCare facilities; (b) KinderCare did not provide the "highest quality care possible" at its facilities, and, indeed, in numerous instances had failed to provide even basic care, meet minimum standards in the child care industry, or comply with the laws and regulations governing the care of children; and (c) as a result of (a)-(b) above, KinderCare was exposed to a material, undisclosed risk of lawsuits, adverse regulatory action, negative publicity, reputational damage, and business loss.

**WHAT'S NEXT?** If you suffered a loss in KinderCare Learning Companies, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/kindercare-learning-companies-inc-lawsuit-submission-form?prid=170744&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "WIAT", its advertisers, or Nexstar Media Inc.

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over KinderCare Learning Companies, Inc. Stock Losses

**wjhl.com**/business/press-releases/accesswire/1070351/time-to-suewallst-levi-korsinsky-files-lawsuit-over-kindercare-learning-companies-inc-stock-losses

News provided by ACCESSWIRE Sep 08, 2025, 2:52 PM ET

September 8, 2025



Weather Alert

Wind Advisory: Johnson County, Russell County, Southeast Carter County, Southeast Greene County, Unicoi County, Washington County

## ACCESS Newswire

News provided by

ACCESSWIRE

Sep 08, 2025, 2:52 PM ET

**NEW YORK, NY / ACCESS Newswire / September 8, 2025 /** - SueWallSt: Class Action Filed Against KinderCare Learning Companies, Inc. - Contact Levi & Korsinsky



This lawsuit is on behalf of all purchasers of KinderCare common stock in or traceable to the Company's October 2024 initial public offering

If you suffered a loss in KinderCare Learning Companies, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

 View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "WJHL", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.