# EXHIBIT F

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Replimune Group, Inc. Stock Losses

**CBS 42** **www.cbs42.com/**business/press-releases/accesswire/1075680/time-to-suewallst-levi-korsinsky-files-lawsuit-over-replimune-group-inc-stock-losses/

September 18, 2025

[Skip to content](#)

## ACCESS Newswire

News provided by

ACCESSWIRE

Sep 18, 2025, 2:54 PM ET

**NEW YORK, NY / ACCESS Newswire / September 18, 2025 /** - SueWallSt: Class Action Filed Against Replimune Group, Inc. - Contact Levi & Korsinsky

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between November 22, 2024 and July 21, 2025.

If you suffered a loss in Replimune Group, Inc., don't stay silent. Take action now by visiting:

[https://zlk.com/suewallst2?wire=1](https://zlk.com/suewallst2?wire=1)

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email [lostmoney@suewallst.com](mailto:lostmoney@suewallst.com) or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "WIAT", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

HOME    WATCHLIST

FLASH SALE
$0.49/WEEK

↑ TSX 0.48%    ↑ S&P 500 0.23%    ↑ DOW 0.34%    ↑ NASDAQ 0.8%    ↓ OIL -1.84%    ↓ DOLLAR 0%    ↓ GOLD -1.28%    📈 TSX MOVEI    ⟩

This section contains press releases and other materials from third parties (including paid content). The Globe and Mail has not reviewed this content. Please see disclaimer.

# RICK ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against RCI Hospitality Holdings, Inc. - November 20, 2025 Deadline

Newsfile - Newsfile (https://www.newsfilecorp.com) - Thu Sep 25, 3:34PM CDT

New York, New York--(Newsfile Corp. - September 25, 2025) - If you suffered a loss on your **RCI Hospitality Holdings, Inc.** (NASDAQ: RICK) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/rci-hospitality-holdings-inc-lawsuit-submission-form?prid=169479&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/LqRBOCnagb)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

 (https://images.newsfilecorp.com/files/7091/268034_251359_logo.jpg)

**THE LAWSUIT:** A class action securities lawsuit was filed against RCI Hospitality Holdings, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between December 15, 2021 and September 16, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants engaged in tax fraud; (2) defendants committed bribery to cover up the fact that they committed tax fraud; (3) as a result, defendants understated the legal risk facing the Company; and (4) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in RCI Hospitality Holdings, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/rci-hospitality-holdings-inc-lawsuit-submission-form?prid=169479&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/oPOwYU0MbN) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/ (https://api.newsfilecorp.com/redirect/OAEogiP7aL)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/268034
(https://api.newsfilecorp.com/redirect/PqgOpCKL8N)

22nd Century Group, Inc. - GlobeNewswire (https://www.globenewswire.com/) - 5 minutes ago

10/28/25, 5:22 PM | Recover Investment Losses: Levi & Korsinsky Files Class Action Against KBR, Inc. (KBR) - The Globe and Mail

Case 3:25-cv-01424-AR    Document 30-6    Filed 10/28/25    Page 8 of 51

HOME   WATCHLIST

FLASH SALE
$0.49/WEEK

↑ TSX 0.48%   ↑ S&P 500 0.23%   ↑ DOW 0.34%   ↑ NASDAQ 0.8%   ↓ OIL -1.89%   ↓ DOLLAR 0%   ↓ GOLD -0.91%   〽 TSX MOVEI

This section contains press releases and other materials from third parties (including paid content). The Globe and Mail has not reviewed this content. Please see disclaimer.

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against KBR, Inc. (KBR)

Newsfile - Newsfile (https://www.newsfilecorp.com) - Mon Sep 29, 3:36PM CDT

New York, New York--(Newsfile Corp. - September 29, 2025) - If you suffered a loss on your **KBR, Inc.** (NYSE: KBR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170057&wire=5&utm_campaign=24
(https://api.newsfilecorp.com/redirect/Q2gQNtKBn3)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

 (https://images.newsfilecorp.com/files/7091/268438_404076_logo.jpg)

