**Timothy S. DeJong**, OSB No. 940662
tdejong@stollberne.com
**Keith A. Ketterling**, OSB No. 913368
kketterling@stollberne.com
**Cody Berne,** OSB No. 142797
cberne@stollberne.com
**Chloe Jasper**, OSB No. 253957
cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Proposed Lead Plaintiff*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC,<br><br>Defendants. | Case No. 3:25-cv-01424-AR<br><br>CLASS ACTION ALLEGATION<br><br>NOTICE THAT THE MOTION OF DEARBORN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL IS UNOPPOSED<br><br>Judge: Hon. Jeffrey Armistead |

On October 14, 2025, Lead Plaintiff movant City of Dearborn Police & Fire Revised Retirement System ("Dearborn") moved this Court pursuant to the PSLRA for appointment as Lead Plaintiff and approval of its selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. ("Stoll Berne") as Liaison Counsel for the Class. ECF Nos. 22-23. On the same day, two other movants, David Chung ("Chung") and Rufat Ilyasov ("Ilyasov"), filed similar motions for Lead Plaintiff appointment. *See* ECF Nos. 24-27. Since then, the competing movants, Chung and Ilyasov, have withdrawn their motions for Lead Plaintiff appointment.[1] *See* ECF Nos. 35, 40.

Dearborn's Motion for appointment as Lead Plaintiff, and approval of selection of counsel is, therefore, unopposed. Further, as Dearborn has the largest financial interest in the Action and otherwise meets all the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") Dearborn is the presumed "most adequate plaintiff." 15 U.S.C. § 77z-1(a)(3)(B)(i). Further, because Dearborn's Motion is unopposed, the presumption of "most adequate plaintiff" is unrebutted, thereby entitling Dearborn to appointment as Lead Plaintiff under the PSLRA. *Id.*

For the foregoing reasons, Dearborn requests that the Court (i) appoint Dearborn as Lead Plaintiff; (ii) approve Dearborn's selection of Labaton as Lead Counsel for the Class and Stoll Berne as Liaison Counsel for the Class; and (iii) grant such other and further relief as the Court may deem just and proper.

---

[1] This Court granted Movants Chung and Ilyasov's motions to withdraw their Lead Plaintiff motions. *See* ECF Nos. 36, 41.



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

DATED this 12th day of November, 2025.

STOLL STOLL BERNE LOKTING
& SHLACHTER P.C

By: *s/Timothy S. DeJong*
**Keith A. Ketterling**, OSB No. 913368
**Timothy S. DeJong**, OSB No. 940662
**Cody Berne**, OSB No. 142797
**Chloe Jasper**, OSB No. 253957

209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
tdejong@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Liaison Counsel for Proposed Lead Plaintiff*

**Francis P. McConville** (*pro hac vice*)
**Connor C. Boehme** (*pro hac vice*)
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*