UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VENKATA SURYA TEJA GOLLAPALLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KINDERCARE LEARNING COMPANIES, INC., PAUL THOMPSON, ANTHONY AMANDI, JOHN T. WYATT, JEAN DESRAVINES, CHRISTINE DEPUTY, MICHAEL NUZZO, BENJAMIN RUSSELL, JOEL SCHWARTZ, ALYSSA WAXENBERG, PRESTON GRASTY, PARTNERS GROUP HOLDING AG, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., and UBS SECURITIES LLC,<br><br>Defendants. | Case No. 3:25-cv-01424-AR<br><br>CLASS ACTION ALLEGATION<br><br>ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

Having considered the motion of City of Dearborn Police & Fire Revised Retirement System ("Dearborn") for: (1) appointment as Lead Plaintiff; and (2) approval of selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. as Liaison Counsel for the Class (the "Motion"):

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. This Order (the "Order") applies to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

**MASTER DOCKET AND MASTER FILE**

3. A Master Docket and Master File is established for the Action. The Master File case number is Case No. 25-cv-01424-AR. All orders, pleadings, motions and other documents will, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all these consolidated actions, the Clerk will file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

4. Every pleading in the Action will have the following caption: *In re KinderCare Learning Companies, Inc. Securities Litigation*, No. 25-cv-01424-AR (D. Or.).

5. When a case that arises out of the same subject matter of the Action is filed in this Court or transferred from another court, the Clerk of this Court will:

a. File a copy of this Order in the separate file for such action;

b. Mail a copy of this Order to the attorney for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c. Make the appropriate entry in the Master Docket for the Action.

6. Each new case that arises out of the subject matter of the Action that is filed in this Court or transferred to this Court, will be consolidated with the Action and this Order will apply to it, unless a party objects to consolidation, as provided for here, or any provision of this Order, within 10 days after the date a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

7. Dearborn is appointed to serve as Lead Plaintiff in the Action in accordance with 15 U.S.C. § 78u–4(a)(3)(B).

8. Dearborn's selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. as Liaison Counsel for the Class is approved under 15 U.S.C. § 78u–4(a)(3)(B)(v). Lead Counsel has the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel will make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel has the following responsibilities:

a. to brief and argue motions;

b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c. to direct and coordinate the examination of witnesses in depositions;

d. to act as spokesperson at pretrial conferences;

e. to initiate and conduct any settlement negotiations with Defendants' counsel;

f. to consult with and employ experts;

g. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

h. to perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

November 13, 2025

Date

The Honorable Jeff Armistead
United States Magistrate Judge

SUBMITTED BY:

**Keith A. Ketterling**, OSB No. 913368
**Timothy S. DeJong**, OSB No. 940662
**Cody Berne**, OSB No. 142797
**Chloe Jasper**, OSB No. 253957
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
tdejong@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Liaison Counsel for Proposed Lead Plaintiff*

**Francis P. McConville** (*pro hac vice*)
**Connor C. Boehme** (*pro hac vice*)
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*