AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  3:25-cv-01424-AR |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*      SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Timothy S. DeJong
> Stoll Stoll Berne Lokting & Shlachter P.C.
> 209 Southwest Oak Street, Suite 500
> Portland, OR 97204
> tdejong@stollberne.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-01424-AR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT "A" TO SUMMONS**

PARTNERS GROUP (USA) INC.
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

J.P. MORGAN SECURITIES LLC
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

ROBERT W. BAIRD & CO. INC.
Registered Agent:
The Prentice-Hall Corporation System, Inc.
1127 Broadway Street NY (Suite 310)
Salem, OR 97301

BMO CAPITAL MARKETS CORP.
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

DEUTSCHE BANK SECURITIES INC.
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

MACQUARIE CAPITAL (USA) INC.
Registered Agent:
Cogency Global Inc.
850 New Burton Road (Suite 201)
Dover, DE 19904

LOOP CAPITAL MARKETS LLC
Registered Agent:
Cogency Global Inc.
850 New Burton Road (Suite 201)
Dover, DE 19904

SAMUEL A. RAMIREZ & COMPANY, INC.
14 East 52nd Street
New York, NY 10022

R. SEELAUS & CO., LLC
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808