**STOLL STOLL BERNE**
**LOKTING & SHLACHTER P.C**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for*
*Lead Plaintiff and the Class*

[additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

Case No. 3:25-cv-01424-AR

**NOTICE OF FILING OF LEAD PLAINTIFF'S INTERIM COMPLAINT**

On November 13, 2025, this Court appointed Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System ("Dearborn" or "Lead Plaintiff") to serve as Lead Plaintiff in this action to represent the interests of the proposed Class of damaged KinderCare Learning Companies, Inc. ("KinderCare" or the "Company") investors. ECF No. 43. As part of its responsibility as Lead Plaintiff, Dearborn has filed an interim complaint—ECF No. 49 (the "Interim Complaint")—to preserve claims by taking the following steps: (a) clarifying the definitions of the KinderCare IPO (defined in the Interim Complaint), the Offering Documents (defined in the Interim Complaint) used in connection with the IPO, and the Class (defined in the Interim Complaint); (b) adding certain underwriters of the IPO and Partners Group (USA) Inc. as defendants (¶19 and ¶21 in the Interim Complaint); and (c) adding a claim under §12(a)(2) of the Securities Act of 1933, 15 U.S.C. § 77l(a)(2) (Count II in the Interim Complaint).

The filing of the Interim Complaint is without prejudice to Lead Plaintiff's forthcoming Amended Complaint, the scheduling of which is being negotiated by the parties to this action, and which will be filed in accordance with the Court's September 9, 2025 Order (ECF No. 12 at ¶4).

DATED: November 20, 2025

Respectfully submitted,

*/s/ Lauren A. Ormsbee*

Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
Jacqueline E. Lacovara (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com
jlacovara@labaton.com

*Court-Appointed Lead Counsel for Lead Plaintiff and the Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for Lead Plaintiff and the Class*