AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BMO CAPITAL MARKETS CORP.
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DEUTSCHE BANK SECURITIES INC.
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION<br>*Plaintiff(s)*<br>v.<br><br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* J.P. MORGAN SECURITIES LLC
Registered Agent:
CT Corporation System
780 Commercial Street SE (Suite 100)
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025** **By: s/R. Schellinger, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LOOP CAPITAL MARKETS LLC
Registered Agent:
Cogency Global Inc.
850 New Burton Road (Suite 201)
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MACQUARIE CAPITAL (USA) INC.
Registered Agent:
Cogency Global Inc.
850 New Burton Road (Suite 201)
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PARTNERS GROUP (USA) INC.
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* R. SEELAUS & CO., LLC
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

Civil Action No. 3:25-cv-01424-AR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT W. BAIRD & CO. INC.
Registered Agent:
The Prentice-Hall Corporation System, Inc.
1127 Broadway Street NE (Suite 310)
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025**

**By: s/R. Schellinger, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION<br>*Plaintiff(s)*<br>v.<br><br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-01424-AR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SAMUEL A. RAMIREZ & COMPANY, INC.
14 East 52nd Street
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren A. Ormsbee
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
lormsbee@labaton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 11/21/2025** **By: s/R. Schellinger, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON