**STOLL STOLL BERNE**
**LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for*
*Lead Plaintiff and the Class*

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-cv-01424-AR<br><br>CLASS ACTION ALLEGATION<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge: Hon. Jeffrey Armistead |

**CONFERRAL**

Counsel for Court-appointed Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System ("Dearborn" or "Lead Plaintiff"), Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty (collectively, the "KinderCare Defendants") and Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., UBS Securities LLC, (collectively, the "Underwriter Defendants," and together with the KinderCare Defendants, "Defendants"), certify that they conferred before filing this Stipulation.

**STIPULATION**

Lead Plaintiff, the KinderCare Defendants, and the Underwriter Defendants (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 12, 2025, Plaintiff Venkata Surya Teja Gollapalli, acting through his counsel, initiated this action by filing a complaint alleging claims under Sections 11 and 15 of the Securities Act of 1933 against the KinderCare Defendants, Defendant Partners Group Holding AG, and the Underwriter Defendants (the "Initial Complaint," ECF No. 1);

WHEREAS, on September 9, 2025, the Court so-ordered a September 5, 2019 stipulation (the "September 5 Stipulation") (ECF No. 10) providing, *inter alia*, that "the time to answer, move, or otherwise respond to the Complaint by the KinderCare Defendants and the Underwriter Defendants is stayed pending appointment of lead plaintiff and lead counsel," and "within fourteen days following the appointment of a lead plaintiff and lead counsel, the lead plaintiff(s), the KinderCare Defendants and the Underwriter Defendants shall meet and confer and submit a proposed schedule to the Court for the filing or designation of an operative complaint and the

KinderCare Defendants' and the Underwriter Defendants' responses thereto" (the "September 9 Order") (ECF No. 12);

WHEREAS, in the September 5 Stipulation, the KinderCare Defendants and the then-named Underwriter Defendants acknowledged that they had all either been served or agreed to accept service of the Initial Complaint;

WHEREAS, on October 14, 2025, Dearborn timely filed a motion for appointment as lead plaintiff and of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA") in the Action. ECF Nos. 22-23 (the "Lead Plaintiff Motion");

WHEREAS, in an Order dated November 13, 2025, this Court granted Dearborn's Lead Plaintiff Motion and issued an order appointing Dearborn as Lead Plaintiff in accordance with 15 U.S.C. § 78u–4(a)(3)(B), and approving Dearborn's selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. as Liaison Counsel for the Class (ECF No. 43);

WHEREAS, Lead Plaintiff, through Lead Counsel, identified certain claims and parties it believes should have been timely asserted in the Initial Complaint;

WHEREAS, on November 20, 2025, Lead Plaintiff filed an Interim Complaint for Violations of the Federal Securities Laws (ECF No. 49) and Notice of Filing of Lead Plaintiff's Interim Complaint (ECF No. 50), in which Lead Plaintiff provided notice that the Interim Complaint was filed to preserve claims by taking the following steps: (a) clarifying the definitions of the KinderCare IPO (defined in the Interim Complaint), the Offering Documents (defined in the Interim Complaint) used in connection with the IPO, and the Class (defined in the Interim

Complaint); (b) adding certain underwriters of the IPO[1] and Partners Group (USA) Inc. as defendants (¶19 and ¶21 in the Interim Complaint); and (c) adding a claim under §12(a)(2) of the Securities Act of 1933, 15 U.S.C. § 77l(a)(2) (Count II in the Interim Complaint). The filing of the Interim Complaint was without prejudice to Lead Plaintiff's forthcoming Amended Complaint;

WHEREAS, the Parties met and conferred regarding a proposed schedule for Lead Plaintiff to file its operative superseding amended complaint (the "Amended Complaint"), and a schedule for any responses thereto;

WHEREAS, counsel for the parties respectfully submit that good cause exists to extend the Defendants' time to respond until the filing of the Amended Complaint and that requiring Defendants to respond to the Interim Complaint would result in the needless expenditure of private and judicial resources;

WHEREAS, the Parties have conferred and agreed to the following schedule.

IT IS HEREBY STIPULATED AND AGREED among the Parties that, subject to Court approval:

1. The time to answer, move, or otherwise respond to the Interim Complaint by Defendants is stayed pending the filing of the Amended Complaint.
2. Lead Plaintiff will file an Amended Complaint on or before February 6, 2026.
3. Defendants will file their response(s) to the Amended Complaint on or before April 7, 2026.

[1] The additional underwriter defendants named in the Interim Complaint are Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and R. Seelaus & Co., LLC. Lead Plaintiff is currently effectuating service of the newly-named parties.

4. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file their opposition(s) to the motion(s) to dismiss on or before June 5, 2026.

5. Defendants will file any reply or replies to the opposition(s) to the motion(s) to dismiss on or before July 8, 2026.

6. All pretrial and ADR program deadlines and other deadlines set forth in the Court's Discovery and Pretrial Scheduling Order are vacated until after the Defendants' anticipated motion(s) to dismiss the operative Amended Complaint has/have been decided and shall be reset for dates the Court determines to be appropriate at that time.

**IT IS SO STIPULATED.**

DATED: November 26, 2025

**LABATON KELLER SUCHAROW LLP**
*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
Jacqueline E. Lacovara (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com
jlacovara@labaton.com

*Court-Appointed Lead Counsel for Lead Plaintiff and the Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500

**COOLEY LLP**
**BALLARD SPAHR LLP**
By: */s/ Koji Fukumura*
Koji Fukumura (*pro hac vice*)
Heather Speers (*pro hac vice*)
10265 Science Center Drive
San Diego, CA 02121
Telephone: (858) 550-6000

**BALLARD SPAHR LLP**
Bruce H. Cahn, OSB No. 935450
Ryan O'Hollaren, OSB No. 231160
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
Telephone: (503) 778-2100

*Attorneys for Defendants KinderCare Learning Companies, Inc., Paul Thomspon Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg and Preston Grasty*

**DAVIS POLK & WARDWELL LLP**
By: */s/ Charles S. Duggan*

Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for Lead Plaintiff and the Class*

Charles S. Duggan
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Charles.duggan@davispolk.com

*Attorneys for the Underwriter Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________
THE HON. JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE