# UNITED STATES DISTRICT COURT

for the
DISTRICT OF OREGON

| | | |
|---|---|---|
| **IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION** | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-01424-AR |

## AFFIDAVIT OF SERVICE

I, Chelsie Nichols, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BMO CAPITAL MARKETS CORP. in Marion County, OR on December 16, 2025 at 10:52 am at 780 Commercial St SE, Ste 100, Salem, OR 97301-3465 by leaving the following documents with  who as  at CT Corp is authorized by appointment or by law to receive service of process for BMO CAPITAL MARKETS CORP..

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

, est. age Unknown, glasses: N,  hair, , .
Geolocation of Serve: https://google.com/maps?q=44.9335833333,-123.0434583333
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Marion County,

OR on 12/16/2025.

/s/ Chelsie Nichols

Signature
Chelsie Nichols
+1 (503) 400-2922


Exhibit 1a)
780
Commercial Street SE
LOWER LEVEL
Suites 100-106


Exhibit 1b)
100
PLEASE COME IN
Please note that our office will be closed daily from approximately 1:15PM until 1:45PM while we make our delivery to the Corporation Division. We apologize for the inconvenience!
Ardent Agents
C T Corporation System
National Registered Agents, Inc.
Business Filings Incorporated
VCorp Services, LLC
Service of Process Hours: 9:00 a.m. - 3:00 p.m.


Exhibit 1c)
Welcome!
Scan now!
Please make sure the intended target entity is either underlined or highlighted to ensure accuracy. Thank you!
10:46