UNITED STATES DISTRICT COURT

**City of Dearborn Police & Fire Revised Retirement System**

*Plaintiff(s) / Petitioner(s)*

v.

**KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, Preston Grasty, Partners Group Holding AG, Partners Group (USA) Inc., Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., J.P. Morgan Securities LLC, UBS Securities LLC, Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., R. Seelaus & Co., LLC**

*Defendant(s) / Respondent(s)*

Case No.: 3:25-cv-01424-AR

**AFFIDAVIT OF SERVICE**

I, Chelsie Nichols, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to J.P. Morgan Securities LLC in Marion County, OR on December 16, 2025 at 10:51 am at 780 Commercial St SE, Ste 100, Salem, OR 97301-3465 by leaving the following documents with Eden Clovergale who as intake specialist at C T Corporation System is authorized by appointment or by law to receive service of process for J.P. Morgan Securities LLC.

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

, est. age Unknown, glasses: N,  hair, , .
Geolocation of Serve: https://google.com/maps?q=44.9335833333,-123.0434583333
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Marion County,

OR on 12/16/2025.

/s/ *Chelsie Nichols*

Signature
Chelsie Nichols
+1 (503) 400-2922


Exhibit 1a)
780
Commercial Street SE
LOWER LEVEL
Suites 100-106


Exhibit 1b)
100
PLEASE COME IN
Please note that our office will be closed daily from approximately 1:15PM until 1:45PM while we make our delivery to the Corporation Division. We apologize for the inconvenience!
Ardent Agents
C T Corporation System
National Registered Agents, Inc.
Business Filings Incorporated
VCorp Services, LLC
Service of Process Hours: 9:00 a.m. - 3:00 p.m.


Exhibit 1c)
Welcome!
Scan now!
Eden Clovergla
HAND SANITIZER ANTIBACTERIAL
10:45
Please make sure the intended
target entity is either underlined
or highlighted to ensure
accuracy. Thank you!