# UNITED STATES DISTRICT COURT

for the
DISTRICT OF OREGON PORTLAND DIVISION

| | |
|---|---|
| **IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION** | Civil Action No. 3:25-cv-01424-AR |

## AFFIDAVIT OF SERVICE

I, Marcia Boyer, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LOOP CAPITAL MARKETS LLC in Kent County, DE on December 16, 2025 at 12:23 pm at 850 New Burton Rd, Ste 201, Dover, DE 19904-5786 by leaving the following documents with Teresa grandison who as Agent at CogencyGlobal Inc is authorized by appointment or by law to receive service of process for LOOP CAPITAL MARKETS LLC.

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

Black or African American Female, est. age 35-44, glasses: Y, Black hair, 220 lbs to 240 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.1486943,-75.5305353
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Sussex County,
DE on 12/16/2025.

/s/ Marcia Boyer
Signature
Marcia Boyer
+1 (302) 670-3959


Exhibit 1a)
COGENCYGLOBAL