# UNITED STATES DISTRICT COURT

for the
District of Oregon

**Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System**

*Plaintiff*

v.

**KinderCare, Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, Preston Grasty, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., J.P. Morgan Securities LLC, UBS Securities LLC, Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., R. Seelaus & Co., LLC, Partners Group (USA) Inc., Partners Group Holding AG**

*Defendant*

Civil Action No. 3:25-cv-01424-AR

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to R. SEELAUS & CO., LLC in New Castle County, DE on December 16, 2025 at 1:44 pm at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents with Donna Snow who as INTAKE_SPECIALIST at Corporation Service Company (CSC) is authorized by appointment or by law to receive service of process for R. SEELAUS & CO., LLC.

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

White Female, est. age 55-64, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.76033,-75.62327
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
New Castle County,
DE on 12/16/2025.

/s/ Kimberly Mcmullin
Signature
Kimberly Mcmullin
+1 (484) 319-1715


Exhibit 1a)
CSC