# UNITED STATES DISTRICT COURT

for the
DISTRICT OF OREGON PORTLAND DIVISION

**City of Dearborn Police & Fire Revised Retirement System**

*Plaintiff*

v.

**KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, Preston Grasty, Partners Group Holding AG, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., J.P. Morgan Securities LLC, UBS Securities LLC, Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., R. Seelaus & Co., LLC**

*Defendant*

Civil Action No. 3:25-cv-01424-AR

## AFFIDAVIT OF SERVICE

I, Chelsie Nichols, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ROBERT W. BAIRD & CO. INC. in Marion County, OR on December 16, 2025 at 11:14 am at 1127 Broadway Street NE, Suite 310, Salem, OR 97301 by leaving the following documents with Christina Hammock who as Clerk at Corporation Service Company (CSC) is authorized by appointment or by law to receive service of process for ROBERT W. BAIRD & CO. INC..

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

, est. age Unknown, glasses: N, hair, , .
Geolocation of Serve: https://google.com/maps?q=44.95112,-123.0316916667
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Marion County,

OR on 12/16/2025.

/s/ Chelsie Nichols

Signature
Chelsie Nichols
+1 (503) 400-2922


Exhibit 1a)
OPEN
Suite 310
CSC
Attn: Process Servers
Our office will be closed on Thursday December 25th and Thursday January 1st.
Thank You
To Enter our Suite:
Please ring the doorbell
Under the doorbell is a badge reade
with a red light
Please wait for red light to turn gree
enter.
Thank you so much for your cooperation!
ATTENTION: PROCESS SERVERS
Service of Process Hours:
(Excluding Holidays and other days our facility is closed)
Monday – Friday
9:00-3:00
IMPORTANT NOTICE: INDICATING PARTY SERVED
Each service must be underlined to CLEARLY and SPECIFICALLY identify which entity is being served.
If you are serving MULTIPLE entities in the same case, you must have SUFFICIENT COPIES to serve each entity.
If you have questions, contact our call center at 888-690-2882
We reserve the right to reject a service of process if the defendant or defendants being served are not clearly identified on the summons, citation, or other legal document.


Exhibit 1b)
Please use my name
Ethan Scott
Christina Hammock
Lynell Allison
CSC
IMPORTANT NOTICE: INDICATING
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION
Purell
Litigation Management
CSC