# UNITED STATES DISTRICT COURT

for the
DISTRICT OF OREGON

| | | |
|---|---|---|
| **IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION** | ) | Civil Action No. 3:25-cv-01424-AR |

## AFFIDAVIT OF SERVICE

I, John Downs, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SAMUEL A. RAMIREZ & COMPANY, INC. in New York County, NY on December 16, 2025 at 2:41 pm at 14 E 52nd St, New York, NY 10022-5308 by leaving the following documents with Vincent mazzaro who as Chief operating officer is authorized by appointment or by law to receive service of process for SAMUEL A. RAMIREZ & COMPANY, INC..

INTERIM COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
SUMMONS IN A CIVIL ACTION

White Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.7594886045,-73.9756165014
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New York County,

NY on 12/16/2025.

/s/ *John Downs*

Signature
John Downs
+1 (862) 228-7819


Exhibit 1a)
RAMIREZ
SINCE 1971
RAMIREZ