# UNITED STATES DISTRICT COURT

for the
District of Oregon

| | | |
|---|---|---|
| **IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION** | ) | Civil Action No. 3:25-cv-01424-AR |

## AFFIDAVIT OF SERVICE

I, Regina Bonner, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MACQUARIE CAPITAL (USA) INC. in New Castle County, DE on December 17, 2025 at 12:11 pm at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents in their bin and ipad as document drop off at Cogency Global Inc. is authorized by appointment or by law to receive service of process for MACQUARIE CAPITAL (USA) INC..

CLASS ACTION ALLEGATION
SUMMONS IN A CIVIL ACTION
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.761275,-75.6236583333
Photograph: See Exhibit 1

Total Cost: $450.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New Castle County,

DE on 12/17/2025.

/s/ Regina Bonner

Signature

Regina Bonner

+1 (215) 980-7916


Exhibit 1a)
NO PARKING
FIRE
LANE