**STOLL STOLL BERNE**
**LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for*
*Lead Plaintiff and the Class*

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-cv-01424-AR<br><br>CLASS ACTION ALLEGATION<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey Armistead |

## CONFERRAL

Counsel for Court-appointed Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System ("Dearborn" or "Lead Plaintiff") and Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., UBS Securities LLC, Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and R. Seelaus & Co., LLC (collectively, the "Underwriter Defendants"), certify that they conferred before filing this Stipulation.

## STIPULATION

Lead Plaintiff and the Underwriter Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 12, 2025, Plaintiff Venkata Surya Teja Gollapalli, acting through his counsel, initiated this action by filing a complaint alleging claims under Sections 11 and 15 of the Securities Act of 1933 (the "Initial Complaint," ECF No. 1);

WHEREAS, on September 9, 2025, the Court so-ordered a September 5, 2025 stipulation (the "September 5 Stipulation") (ECF No. 10) providing, *inter alia*, that "the time to answer, move, or otherwise respond to the Complaint . . . is stayed pending appointment of lead plaintiff and lead counsel," and that the parties shall "within fourteen days following the appointment of a lead plaintiff and lead counsel . . . meet and confer and submit a proposed schedule to the Court for the filing or designation of an operative complaint and . . . responses thereto" (the "September 9 Order") (ECF No. 12);

WHEREAS, in the September 5 Stipulation, the Underwriter Defendants named in the Initial Complaint[1] acknowledged that they had all either been served or agreed to accept service of the Initial Complaint;

WHEREAS, in an Order dated November 13, 2025, this Court granted Dearborn's Lead Plaintiff Motion for appointment as lead plaintiff and of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA"), and issued an order appointing Dearborn as Lead Plaintiff in accordance with 15 U.S.C. § 78u–4(a)(3)(B), and approving Dearborn's selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. as Liaison Counsel for the Class (ECF No. 43);

WHEREAS, Lead Plaintiff, through Lead Counsel, identified certain claims and parties it believes should have been timely asserted in the Initial Complaint;

WHEREAS, on November 20, 2025, Lead Plaintiff filed an Interim Complaint for Violations of the Federal Securities Laws (ECF No. 49) and Notice of Filing of Lead Plaintiff's Interim Complaint (ECF No. 50), in which Lead Plaintiff provided notice that the Interim Complaint was filed to preserve claims by, among other things, adding certain additional Underwriter Defendants as defendants[2] and adding a claim under §12(a)(2) of the Securities Act of 1933, 15 U.S.C. § 77l(a)(2) (Count II in the Interim Complaint). The filing of the Interim Complaint was without prejudice to Lead Plaintiff's forthcoming Amended Complaint;

---

[1] The underwriter defendants named in the Initial Complaint are Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., UBS Securities LLC.

[2] The additional underwriter defendants named in the Interim Complaint are J.P. Morgan Securities LLC, Robert W. Baird & Co. Inc., BMO Capital Markets Corp., Deutsche Bank Securities Inc., Macquarie Capital (USA) Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and R. Seelaus & Co., LLC.

WHEREAS, on December 2, 2025, the Court so-ordered a November 26, 2025 stipulation and scheduling order submitted by Lead Plaintiff, the Kindercare Defendants,[3] and the Underwriter Defendants identified in the Initial Complaint[4] (the "Scheduling Order") (ECF No. 54), providing, *inter alia*, that the deadline for Lead Plaintiff to file its operative superseding amended complaint (the "Amended Complaint") is February 6, 2026; the deadline for Defendants to file their response(s) to the Amended Complaint is April 7, 2026; the deadline for Lead Plaintiff to file their opposition(s) to the motion(s) to dismiss is June 6, 2026; the deadline for Defendants to file any reply or replies to the motion(s) to dismiss is July 8, 2026; and that all pretrial and ADR program deadlines and other deadlines set forth in the Court's Discovery and Pretrial Scheduling Order are vacated until after the Defendants' anticipated motion(s) to dismiss the operative Amended Complaint has/have been decided and shall be reset for dates the Court determines to be appropriate at that time;

WHEREAS, all Underwriter Defendants have either been served or agreed to accept service of the Summons and Complaint;

IT IS HEREBY STIPULATED AND AGREED among Lead Plaintiff and the Underwriter Defendants, subject to the approval of the Court, that:

1. The Underwriter Defendants are bound by the Scheduling Order entered on December 2, 2025.

**IT IS SO STIPULATED.**

DATED: January 16, 2026

---

[3] The Kindercare Defendants are Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty.

[4] The underwriter defendants named in the Initial Complaint are Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., UBS Securities LLC.

**LABATON KELLER SUCHAROW LLP**
*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
Jacqueline E. Lacovara (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com
jlacovara@labaton.com

*Court-Appointed Lead Counsel for Lead Plaintiff and the Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for Lead Plaintiff and the Class*

**DAVIS POLK & WARDWELL LLP**
By: */s/ Charles S. Duggan*
Charles S. Duggan
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Charles.duggan@davispolk.com

*Attorneys for the Underwriter Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________
THE HON. JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

1/14/2026 5:24 PM

3694461.4