**STOLL STOLL BERNE**
**LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for*
*Lead Plaintiff and the Class*

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-CV-01424-AR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANT PARTNERS GROUP HOLDING AG** |

WHEREAS, Plaintiff Venkata Surya Teja Gollapalli filed a class action complaint in this action on August 12, 2025, naming Partners Group Holding AG ("PGH"), among others, as a defendant in this case (*see* ECF No. 1);

WHEREAS, the Court-appointed Lead Plaintiff City of Dearborn Police & Fire Revised Retirement System ("Lead Plaintiff") filed an interim complaint (the "Interim Complaint") on

November 20, 2025, which added claims against several parties including Partners Group (USA) Inc. ("PGUSA") (*see* ECF No. 49);

WHEREAS, PGH and PGUSA assert that Lead Plaintiff should have named as defendants additional entities affiliated with either PGH or PGUSA, including but not limited to the investment funds for which affiliates of PGH serve as investment manager and that held interests in KinderCare Learning Companies, Inc. ("KinderCare" or the "Company"), as identified in the September 6, 2024 registration statement KinderCare filed with the U.S. Securities and Exchange Commission for the IPO on Form S-1, which, after amendments on September 30, 2024 and October 7, 2024, was declared effective on October 8, 2024 (the "Registration Statement");

WHEREAS, PGUSA states that PGH is a holding company with no direct employees or operations;

WHEREAS, the undersigned parties (the "Parties") wish to avoid burdening the Court with unnecessary disputes concerning whether any affiliates of PGUSA and PGH, including those identified in the Registration Statement, can or should be appropriately named as defendants to claims for violations of the securities laws at issue in this Action; and

WHEREAS, the Court entered a Stipulation and Scheduling Order ("Scheduling Order") on December 2, 2025;

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, subject to the approval of the Court, that:

1. Defendant PGUSA agrees that it will not argue that any entity affiliated with PGUSA (including but not limited to PGH or the other PGUSA affiliates identified in the Registration Statement), is in fact the proper party to this lawsuit in lieu of PGUSA and/or should have liability in lieu of PGUSA; provided, however, that nothing in this Stipulation limits, restricts,

or modifies: (i) the ability of the PGUSA to argue either that it has no liability to Lead Plaintiff at all and/or that liability should be assigned to other persons not affiliated with PGUSA consistent with what is allowed under the Private Securities Litigation Reform Act ("PSLRA") and/or (ii) any contract of insurance or contract containing indemnification, advancement, or reimbursement provisions that might apply to the claims that were, or could have been, asserted in this lawsuit concerning PGUSA, PGH, or any affiliated entities.

2. PGUSA agrees to accept service of process of the Complaint by and through their attorneys as of the date of entry of this order, without waiver of, or prejudice to, any rights, arguments, or defenses that PGUSA may have (other than those relating to the sufficiency of process or sufficiency of service of process, as well as the arguments as stated herein).

3. PGUSA agrees to be bound by the Scheduling Order entered on December 2, 2025 as if it was a party thereto.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the agreements between the Parties as stated herein, Lead Plaintiff voluntarily dismisses the claims in this action asserted against Defendant PGH without prejudice.

**IT IS SO STIPULATED.**

Dated: January 21, 2026

**LABATON KELLER SUCHAROW LLP**
*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (admitted *pro hac vice*)
Jesse L. Jensen (*pro hac vice* pending)
David Saldamando (admitted *pro hac vice*)
Jacqueline E. Lacovara (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: lormsbee@labaton.com

**LATHAM & WATKINS LLP**
*/s/ Jason C. Hegt*
Jeff G. Hammel (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
Melange Gavin (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
Fax: 212-751-4864
jeff.hammel@lw.com
jason.hegt@lw.com

jjensen@labaton.com
dsaldamando@labaton.com
jlacovara@labaton.com

*Court-Appointed Lead Counsel for Lead Plaintiff and the Class*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
Keith A. Ketterling, OSB No. 913368
Cody Berne, OSB No. 142797
Chloe Jasper, OSB No. 253957
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: tdejong@stollberne.com
kketterling@stollberne.com
cberne@stollberne.com
cjasper@stollberne.com

*Court-Appointed Liaison Counsel for Lead Plaintiff and the Class*

melange.gavin@lw.com

Lauren C. Barnett (admitted *pro hac vice*)
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: 424-653-5500
Fax: 424-653-5501
lauren.barnett@lw.com

**FOSTER GARVEY PC**
Eryn K. Hoerster (OSB # 106126)
121 SW Morrison St #1100,
Portland, OR 97204
Telephone: 503-228-3939
Fax: 503-226-0259
eryn.hoerster@foster.com

*Attorneys for Defendant Partners Group (USA) Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________
THE HON. JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE