Eryn Karpinski Hoerster, OSB # 106126
**FOSTER GARVEY PC**
121 SW Morrison St., Eleventh Floor
Portland, OR 97204
Telephone: 503-228-3939
Fax: 503-226-0259
eryn.hoerster@foster.com

*Attorneys for Defendant Partners Group (USA) Inc.*
[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION

Case No. 3:25-CV-01424-AR

**DEFENDANT PARTNERS GROUP (USA) INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Partners Group (USA) Inc. files this corporate disclosure statement. Partners Group (USA) Inc., a company organized under the laws of Delaware, is 100% owned by Partners Group Holding AG (Switzerland), a publicly-traded company.

Dated: January 28, 2026

Respectfully submitted,

By: *s/ Eryn Karpinski Hoerster*
Eryn Karpinski Hoerster, OSB # 106126
**FOSTER GARVEY PC**
121 SW Morrison St., Eleventh Floor
Portland, OR 97204
Telephone: 503-228-3939
Fax: 503-226-0259
eryn.hoerster@foster.com

**LATHAM & WATKINS LLP**

Jeff G. Hammel (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
Melange Gavin (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
Fax: 212-751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
melange.gavin@lw.com

Lauren C. Barnett (admitted *pro hac vice*)
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: 424-653-5500
Fax: 424-653-5500
lauren.barnett@lw.com

*Attorneys for Defendant Partners Group (USA) Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2026, the foregoing DEFENDANT PARTNERS GROUP (USA) INC.'S CORPORATE DISCLOSURE STATEMENT was filed with the United States District Court using the CM/ECF system, which will send notification of the filing to the attorneys of record for the parties via the Court's CM/ECF system.

Dated: January 28, 2026

*/s/ Eryn Karpinski Hoerster*
Eryn Karpinski Hoerster, OSB #106126