# APPENDIX A

*In re KinderCare Learning Companies, Inc. Securities Litigation*

Case No. 3:25-cv-01424-AR

**Appendix A: False and Misleading Statements and Omissions in KinderCare's Offering Documents**

| **Misstatements And Omissions About KinderCare's Compliance With Rigorous Safety Standards And Government Regulations (Complaint, § IV.D.1)** | |
|---|---|
| **¶** | **False and Misleading Statements in the Offering Documents**[1] |
| 109 | **A Letter from Paul Thompson, our Chief Executive Officer**<br><br>*****<br><br>**Health & Safety**<br><br>*****<br><br>***We hold sacred our responsibility to protect and nurture the children in our care. Our rigorous safety standards across all classrooms are reinforced by ongoing training and measurement tools***. We build healthy bodies and minds through nutritious meals, and physical activity programs, and our ***dedicated resources support teacher and child mental health and emotional safety***. |
| 110 | ***We consistently adhere to strict procedures across all of our centers to provide a healthy, safe environment for our children*** and our workforce and to deliver confidence and peace of mind to families. |
| 110 | ***We employ robust practices that support the overall well being of the children we serve, as well as our employees and staff***. |
| 110 | ***We maintain rigorous health and safety standards within all our classrooms across our over 2,400 centers and sites***. |
| 110 | ***Center directors regularly provide safety training to their teachers and staff to ensure our employees are updated on our latest protocols and adhere to our safety standards***. |

[1] The Offering Documents are defined in ¶ 1, n.2 of the Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Complaint"). Each False and Misleading Statement was contained within the S-1 Registration Statement and Prospectus, and were explicitly incorporated by reference in the S-8 Registration Statement.

In addition to the False and Misleading Statements identified in this Appendix A, Plaintiffs also allege that the Offering Documents omitted material information required to be disclosed by Items 303 and 105 of Regulation S-K. *See* Complaint, § IV.D.4.

| | |
|---|---|
| 110 | ***The health and safety of children and our employees continues to be a top priority***. |
| 110 | ***We make investments in our curriculum and in how we operate our centers to promote safety as well as physical, mental and emotional health***. |
| 110 | ***Our teachers and center staff undergo extensive training on mental and emotional health and safety practices to provide a safe environment for children and confidence and peace of mind for parents***. |
| 111-12 | **Government Regulation**<br>Various aspects of our operations are subject to federal, state and local laws, rules and regulations, any of which may change from time to time. Laws and regulations affecting our business may change, sometimes frequently and significantly, as a result of political, economic, social or other events. ***We do not expect the costs of <u>continuing to comply</u> with applicable laws and regulations to have a material effect on our business***. ***Some of the federal, state or local laws and regulations that affect us include*** but are not limited to . . .<br><br>• ***licensing and child care specific regulations***; [and]<br>• environmental, ***health and safety laws and regulations***.<br><br>The Offering Documents then elaborated further on these regulations with which the Company is "***continuing to comply***," stating:<br><br>**Licensing and Child Care Centers**<br>Laws, regulations and licensing and other requirements impacting education, child care and before- and after-school programs exist at the national, state and local levels, and such laws, regulations and licensing periodically change. ***In most jurisdictions where we operate, our child care centers are required by law to meet a variety of operational requirements, including minimum qualifications and background checks for our center personnel as well as teacher-to-child ratios and various employment, facility, and health, fire and safety regulations***. |
| 113 | ***Our teachers and center staff participate in an onboarding program prior to conducting student-facing activities. The program ensures new employees are grounded in our protocols and culture, from safe interactions with children and understanding local licensing regulations*** to building relationships with families. |

| Misstatements And Omissions About KinderCare's Employee Engagement And Staffing (Complaint, § IV.D.2.) | |
|---|---|
| 242 | **People & Engagement**<br><br>***Our industry-first talent filter helps us hire the best teachers and center staff who will thrive in our classrooms***.<br><br>*****<br><br>***People & Engagement***. We utilize a proprietary, data-driven approach ***to attract, hire and develop exceptional talent***. |
| 243 | **Teacher and Center/Site Staff Compensation Approach**<br><br>***Ensuring our employees receive competitive pay has long been at the forefront of our retention and engagement strategy, with a special focus on investing in our teachers as they are at the heart of what we do every day***. We believe we will drive better and more consistent experiences for families, as well as foster happier and more fulfilled employees ***by providing employees with competitive pay***. With the goal of making KinderCare the best place for teachers to learn and grow as career educators, ***we began investing in wages by providing standardized annual merit-related increases in wages in 2015. Since then, we have prioritized investments in center and site staff wages***, including making incremental improvements in wages for our lead teachers and differentiating merit-based increases in wages by performance, tenure and pay as compared to a standard level of merit-based increases.<br><br>*****<br>***We continue to honor teacher tenure with significantly higher wage rates starting at their one-year service anniversary***. |
| 244 | Employee retention in the childhood education space is paramount for fostering a nurturing and stable environment for both educators and children. ***We are dedicated to creating a supportive culture for our staff which is driven by our shared values, expansive training and development, and a comprehensive total rewards program including competitive benefits and pay***, as further outlined below. |
| 245 | ***We believe we are particularly well positioned to attract talent due to our ability to offer competitive pay, benefits and training, along with more job flexibility compared to other ECE providers***. |
| 246 | ***We also offer competitive compensation and benefits packages as well as periodic salary increases for our teachers and staff***. |
| 247 | ***We focus on employee engagement by developing a motivated, talented workforce to build a nurturing environment for children and strong relationships with families***. |

