# APPENDIX B

*In re KinderCare Learning Companies, Inc. Securities Litigation*

Case No. 3:25-cv-01424-AR

***In re KinderCare Learning Companies, Inc. Securities Litigation*, Case No. 3:25-cv-01424-AR**

**Appendix B: List of State Databases Searched For Monitoring and Inspection Reports**

| State | Agency | Database URL |
|---|---|---|
| Alabama | Alabama Department of Human Resources | https://apps.dhr.alabama.gov/daycare/daycare_search |
| Alaska | Alaska Department of Health Division of Public Assistance | https://akccis.com/client/map |
| Arizona | Arizona Department of Health Services | https://azcarecheck.azdhs.gov/s/?facilityType=All&programType=Child+Care+Facilities&licenseType=All&searchQuery=kindercare |
| California | California Department of Social Services (CDSS) | https://www.ccld.dss.ca.gov/carefacilitysearch/ |
| Colorado | Colorado Shines | https://www.coloradoshines.com/search?program=kindercare |
| Connecticut | 211 Child Care | https://www.211childcare.org/listings |
| Delaware | Delaware Department of Education | https://education.delaware.gov/families/birth-age-5/child_care_search/ |
| District of Columbia | My Child Care DC | https://mychildcare.dc.gov/Home/SearchFacilities?search=kindercare |
| Florida | Florida Department of Children and Families | https://caressearch.myflfamilies.com/PublicSearch/Search?term=kindercare |
| Georgia | Georgia Department of Early Care and Learning | https://families.decal.ga.gov/ChildCare/Results?name=kindercare |
| Idaho | IdahoSTARS | https://idahostars.org/Families/page13735/1/size13735/12?page13735=1&size13735=12&search13735=kindercare#Search |
| Illinois | Illinois Cares for Kids | https://www.illinoiscaresforkids.org/provider-search/nm-kindercare/-en-US |
| Indiana | IN.gov Child Care Finder | https://www.in.gov/fssa/childcarefinder/ |
| Iowa | State of Iowa Department of Health and Human Services | https://secureapp.dhs.state.ia.us/dhs_titan_public/ChildCare/ComplianceReport |
| Kansas | Kansas Department of Health and Environment | https://khap.kdhe.ks.gov/OIDS/ |
| Kentucky | Cabinet for Health and Family Services, *kynect benefits* | https://kynect.ky.gov/benefits/s/child-care-provider?origin=program-page&language=en_US |
| Louisiana | Department of Education | https://louisianaschools.com/ |
| Maryland | State Department of Education \| Division of Early Childhood \| Office of Child Care | https://www.checkccmd.org/SearchResults.aspx?ft=&fn=kindercare&sn=&z=&c=&co=&lc= |
| Massachusetts | Department of Early Education and Care Locations | https://childcare.mass.gov/findchildcare |
| Michigan | Child Care Licensing Bureau (CCLB) | https://cclb.michigan.gov/s/statewide-facility-search |
| Minnesota | ParentAware | https://www.parentaware.org/search/#/results |
| Mississippi | Mississippi Department of Human Services | https://www.mdhs.provider.webapps.ms.gov/ccsearch.aspx |
| Missouri | Missouri Department of Elementary & Secondary Education \| Office of Childhood | https://healthapps.dhss.mo.gov/childcaresearch/searchengine.aspx |
| Nebraska | Department of Health and Human Services | https://dhhs.ne.gov/licensure/Pages/Disciplinary-Actions-Against-Health-Care-Professionals-and-Child-Care-Providers.aspx |
| Nevada | Department of Health and Human Services \| Nevada Division of Public and Behavioral Health (DPBH) | https://nvdpbh.aithent.com/Protected/LIC/LicenseeSearch.aspx?Program=HF&PubliSearch=Y&returnURL=%7e%2fLogin.aspx%3fTI%3d2#noback |

***In re KinderCare Learning Companies, Inc. Securities Litigation*, Case No. 3:25-cv-01424-AR**

**Appendix B: List of State Databases Searched For Monitoring and Inspection Reports**

| State | Agency | Database URL |
|---|---|---|
| New Hampshire | New Hampshire Department of Health & Human Services (DHHS) \| NH Connections Information System (NHCIS) | https://new-hampshire.my.site.com/nhccis/NH_ChildCareSearch |
| New Jersey | State of New Jersey Department of Human Services \| Division of Family Development | https://www.childcarenj.gov/Search |
| New Mexico | New Mexico Early Childhood Education & Care Department (ECECD) | https://www.nmececd.org/child-care-services/child-care-licensed-and-registered-provider-inspection-surveys/ |
| New York | New York State Office of Children and Family Services (OCFS) | https://ocfs.ny.gov/programs/childcare/looking/ccfs-search.php |
| North Carolina | North Carolina Division of Child Development and Early Education (NCDHHS) | https://ncchildcare.ncdhhs.gov/childcaresearch |
| Ohio | Ohio Department of Children & Youth | Find Quality Rated Early Care and Education \| Ohio Child Care Search |
| Oklahoma | Oklahoma Human Services | https://childcarefind.okdhs.org/providers?location=kindercare |
| Oregon | 211 Oregon | https://findchildcareoregon.org/ |
| Pennsylvania | Pennsylvania Department of Human Services (DHS) \| COMPASS | https://www.compass.dhs.pa.gov/providersearch/#/childcareprovidersearch |
| South Carolina | South Carolina Department of Social Services (DSS) \| SC Child Care | https://www.scchildcare.org/provider-search/?query=kindercare |
| Tennessee | Tennessee Department of Human Services (TDHS) | https://onedhs.tn.gov/csp?id=tn_cc_prv_maps%20 |
| Texas | Texas Health and Human Services | https://childcare.hhs.texas.gov/Public/ChildCareSearchResults |
| Utah | Utah.gov \| Workforce Services Child Care \| Care About Childcare | https://jobs.utah.gov/occ/cac/search/programs-list |
| Virginia | Virginia Department of Social Services \| Virginia Department of Education | https://www.dss.virginia.gov/facility/search/cc2.cgi |
| Washington | Washington State Department of Children, Youth & Families | https://www.findchildcarewa.org/PSS_Search?q=kindercare&p=DEL%20Licensed |
| Wisconsin | Wisconsin Department of Children and Families \| Wisconsin Child Care Finder | https://childcarefinder.wisconsin.gov/SearchResults?SearchName=kindercare&CCF=Y&UserSessionId=f8d38aa9-685f-4482-b034-d6a3cd45a560&Distance=5 |