Julia E. Markley, Bar No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Dana M. Seshens, *Pro Hac Vice Forthcoming*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice Forthcoming*
Chui-lai.cheung@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: +1.212.450.4855

Vincent Barredo, *Pro Hac Vice Forthcoming*
Vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendants Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-CV-01424-AR<br><br>CLASS ACTION<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GOLDMAN SACHS & CO. LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Goldman Sachs & Co. LLC ("Goldman Sachs") makes the following disclosures through their undersigned counsel:

Goldman Sachs is a wholly owned subsidiary of The Goldman Sachs Group, Inc. ("Group Inc."), except for de minimis non-voting, non-participating interests held by unaffiliated broker-dealers.

Group Inc. is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. No other publicly held company owns a 10% or more interest in Goldman Sachs.

DATED: April 7, 2026.

**PERKINS COIE LLP**

By: */s/ Julia E. Markley*
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

**DAVIS POLK & WARDWELL LLP**
Dana M. Sershens, *Pro Hac Vice Forthcoming*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice Forthcoming*
Chui-lai.cheung@davispolk.com
450 Lexington Avenue
New York, NY 10017
Telephone: +1 212 450 4855

Vincent Barredo, *Pro Hac Vice Forthcoming*
Vincent.barredo@davispolk.com
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Counsel for Defendant Goldman Sachs & Co. LLC*