Julia E. Markley, Bar No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Dana M. Seshens, *Pro Hac Vice Forthcoming*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice Forthcoming*
Chui-lai.cheung@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: +1.212.450.4855

Vincent Barredo, *Pro Hac Vice Forthcoming*
Vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendants Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-CV-01424-AR<br><br>CLASS ACTION<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT J.P. MORGAN SECURITIES LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant J.P. Morgan Securities LLC ("J.P. Morgan") makes the following disclosures through their undersigned counsel:

J.P. Morgan is an indirect, wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.

JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

DATED: April 7, 2026.

**PERKINS COIE LLP**

By: */s/ Julia E. Markley*

Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

**DAVIS POLK & WARDWELL LLP**
Dana M. Sershens, *Pro Hac Vice Forthcoming*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice Forthcoming*
Chui-lai.cheung@davispolk.com
450 Lexington Avenue
New York, NY 10017
Telephone: +1 212 450 4855

Vincent Barredo, *Pro Hac Vice Forthcoming*
Vincent.barredo@davispolk.com
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Counsel for Defendant J.P. Morgan Securities LLC*