BALLARD SPAHR LLP
BRUCE H. CAHN, OSB No. 935450
cahnb@ballardspahr.com
RYAN O'HOLLAREN, OSB No. 231160
ohollarenr@ballardspahr.com
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

COOLEY LLP
KOJI F. FUKUMURA, *pro hac vice*
kfukumura@cooley.com
HEATHER M. SPEERS, *pro hac vice*
hspeers@cooley.com
CRISTINA M. FERRUOLO, *pro hac vice pending*
cferruolo@cooley.com
10265 Science Center Drive
San Diego, CA 92121
Telephone: 858.550.6000

TARA E. LEVENS, *pro hac vice*
tlevens@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650.843.5000

*Attorneys for Defendants KinderCare Learning
Companies, Inc.,
Paul Thompson, Anthony Amandi, John T. Wyatt, Jean
Desravines, Christine Deputy, Michael Nuzzo,
Benjamin Russell,
Joel Schwartz, Alyssa Waxenberg, and Preston Grasty*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-cv-01424-AR<br><br>**DEFENDANT KINDERCARE LEARNING COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant KinderCare Learning Companies, Inc. ("KinderCare") hereby certifies that KinderCare is a publicly held and traded Delaware corporation. KinderCare has no parent company. No publicly held corporation owns 10% or more of KinderCare's stock

Dated: April 7, 2026

/s/ *Koji F. Fukumura*
COOLEY LLP
KOJI F. FUKUMURA, *pro hac vice*
kfukumura@cooley.com
HEATHER M. SPEERS, *pro hac vice*
hspeers@cooley.com
CRISTINA M. FERRUOLO, *pro hac vice pending*
cferruolo@cooley.com
10265 Science Center Drive
San Diego, CA 92121
Telephone: 858.550.6000

TARA E. LEVENS, *pro hac vice*
tlevens@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650.843.5000

BALLARD SPAHR LLP
BRUCE H. CAHN, OSB No. 935450
cahnb@ballardspahr.com
RYAN O'HOLLAREN, OSB No. 231160
ohollarenr@ballardspahr.com
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

*Attorneys for Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty*

2

**DEFENDANT KINDERCARE LEARNING COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT**