BALLARD SPAHR LLP
BRUCE H. CAHN, OSB No. 935450
cahnb@ballardspahr.com
RYAN O'HOLLAREN, OSB No. 231160
ohollarenr@ballardspahr.com
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

COOLEY LLP
KOJI F. FUKUMURA, *pro hac vice*
kfukumura@cooley.com
HEATHER M. SPEERS, *pro hac vice*
hspeers@cooley.com
CRISTINA M. FERRUOLO, *pro hac vice pending*
cferruolo@cooley.com
10265 Science Center Drive
San Diego, CA 92121
Telephone: 858.550.6000

TARA E. LEVENS, *pro hac vice*
tlevens@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650.843.5000

*Attorneys for Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg and Preston Grasty*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-cv-01424-AR <br><br> **DECLARATION OF HEATHER M. SPEERS IN SUPPORT OF KINDERCARE DEFENDANTS' MOTION TO DISMISS** |

PAGE 1 - DECLARATION OF HEATHER M. SPEERS ISO MOTION TO DISMISS

I, Heather M. Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California. I am a partner at Cooley LLP, counsel for defendants KinderCare Learning Companies, Inc. (KinderCare), Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty (collectively, KinderCare Defendants). I am admitted to practice before this Court *pro hac vice*. ECF 18. I submit this declaration in support of KinderCare Defendants' Motion to Dismiss the Consolidated Amended Complaint for Violations of the Federal Securities Laws (Motion to Dismiss). I have personal knowledge of the following and, if called as a witness, could and would testify completely thereto.

2.      Attached as **Exhibit 1** is a true and correct highlighted copy of KinderCare's Amended Registration Statement on Form S-1/A, filed with the U.S. Securities and Exchange Commission (SEC) on October 7, 2024.

3.      Attached as **Exhibit 2** is a true and correct highlighted copy of the transcript of KinderCare's earnings call for the third quarter of fiscal year 2024, held on November 20, 2024.

4.      Attached as **Exhibit 3** is a true and correct highlighted copy of a Barclays analyst report, titled *KinderCare: A Mixed Start to Public Life*, dated November 21, 2024.

5.      Attached as **Exhibit 4** is a true and correct highlighted copy of the transcript of KinderCare's earnings call for the fourth quarter and full fiscal year 2024, held on March 20, 2025.

6.      Attached as **Exhibit 5** is a true and correct highlighted copy of a Barclays analyst report, titled *BFAM/KLC: A Look at Childcare Funding Debate + Spend & Job Data into EPS*, dated April 11, 2025.

7.      Attached as **Exhibit 6** is a true and correct highlighted copy of the transcript of KinderCare's earnings call for the first quarter of fiscal year 2025, held on May 13, 2025.

PAGE 2 - DECLARATION OF HEATHER M. SPEERS ISO MOTION TO DISMISS

8.      Attached as **Exhibit 7** is a true and correct highlighted copy of a J.P.Morgan analyst report, titled *KinderCare Learning Companies: 1Q25 EPS Beats but Path Back to Revenue Growth Algorithm Less Clear*, dated May 14, 2025.

9.      Attached as **Exhibit 8** is a true and correct highlighted copy of the transcript of KinderCare's earnings call for the second quarter of fiscal year 2025, held on August 12, 2025.

10.     Attached as **Exhibit 9** is a true and correct highlighted copy of the Massachusetts Attorney General's press release, titled *AG Campbell Announces over $540,000 in Citations against KinderCare Learning Centers for Wage, Sick Time, and Meal Break Violations*, dated October 18, 2023.

11.     Attached as **Exhibit 10** is a true and correct highlighted copy of the Division of Fair Labor Standards Act and Child Labor, Wage and Hour Division, U.S. Department of Labor webpage, titled *Changes in Basic Minimum Wages in Non-Farm Employment Under State Law: Selected Years 1968 to 2024* (updated Jan. 2025), and publicly available at https://www.dol.gov/agencies/whd/state/minimum-wage/history.

12.     Attached as **Exhibit 11** is a true and correct highlighted and excerpted copy of McDonald's Corporation's Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 24, 2026.

13.     On April 2, 2026, I, along with other defense counsel, met and conferred via Zoom with counsel for Plaintiffs to discuss the bases for KinderCare Defendants' Motion to Dismiss. The Parties were unable to reach agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 7, 2026, in San Diego, California.

/s/ *Heather M. Speers*
Heather M. Speers

PAGE 3 - DECLARATION OF HEATHER M. SPEERS ISO MOTION TO DISMISS