**THE LAWSUIT:** A class action securities lawsuit was filed against KBR, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between May 6, 2025 and June 19, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) despite the knowledge that the U.S. Department of Defense's Transportation Command, for months, had material concerns with HomeSafe's ability to fulfill the global household goods contract, defendants claimed that the partnership was without issue, and would ramp up in future quarters; and (2) as a result, defendants' statements about KBR's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in KBR, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170057&wire=5&utm_campaign=24 (https://api.newsfilecorp.com/redirect/mjOQnf0m8v) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Recover Investment Losses, Levi & Korsinsky, files Class Action Against KBR, Inc. (KBR) - The Globe and Mail

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/ (https://api.newsfilecorp.com/redirect/kXEJWtq8mr)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/268438 (https://api.newsfilecorp.com/redirect/B5n0Yfzrgx)

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Savara Inc. (SVRA)

www.mystateline.com/business/press-releases/accesswire/1077281/recover-investment-losses-levi-korsinsky-files-class-action-against-savara-inc-svra/

News provided by ACCESSWIRE Sep 23, 2025, 1:30 PM ET                    September 23, 2025



**NEW YORK, NY / ACCESS Newswire / September 23, 2025 /** If you suffered a loss on your **Savara Inc.** (NASDAQ:SVRA) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/savara-inc-lawsuit-submission-form?prid=169098&wire=1&utm_campaign=24

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Savara Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 4, 2024 and May 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) MOLBREEVI BLA, the treatment of pulmonary alveolar proteinosis, lacked sufficient information regarding MOLBREEVI's chemistry, manufacturing, and/or controls; (ii) accordingly, FDA was unlikely to approve the MOLBREEVI BLA in its current form; (iii) foregoing made it unlikely that Savara would complete its submission of the MOLBREEVI BLA within the timeframe it had represented to investors; (iv) delay in MOLBREEVI's regulatory approval increased the likelihood that the Company would need to raise additional capital; and (v) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Savara Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/savara-inc-lawsuit-submission-form?prid=169098&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

2/3

View the original [press release](#) on ACCESS Newswire

# LFMD ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against LifeMD, Inc. - October 25, 2025 Deadline

www.myarklamiss.com/business/press-releases/accesswire/1069383/lfmd-alert-levi-korsinsky-files-securities-fraud-class-action-against-lifemd-inc-october-25-2025-deadline/

News provided by ACCESSWIRE Sep 05, 2025, 12:45 PM ET                    September 5, 2025



**NEW YORK, NY / ACCESS Newswire / September 5, 2025 /** If you suffered a loss on your **LifeMD, Inc.** (NASDAQ:LFMD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/lifemd-inc-lawsuit-submission-form?prid=165623&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against LifeMD, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between May 7, 2025 and August 5, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants materially overstated LifeMD's competitive position; (2) defendants were reckless in raising LifeMD's 2025 guidance, considering that they had not properly accounted for rising customer acquisition costs in LifeMD's RexMD segment, as well as for customer acquisition costs related to the sale of drugs designed to treat obesity, including Wegovy and Zepbound; and (3) as a result, defendants' statements about LifeMD's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in LifeMD, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/lifemd-inc-lawsuit-submission-form?prid=165623&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original [press release](press release) on ACCESS Newswire

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Charter Communications, Inc. Stock Losses

www.kron4.com/business/press-releases/accesswire/1076794/time-to-suewallst-levi-korsinsky-files-lawsuit-over-charter-communications-inc-stock-losses/

News provided by ACCESSWIRE Sep 22, 2025, 6:15 PM ET                    September 22, 2025

**NEW YORK, NY / ACCESS Newswire / September 22, 2025 /** - SueWallSt: Class Action Filed Against Charter Communications, Inc. - Contact Levi & Korsinsky

This lawsuit is on behalf of all persons and entities who purchased or otherwise acquired Charter securities, purchased call options on Charter common stock, or sold put options on Charter common stock, between July 26, 2024, and July 24, 2025, inclusive.

If you suffered a loss in Charter Communications, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



View the original press release on ACCESS Newswire

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over CTO Realty Growth, Inc. Stock Losses

**www.wric.com/**business/press-releases/accesswire/1063536/time-to-suewallst-levi-korsinsky-files-lawsuit-over-cto-realty-growth-inc-stock-losses/

August 20, 2025

Skip to content
WRIC ABC 8News

## ACCESS Newswire

News provided by

ACCESSWIRE

Aug 20, 2025, 2:52 PM ET

**NEW YORK, NY / ACCESS Newswire / August 20, 2025 /** - SueWallSt: Class Action Filed Against CTO Realty Growth, Inc. - Contact Levi & Korsinsky

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between February 18, 2021 and June 24, 2025.