| Misstatements and Omissions About KinderCare's Operating Strategy (Complaint, § IV.D.3.a) | |
|---|---|
| 298 | ***Occupancy Improvement*. *We have a strong track record of improving occupancy rates across our portfolio***. In the past decade, we increased our average same-center occupancy from 58% in 2013 to 69% in 2023 (or 71% excluding the impact from the acquisition of Crème School) ***through a combination of strategic investments in technology, talent and implementing best practices across our centers***. |
| 299 | *Occupancy improvement:* We aim to improve occupancy rates across our portfolio. Historically, ***we increased our average occupancy through a combination of strategic investments in technology and talent, as well as implementing best practices at our centers***. We invest significant resources into our technology infrastructure to support our center and site operations and interactions with families. An analysis of occupancy data from across our centers indicates growth potential within our business. |
| 300 | We leverage quintile analysis to group our centers for evaluation. Quintile analysis ranks our centers by EBITDA levels. Our 4th and 5th quintile centers ***have an embedded growth potential within our portfolio supported by our demonstrated success at driving occupancy improvement***. |
| 301 | Given our scale and operational expertise and resources, ***we possess the ability to serve families supported by public subsidy funding and the agility to meet evolving family preferences toward flexible and accredited providers***. In 2023, 9.0% of our same-center revenue increase was driven by centers that were classified as same-centers as of both fiscal 2023 and fiscal 2022. ***We believe we are well positioned to continue to increase same-center revenues through our multi-pronged strategy of occupancy improvement*** and tuition rate increases. |
| 302 | ***Increase revenues through improved occupancy and consistent price increases***. Our future revenue growth is in part dependent on us continuing to grow revenues across our portfolio of centers. . . . ***We focus on employee engagement by developing a motivated, talented workforce to build a nurturing environment for children and strong relationships with families***. . . . We help families access public subsidies, where appropriate, to make attendance at our centers more affordable. ***The differentiation of our offerings provides us an opportunity to attract new families and drive enrollment and occupancy growth at our centers***. Although we expect these marketing activities will increase our cost of services, we expect it to positively impact our results of operations in the future. ***General economic conditions, shifts in workforce demographics, and local market competition are our largest challenges in terms of future revenue growth***. |

| | |
|---|---|
| 303 | **Our Competitive Strengths**<br><br>We believe the following are our core strengths that differentiate us from our competition:<br><br>*****<br><br>We believe our scale creates a sustainable competitive advantage, enabling us to (i) ***identify best practices within our network and apply them across all of our centers and onsite programs***, (ii) ***consistently invest in our curriculum to produce tangible student outcomes***, (iii) ***attract and retain high-quality talent with a broad benefits package and career development opportunities***, . . .<br><br>*****<br><br>***Strong workforce engagement drives robust operational performance***. ***We utilize a holistic approach to attract, train, develop and retain a talented workforce, at scale, and drive workforce engagement***. Our approach fosters stronger connections with families and better center financial performance. ***Our workforce culture is a fundamental driver of employee engagement as we strive to maintain a culture that is mission-driven, inclusive and values the input of each of our employees***. ***We measure success of our workforce engagement by our ability to provide continuity of care***. |
| 304 | In a section concerning the "Operations & Growth" pillar of the Company's operating strategy, the Offering Documents stated that the Company uses its "proprietary center management platform, OneCMS . . . across our entire organization . . . [to] promote[] ***uniformity across centers . . . [and] accelerate[] the rapid adoption of KinderCare policies and processes for new center additions***." |
| **Misstatements and Omissions About Risks from KinderCare's Noncompliance with Health and Safety Standards and Related Risks (Complaint, § IV.D.3.b.)** | |
| 309 | ***General Risks***<br><br>***Compliance with existing and new laws and regulations could impact the way we conduct business***.<br><br>Laws, regulations and licensing, and other requirements impacting education, child care and before- and after-school programs at the national, state and local levels periodically change, and the ultimate cost of compliance cannot be precisely estimated. Although these regulations and requirements vary greatly from jurisdiction to jurisdiction, government agencies and accreditation organizations generally review, among other things, the adequacy of buildings and equipment, minimum square footage, ***ratio of staff to children, educational qualifications and training of staff, record keeping, nutrition requirements, curriculum, employee screening, compliance with health and safety standards***, data privacy and security requirements, and program quality. ***Failure of a center, site or program to comply with applicable regulations and requirements could subject it to sanctions, which can include fines,*** |