If you suffered a loss in CTO Realty Growth, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

3/4

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "8News", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Unicycive Therapeutics, Inc. Stock Losses

**www.kron4.com/**business/press-releases/accesswire/1066771/time-to-suewallst-levi-korsinsky-files-lawsuit-over-unicycive-therapeutics-inc-stock-losses/

News provided by ACCESSWIRE Aug 28, 2025, 2:52 PM ET                              August 28, 2025

**NEW YORK, NY / ACCESS Newswire / August 28, 2025 /** - SueWallSt: Class Action Filed Against Unicycive Therapeutics, Inc. - Contact Levi & Korsinsky

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between March 29, 2024 and June 27, 2025.

If you suffered a loss in Unicycive Therapeutics, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

3/4

View the original press release on ACCESS Newswire

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Fluor Corporation Stock Losses

**www.wfla.com/**business/press-releases/accesswire/1078338/time-to-suewallst-levi-korsinsky-files-lawsuit-over-fluor-corporation-stock-losses/

September 25, 2025

Skip to content
WFLA

## ACCESS Newswire

News provided by

ACCESSWIRE

Sep 25, 2025, 5:45 PM ET

**NEW YORK, NY / ACCESS Newswire / September 25, 2025 /** - SueWallSt: Class Action Filed Against Fluor Corporation - Contact Levi & Korsinsky

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between February 18, 2025 and July 31, 2025.

If you suffered a loss in Fluor Corporation, don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "WFLA", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

✕

## Sign in to create your free My Nexstar account featuring exclusive livestreams

Enter your email and we'll send a secure one-click link to sign in.

Please enter a valid email address

By clicking *"Unlock Live News"* you confirm that you have read and agree to our Terms of Use, which includes a jury trial waiver and class action waiver, and that you have read our Privacy Policy detailing our collection, use and sharing of your personal information.

By clicking *"Unlock Live News"* you confirm that you have read and agree to our Terms of Use, which includes a jury trial waiver and class action waiver, and that you have read our Privacy Policy detailing our collection, use and sharing of your personal information.

**WFLA is provided by Nexstar Media Group, Inc., and uses the My Nexstar sign-in, which works across our media network.**

**WFLA is provided by Nexstar Media Group, Inc., and uses the My Nexstar sign-in, which works across our media network.**

**Nexstar Media Group, Inc.** is a leading, diversified media company that produces and distributes engaging local and national news, sports, and entertainment content across its television and digital platforms. The My Nexstar sign-in works across the Nexstar network—including The CW, NewsNation, The Hill, and more. Learn more at nexstar.tv/privacy-policy.

## Check your email inbox

We've sent an email containing a verification link which expires in 10 minutes.

## Thanks for registering!

Lorem ipsum arependom lipms nartop parscitum.

# SMLR ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Semler Scientific, Inc. - October 28, 2025 Deadline

www.mystateline.com/business/press-releases/accesswire/1077289/smlr-alert-levi-korsinsky-files-securities-fraud-class-action-against-semler-scientific-inc-october-28-2025-deadline/

News provided by ACCESSWIRE Sep 23, 2025, 1:45 PM ET                                     September 23, 2025



**NEW YORK, NY / ACCESS Newswire / September 23, 2025 /** If you suffered a loss on your **Semler Scientific, Inc.** (NASDAQ:SMLR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/semler-scientific-inc-lawsuit-submission-form?prid=169102&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Semler Scientific, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 10, 2021 and April 15, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Semler Scientific did not disclose a material investigation by the United States Department of Justice into violations of the False Claims Act, while discussing possible violations of the False Claims Act in hypothetical terms; and (2) as a result, defendants' public statements were materially false and/or misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Semler Scientific, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/semler-scientific-inc-lawsuit-submission-form?prid=169102&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes

cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



View the original press release on ACCESS Newswire

# DOW ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Dow Inc. - October 28, 2025 Deadline

www.mystateline.com/business/press-releases/accesswire/1083961/dow-alert-levi-korsinsky-files-securities-fraud-class-action-against-dow-inc-october-28-2025-deadline/