| | |
|---|---|
| | ***corrective orders, being placed on probation, loss of accreditation or, in more serious cases, suspension or revocation of the license to operate, inability to open or acquire new centers, or ability to participate in federal, state and local subsidy programs, and could require significant expenditures to bring our centers, sites or programs into compliance or result in the closing of the center, site or program. Certain government agencies may publish or publicly report major and/or minor regulatory violations and we may suffer adverse publicity, which could result in loss of enrollment in a center, site, program or market***. In addition, there may be unforeseen changes in regulations and licensing requirements, such as changes in the required ratio of child center staff personnel to enrolled children that could have an adverse impact on our operations. |
| 312 | **Summary Risk Factors**<br><br>*****<br>We are subject to a number of risks, including risks that ***may prevent us from achieving our business objectives or that may adversely affect our business, financial condition and results of operations…***:<br><br>***Because our success depends substantially on the value of our brands and reputation as a provider of choice, adverse publicity could impact the demand for our services***.<br><br>*****<br><br>**Risk Factors**<br><br>*****<br><br>***Because our success depends substantially on the value of our brands and reputation as a provider of choice, adverse publicity could impact the demand for our services.***<br><br>***Our reputation and brand are critical to our business*. *Adverse publicity concerning reported incidents or allegations of inappropriate, illegal or harmful acts to a child at any child care center or site, or through a third-party provider, whether or not directly related to or involving us, could result in decreased enrollment at our child care centers or sites, the termination of existing corporate relationships, our inability to attract new corporate relationships or increased insurance costs, all of which could adversely affect our operations***. Brand value and our reputation can be severely damaged even by isolated incidents, particularly if the incidents receive considerable negative publicity or result in substantial litigation. These incidents may arise from events that are beyond our ability to control, such as instances of abuse or actions taken (or not taken) by one or more center or site managers or teachers relating to the health, safety or welfare of children in our care. In addition, from time to time, clients and others make claims and take legal action against us. Whether or not claims have merit, they may adversely affect our reputation and the demand for our services. Such demand could also diminish significantly if any such incidents or other matters erode general confidence in us or our services, which would likely result in lower revenues and could materially and adversely affect our business, |

| | |
|---|---|
| | financial condition and results of operations. Any reputational damage could have a material adverse effect on our brand value and our business, which, in turn, could have a material adverse effect on our business, financial condition and results of operations. |
| 314 | **Summary Risk Factors**<br><br>*****<br><br>We are subject to a number of risks, including risks that ***may prevent us from achieving our business objectives or that may adversely affect our business, financial condition and results of operations…:***<br><br>***Our business depends largely on our ability to hire and retain qualified teachers and maintain strong employee engagement***.<br><br>*****<br><br>**Risk Factors**<br><br>*****<br><br>***Our business depends largely on our ability to hire and retain qualified teachers and maintain strong employee engagement***.<br><br>The provision of child care services is personnel-intensive. ***Our business depends on our ability to attract, train and retain the appropriate mix of qualified employees and on effectively implementing and maintaining strong employee engagement, cultivating an atmosphere of trust, and effectively communicating the value proposition of working for us***. The child care industry traditionally has experienced high turnover rates. In addition, ***state laws require our teachers and other staff members to meet certain educational and other minimum requirements, and we often require that teachers and staff at our centers and sites have additional qualifications***. We are also required by state laws to maintain certain prescribed minimum adult-to-child ratios. ***If we are unable to hire and retain qualified teachers at a center or site, we could be required to reduce enrollment or be prevented from accepting additional enrollment in order to comply with such mandated ratios. In certain markets, we may experience difficulty in attracting, hiring and retaining qualified teachers due to tight labor pools, health concerns and changes in the work environment***, which may require us to offer increased salaries, enhanced benefits and institute initiatives to maintain strong employee engagement that could result in increased costs. |