News provided by ACCESSWIRE Oct 07, 2025, 11:19 AM ET                                      October 7, 2025



**NEW YORK, NY / ACCESS Newswire / October 7, 2025 /** If you suffered a loss on your **Dow Inc.** (NYSE:DOW) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/dow-inc-lawsuit-submission-form?prid=171191&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Dow Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between January 30, 2025 and July 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) Dow's ability to mitigate macroeconomic and tariff-related headwinds, as well as to maintain the financial flexibility needed to support its lucrative dividend, was overstated; (ii) the true scope and severity of the foregoing headwinds' negative impacts on Dow's business and financial condition was understated, particularly with respect to competitive and pricing pressures, softening global sales and demand for the Company's products, and an oversupply of products in the Company's global markets; and (iii) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Dow Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/dow-inc-lawsuit-submission-form?prid=171191&wire=1&utm_campaign=26 to learn about your rights to seek a recovery.

**There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Lineage, Inc. Stock Losses

**www.wjhl.com/**business/press-releases/accesswire/1071941/time-to-suewallst-levi-korsinsky-files-lawsuit-over-lineage-inc-stock-losses/

September 11, 2025

Skip to content

WJHL | Tri-Cities News & Weather

## ACCESS Newswire

News provided by

ACCESSWIRE

Sep 11, 2025, 6:00 PM ET

**NEW YORK, NY / ACCESS Newswire / September 11, 2025 /** - SueWallSt: Class Action Filed Against Lineage, Inc. - Contact Levi & Korsinsky

This lawsuit is on behalf of all purchasers of Lineage common stock in or traceable to the registration statement used in connection with the Company's July 26, 2024 initial public offering.

If you suffered a loss in Lineage, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.

1/4



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



View the original press release on ACCESS Newswire

NOTE: This content is not written by or endorsed by "WJHL", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over RxSight, Inc. Stock Losses

**www.cbs42.com/**business/press-releases/accesswire/1073868/time-to-suewallst-levi-korsinsky-files-lawsuit-over-rxsight-inc-stock-losses/

September 15, 2025

[Skip to content](#)

## ACCESS Newswire

News provided by

ACCESSWIRE

Sep 15, 2025, 5:45 PM ET

**NEW YORK, NY / ACCESS Newswire / September 15, 2025 /** - SueWallSt: Class Action Filed Against RxSight, Inc. - Contact Levi & Korsinsky

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between November 7, 2024 and July 8, 2025.

If you suffered a loss in RxSight, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



View the original press release on ACCESS Newswire

4/4

NOTE: This content is not written by or endorsed by "WIAT", its advertisers, or Nexstar Media Inc.

For inquiries or corrections to Press Releases, please reach out to Access Newswire.

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

# HIMS ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Hims & Hers Health, Inc. - August 25, 2025 Deadline

**⬛CBS42** **www.cbs42.com/**business/press-releases/accesswire/1044928/hims-alert-levi-korsinsky-files-securities-fraud-class-action-against-hims-hers-health-inc-august-25-2025-deadline/

News provided by ACCESSWIRE Jul 01, 2025, 12:30 PM ET                                July 1, 2025



**NEW YORK, NY / ACCESS Newswire / July 1, 2025 /** If you suffered a loss on your **Hims & Hers Health, Inc.** (NYSE:HIMS) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=155130&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Hims & Hers Health, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between April 29, 2025 and June 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Hims was engaged in the "deceptive promotion and selling of illegitimate, knockoff versions of Wegovy® that put patient safety at risk;" (2) as a result, there was a substantial risk that the Company's collaboration with Novo Nordisk would be terminated; and (3) as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**WHAT'S NEXT?** If you suffered a loss in Hims & Hers Health, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=155130&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on ACCESS Newswire

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Sable Offshore Corp. (SOC)

**www.cbs42.com/**business/press-releases/accesswire/1076647/recover-investment-losses-levi-korsinsky-files-class-action-against-sable-offshore-corp-soc/

News provided by ACCESSWIRE Sep 22, 2025, 10:22 AM ET

September 22, 2025



**NEW YORK, NY / ACCESS Newswire / September 22, 2025 /** If you suffered a loss on your **Sable Offshore Corp.** (NYSE:SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=168939&wire=1&utm_campaign=24

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=168939&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



View the original press release on ACCESS Newswire