# Exhibit 5

Exhibit 5
Page 1

**BARCLAYS**

Equity Research
11 April 2025

BFAM/KLC

# A look at Childcare funding debate + Spend & Job Data into EPS

BFAM's proven defensiveness make it our preferred OW. KLC's stumble out the gate will unfortunately take some time to recover, as will the noise around DOGE fears; but we stay OW given the plummet in the share price (albeit we lower estimates & PT). We also look at our 1Q25E Spend & Job postings..

...data; albeit more than ever its the 2Q25E/FY25E outlook thats going to matter more (with KLC under more pressure to show flawless execution and explain the funding situation).

- BFAM is the clear preferred pick by investors today due to its track record of execution as a public company (ex. COVID)- including a defensive showing in prior recessions (e.g. pricing was ~+3% during the GFC; and while occupancy did drop ~10pts over 2 years the starting point then was closer to ~80% vs. today's ~62%). Also consider that BFAM's average family income is ~$120K+ vs. KLC's ~$70K; and mostly corporate sponsored affiliations vs. KLC's community based exposure. Lastly, based on our Constructive Feedback from BFAM CEO & CFO meetings last month, there remains plenty of momentum in Back-Up care to help offset growth headwinds as well.

  ◦ Note: In terms of the upcoming quarter, the bar for BFAM should be what they already told us, i.e. 2025E LSD enrollment growth (~3%) and pricing of ~4% in full service center and 10%-15% to start again with back-up.

  ◦ *We update BFAM primarily for FX (mainly in full center) and see a ~-1% headwind to FY25E numbers. Figure 24 below details how our estimates stack up vs. the Street - and we would point out that our BFAM margins are below the Street, accounting for some FX but also the right starting point (even if conservative). BFAM's PT (unchanged) of $160 is based on ~35x our FY27e Adjusted EPS - SBC estimate of $4.91 discounted back 10% to 2026e[1] .*

- KLC is a different story though. Adding to consumer uncertainty amidst their lower income group, is their government/"DOGE" exposure (~35% of FY24 revenues). And unfortunately,

U.S. Business & Professional Services
NEUTRAL
Unchanged

**U.S. Business & Professional Services**
**Manav Patnaik**
+1 212 526 2983
manav.patnaik@barclays.com
BCI, US

Ronan Kennedy, CPA
+1 212 526 2912
ronan.kennedy@barclays.com
BCI, US

Princy Thomas
+1 212 526 2460
princy.thomas@barclays.com
BCI, US

**Investment Sciences**
**Joy Zhu**[v]
+ 1 212 526 0927
joy.zhu@barclays.com
BCI, US

**Troy Li**[iv]
+1 212 526 1825
troy.li@barclays.com
BCI, US

**Haviland Sheldahl-Thomason**[iv]
+1 212 526 0916
haviland.sheldahl-thomason@barclays.com
BCI, US

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

[iv] This author is a registered US equity research analyst who is subject to US FINRA Rule 2241

[v] This author is a registered US equity research analyst who is subject to US FINRA Rule 2241 and who may write debt research under FINRA Rule 2242.

**Please see analyst certifications and important disclosures beginning on page 19.**

[1] *Previously our BFAM $160 PT was based on ~35x our FY27e Adjusted EPS - SBC estimate of $5.00 discounted back 10% to 2026e.*

Completed: 11-Apr-25, 03:18 GMT    Released: 11-Apr-25, 04:15 GMT    Restricted - External

**Exhibit 5**
**Page 2**

Barclays | BFAM/KLC

KLC's first two quarters out of the gate have been short of expectations - lowering investor confidence materially.  With that said, we remain OW at current depressed levels, in large part because the DOGE fear declines are overdone in our view - which we detail in **a section below.**  We will keep a pulse on policy developments and try to be patient as we await look for more consistent execution from the company.

- For the quarter itself, hopefully they can maintain guidance - as we've noted before, KLC's FY25e revenue growth ex. 53rd week impact isn't exactly awe inspiring. Our model calls for flat same-center occupancy growth, ~1% net new center growth, ~3% pricing for KLC's ECEC, and ~4% pricing for before and after care sites.

- *We tweak estimates slightly lower, adjust our upside and downside scenarios and lower our PT from $38 to $20 which now represents ~10x our lowered FY26E Barclays adj. EBITDA - SBC of $316M; our prior PT represented ~15x our Barclays FY26E Adjusted EBITDA (of $353M). We lower the multiple ~5x turns because of the factors discussed in detail in the KLC – A closer look at the Childcare funding debate, and more specifically footnote 2 including a disappointing start to life as a public company, which has lowered confidence in the company's ability to consistently execute. Also KLC guided '25E to flat occupancy and low end of their historical pricing levels. Lastly, there is DOGE Federal Funding cut risk overhanging the stock.*

- Lastly, based on our card transaction and job postings data, we observe that (a) RTO trends have stalled and likely due to the (b) rising costs and declining number of daycare providers. As such (c) given BFAM's office footprint, its share of the daycare sector has picked up YTD but (d) demand for BFAM's back-up...care offering has continued to grow stronger than full service, and now constitutes a higher percentage of total BFAM spending. Lastly, (e) BFAM and KLC job postings data confirm overall staffing shortages have eased, however we've seen a recent uptick in postings.

- **We explore these data sets in detail below but overall, nothing terribly surprising, but still important given increased macro downside fears ahead of BFAM and KLC's 1Q25 earnings.** For more see  the section below: **Charting a course of our data tracker findings**.

11 April 2025

**Exhibit 5 Page 3**    2

Barclays | BFAM/KLC

**Summary of our Ratings, Price Targets and Earning Estimates**

| Company | Rating Old | Rating New | Price 9-Apr-25 | Price Target Old | Price Target New | %Chg | EPS FY1 (E) Old | EPS FY1 (E) New | %Chg | EPS FY2 (E) Old | EPS FY2 (E) New | %Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Business & Professional Services | Neu | Neu | | | | | | | | | | |
| Bright Horizons (BFAM) | OW | OW | 119.51 | 160.00 | 160.00 | - | 4.05 | **3.96** | -2 | 4.76 | **4.68** | -2 |
| KinderCare (KLC) | OW | OW | 11.55 | 38.00 | **20.00** | -47 | 0.80 | **0.81** | 1 | 1.11 | **0.99** | -11 |

Source: Barclays Research.  Share prices and target prices are shown in the primary listing currency and EPS estimates are shown in the reporting currency. FY1(E): Current fiscal year estimates by Barclays Research. FY2(E): Next fiscal year estimates by Barclays Research. Stock Rating: OW: Overweight; EW: Equal Weight; UW: Underweight; RS: Rating Suspended Industry View: Pos: Positive; Neu: Neutral; Neg: Negative Potential +/-: Potential Upside/Downside [1] Percentage change in EPS relative to previous year.

## KLC - A closer look at the Childcare funding debate

While KLC continues to confidently comment that cuts are unlikely; investors don't seem to be listening given the volatility of the current administration, and to a certain extent because of a lack of confidence with KLC itself given its less than ideal start to public life[2] .  As such from Election to Liberation Day, KLC's shares were down -54% (vs. BFAM +10.4% & SPX -4.4%).

- **The fear is that the ~ 35% of KLC revenues that are supported by the Child Care & Development Fund (CCDF) under the Child Care Development Block Grant (CCDBG) could be cut.** The vast majority of revenues are in the KinderCare branded centers that comprise the ECEC segment, but there are some in Before & After School Sites.  Note that this ~35% of revenues is also likely ~35% of KLC's ~ 140k avg. weekly ECE FTE' (full time enrollees).

- **KLC has provided a few points to help assuage investors' fears...** For example, KLC has referenced ~4% CAGR in funding from 2005 to $14.7B[3] in 2024 for CCDF; with consistent bipartisan support, and noting that funding was up double-digits during Trump 1.0.  On the 4Q EPS call (3/20/25), KLC commented on how Congress continues to prioritize working families through robust investment in subsidy funds such as CCDBG; and that their recent diligence in D.C. showed that expanding access to ECE programs remains a bipartisan priority to support working families and ensure employers have access to the workforce they need.

- **... but given the market volatility and news flow from DC, it's understandably hard to underwrite.**  Unfortunately for KLC, their 4Q24 EPS call was shortly after Trump announced plans to dismantle the DOE, spooking investors - even though the CCDF/CCDBG are administered by HHS*.  But perhaps also because a 1/21/25 report by FirstFocus(on Children).org highlighted that the CCDBG could potentially qualify to be on the chopping block[4] . Also, an AP article this Tuesday highlighted issues arising from the Trump admin having laid off employees who helped states effectively implement child care subsidies, albeit we understand it can primarily be attributed expiration of ARPA funds.

  - *FWIW, the House & Senate Appropriation committees proposed increases (in summer '24[5] and the current budget is Biden's) but as part of a 1/29/25 Presidential Action - Expanding

---

[2] First quarter after the IPO was at best A mixed start to public life – most investors viewed the call as a disaster - KLC was -(15%)next day vs. +0.5% for SPX and + 2.5% for BFAM. For 4Q24, KLC had a better showing on the call itself, but broadly in-line results, (now to 2025E execution) were more average than awe inspiring, especially guiding to flat occupancy at the mid (again below the guidance they had provided during the roadshow). Shares were (-22%) (vs. SPX flat & BFAM -1.3%) but there were other factors at play…primarily not doing enough to dispel DOGE fears.

[3] Total Federal & state funding per KLC 4Q24 EPS Presentation - slide 24 Resilient Subsidy Funding with Consistent Growth and Strong Bipartisan Support.

[4] The report references the possibility of total funding being cut but in the context of being at risk a program awaiting reauthorization.

[5] U.S. Senate LHHS Appropriations Summary for FY25 ($1.6B increase for CCDBG), 08/01/24

11 April 2025

**Exhibit 5**
**Page 4**

3

Barclays | BFAM/KLC

Educational Freedom & Opportunity for Families: the HHS shall issue guidance regarding whether and how States receiving block grants for families and children from the Department, including the CCDGB, can use them to **expand educational choice and support families who choose educational alternatives to governmental entities, including private and faith-based options**.  RFK's statements have been supportive to vague on this matter.[6]

- **While we are not going to be the first note to that this fear is overdone, we would not that 1) funding cuts will unlikely have a 1 for 1 impact; 2) states could potentially address any shortfalls, and 3) KLC's scale and occupancy initiatives could also help mitigate any impacts.**  It is important to note that that for starters KLC is only ~7% of total CCDBG funding. If there were to be a cut to funding at the Federal level, it would be up to the states to assess impacts. One solution would be for the states to cover the impact of Federal funding cuts. Alternatively, states could change eligibility requirements – current CCDF rules require the child resides with a family whose income does not exceed 85% of respective state median income (SMI), i.e. lower this threshold ~75% of SMI. Under a hypothetical 25% cut to federal funding, the actual impact to a particular state may only be 15% and then KLC's competitive differentiators come into play. Namely 1) KLC's ~ 150 person team who engage with >800 government agencies for subsidy application & administration; and 2) KLC's industry leading scale.  Lastly, 3) KLC's enrollment & occupancy initiatives are continuously at work and would be intensified to replace any lost subsidy eligible vs. private pay families. Note that KLC's enrollment generation strategies are agnostic as to whether a family is eligible but once eligibility is determined, KLC effectively and efficiently execute.

  - Note: There doesn't appear to be any insights on early child care education cuts in Trump's "big beautiful (budget) bill" approved by the House yesterday (4/10/25); but this is just a blueprint that paves the way for procedural process (per the WSJ).

- **What would the decrementals be & what is the downturn playbook?** Segment margins are similar to total company and not different based on whether the child is subsidy or private pay; as such decrementals would likely be similar to slightly higher than incrementals of ~20%. KLC constantly monitors occupancy to labor dynamics to pivot accordingly and would do so with greater intensity in a down turn. In such a scenario staffing would be adjusted, then wages and would subsequently stabilize before KLC looks to act of SG&A efficiencies.

---

U.S. House LHHS Appropriations Summary for FY25 ($25M increase for CCDBG), 06/25/24

[6] "If confirmed as HHS Secretary, I will work with the leadership of the Administration for Children and Families to execute the laws passed by Congress as efficiently & effectively as possible, including CCDBG.
Question: In 2018, President-Elect Trump signed bipartisan legislation that increased funding for CCDBG by a historic $2.37 billion, helping lower child care costs for American families. Would you support similar increases in the future to help lower the cost of child care for more families? Response: If confirmed as HHS Secretary, I will implement laws as provided by Congress.

**FIGURE 1.** KLC's government funding contribution to revenues has thus far been very resilient, with ~35% of revenues for FY'24 (and only 2020-221 was higher due to extra COVID stimulus funding)



Source: Company Reports, Barclays Research

**Background on CCDBG/CCDF[7]**

# Charting a course of our data tracker findings

We've updated our ECE data tracker using ECE center locations, credit card transaction data vs industry spend, and job postings. See our 1Q25 takeaways below:

- **Office Occupancy Indicator:** RTO trends are starting to creep up but office occupancy is still 30%-50% below capacity. We still believe we are going to stay in a hybrid work dynamic but see RTO edging up from 3x to 4x a week.
- **Childcare Center Locations:** Looking at the number of unique daycare center providers indexed back to March 2018, we see that most states have fewer ECE centers vs. March 2018. This provides an opportunity for BFAM & KLC considering demand outpaces supply in the market, Figure 4.
- **Credit Card Spend Data:** We see Full Service is still underperforming vs BFAM's back up care when indexed back to 2018, while KLC sees the same divergence between their full service and champions solutions, interestingly KLC is outperforming in both solution types vs historical levels. See Figure 7 and Figure 12. We saw saw BFAM picking up market share YTD

---

[7] **The Child Care and Development Block Grant (CCDBG) Act of 1990, as amended, is the main federal law governing child care programs for low-income working families. The CCDBG Act authorizes discretionary appropriations to support grants to state, territorial, and tribal lead agencies. These funds are used to subsidize child care expenses for eligible children and to improve the overall quality and supply of child care.At the lead agency level, discretionary CCDBG funds are integrated with mandatory funds from the Child Care Entitlement to States (CCES), which is permanently authorized in Section 418 of the Social Security Act. Combined, the CCES and CCDBG are commonly called the Child Care and Development Fund (CCDF). The CCDF is administered by the U.S. Department of Health and Human Services (HHS)1.To be eligible for CCDF subsidies, generally a child must:**
**be under age 13 (may be older in limited circumstances);**
**reside with a parent or parents who are working or attending a job training or education program (unless the child is receiving or needs protective services);**
**reside with a family whose income does not exceed 85% of state median income (SMI), or lower depending on state policy; and**
**reside with a family whose assets do not exceed $1 million.**
**Most states adopt initial income eligibility limits below 85% of SMI. A summary of FY2022- FY2024 state plan policies released by HHS suggests that income limits for a family of four ranged from 39.94% of SMI in New Jersey to 85% of SMI in 10 states (Alaska, Arkansas, California, Hawaii, Maine, Mississippi, New Mexico, Oklahoma, Oregon, and Utah). The CCDF is considered a "federal public benefit" under the Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA, P.L. 104-193). As such, eligibility is limited by a child's citizenship or immigration status; nonqualified alien children are not eligible.Parents of participating children may enroll their child with a provider who has a grant or contract with the lead agency or receive a certificate (voucher) to purchase child care from a provider of their choice. Lead agencies set payment rates for child care providers after conducting an assessment of child care costs via a market rate survey or other approved methodology. Payment rates are supposed to ensure equal access to child care1.Participating families are expected to contribute to the cost of care on a sliding fee scale basis, which must account for variations in income and family size. Family copayments are not intended to be a barrier to receiving assistance.**

when comparing BFAM and KLC's spend as a percentage of total daycare spend while KLC has dropped YTD, see Figure 15 and Figure 17.

- **Job Postings:** 1Q saw a spike in teacher position postings for both names which could be driven by increased needs during holidays and school breaks, see Figure 20 and Figure 22.

*See our previous tracker for 4Q24* **RTO, Spend & Job Postings Tracker***, 1/17/25 for further context .*

**FIGURE 2.** **RTO trends are starting to creep up but office occupancy is still 30%-50% below capacity - i.e. remains a slow grind for BFAM's Full Center recovery (which is mostly corporate sponsored) - with current utilization in the low-60% (or 3-4 days/week? vs. 75%-80% pre-COVID at 5 days/week). The preference among parents for continuity of care is 5 days/week in the same center, and more often than not they are choosing the community center option when available (exemplified by KLC's higher and close to ~70% utilization levels).**



Office Occupancy Indicator

Barclays' return to office indicator uses Barclays' US credit card transactions to measure spending in office-heavy zip codes. Kastle's Back to Work Barometer Metro Average shows commercial property occupancy rates based on entries in Kastle-secured buildings.
Source: Kastle Data, Barclays Research

- **Childcare in a Hybrid work Dynamic....**While we still believe that hybrid working is the new normal, BFAM noted, 3/3/25, that parents are in ~3x a week ticking up towards 4x a week which would impact utilization rates for both BFAM and KLC's corporate onsite centers and retail/community centers.  *Note: KLC's strategy is community center focused (~84% of revenues), but they also have a small Employer Sponsor segment (~4% of revenues) of 70 centers, which would be impacted by return to office trends as well.*

**FIGURE 3.** Further hampering RTO trends and utilization are likely the rapidly rising cost of daycare (25%+ since 2018) and the declining number of daycare providers across the country (even though BFAM notes that majority of parents live within 5 miles of a center). Nationally, since mid 2022, we noticed that the divergence between the number of unique daycare providers and daycare costs have considerably increased



Daycare Provider Count and Spend, Indexed to Same-Month 2018

We gauge demand for daycare using spending data from the Barclays US credit card database, which contains billions of anonymous transactions made by US Barclays credit card users. We use these transactions to analyze return-to-office rates, daycare provider count, and costs for daycare spending as well.
Source: Barclays Research

- **Daycare provider declines and rising costs put pressure on parents but demand outweighs supply.** Hybrid work has decreased daycare enrollment, but at the same time return to office is hampered by the decline in number of daycare providers, rising daycare costs, and the end of pandemic-era daycare funding, which was highlighted in the Fed's Beige Book February release, 2/24/25; the Fed Reserve Bank of Kansas noted that "*A childcare provider associated with head start reported having available liquidity that will provide for one week of payroll but, without additional funds, will soon lay off staff and cease provision of nearly 1,000 childcare slots*" and workforce development agencies in Dallas noted "*wages in lower-skilled roles are not keeping up with inflation, causing financial strain for many households and increasing demand for childcare assistance beyond the available level, resulting in growing waitlists*". [8]

---

[8] The Beige Book, Federal Reserve, 2/24/25

**Exhibit 5
Page 8**     7

Barclays | BFAM/KLC

**FIGURE 4.** At the state level, most states have fewer unique daycare providers in 2025 than they did in 2018. Fewer unique daycare providers creates a more concentrated daycare provider landscape, which in turn could be a growth opportunity for the survivors (including BFAM and KLC) to open additional locations and absorb enrollment from providers that have closed.



Daycare provider count, Indexed to Same-Month 2018

Note, this count uses daycare provider names to identify unique providers. For example, the unique provider count would stay the same even if BFAM were to open additional locations, but would increase if a new provider opened.
Source: Barclays Research

- **Daycare provider declines provide M&A opportunities esp in Retail...**(especially post COVID stimulus funding expiring) could present potential upside to KLC (vs. being mostly minimal for BFAM). However, multiple factors come into play here, including employer office policies and childcare benefits; government funding for childcare; and daycare staffing and costs.

**FIGURE 5.** The shift more towards community care is also exemplified by our total daycare sector spend data - where KLC's spend continues to improve vs. BFAM's...



Spend, Indexed to Same-Month 2018

We also use our card transaction data to create spend indexes for BFAM and KLC.
Source: Barclays Research

**FIGURE 6.** ...and KLC's share of total daycare sector spend has steadily increased since 2022



Brand Spend as a % of Total Daycare Spend

Source: Barclays Research

11 April 2025

**Exhibit 5**
**Page 9**

Barclays | BFAM/KLC

**FIGURE 7.** **KLC spend Indexed to same month 2018 shows that both full service and champions segments have grown, Champions more significantly. The preference on the part of companies for upping backup care credits seems to have become a new norm that may persist. According to KLC's latest CHRO survey, 56% of Fortune 500 companies offer back up care services.**



KinderCare Spend, Indexed to Same-Month 2018

as of 03/31/225
Source: Barclays Research

.

**FIGURE 8.** **Monthly KLC Spend Breakouts as a % of Total KLC Spend shows majority of spend is towards their retail centers which has slightly edged down q/q.**



% of Total KinderCare Spend

as of 03/31/25
Source: Barclays Research

**Exhibit 5**
**Page 10** 9

Barclays | BFAM/KLC

.

**FIGURE 9. According to KLC's CHRO Perspectives Survey, almost all the Fortune 500 companies represented in the survey now offer child care benefits of some kind**



2025 KinderCare CHRO Perspectives Survey, KinderCare, 1/15/25
Source: Company Reports, Barclays Research

**FIGURE 10. BFAM's Back-Up business saw a very large uptick in client use during the pandemic, which we think is likely to continue into the foreseeable future (and present upside to our current mid-teens estimate)**



Bright Horizons Family Solutions: Back-Up(grade) to OW; But more (child)care required on the portfolio, Manav Patnaik, 02/28/24
Source: Company Reports, Barclays Research

**FIGURE 11. Back-Up is a much larger contribution to BFAM's overall economics. Our view is that while Full Center for BFAM will remain challenged given that RTO is unlikely to return to 5 days/week, parents and corporates will likely look to leverage the Back-Up offering a lot more – i.e. we are likely to see increased utilization, which was evident over the last two years.**



Bright Horizons Family Solutions: Back-Up(grade) to OW; But more (child)care required on the portfolio, Manav Patnaik, 02/28/24
Source: Company Reports, Barclays Research

11 April 2025

**Exhibit 5**
**Page 11**    10

**FIGURE 12. Monthly BFAM Spend, Indexed to Same-Month 2018 shows that full service is still underperforming compared to pre-Covid levels while demand for BFAM back-up care recovered stronger and more quickly than full service..**

BFAM Spend, Indexed to Same-Month 2018



as of 3/31/25
Source: Barclays Research

**FIGURE 13. ...Monthly BFAM Back-Up Spend, % of Total BFAM Spend shows Back-Up now constitutes a higher percentage of total BFAM spending**

% of Total BFAM Spend



as of 3/31/25
Source: Barclays Research

**We also use our card transaction data to create spend indexes for BFAM and KLC.**[9]

**FIGURE 14. Our aggregate BFAM spend index has a 76% correlation with reported revenues.**

YoY % Chg



as of 3/31/25
Source: Barclays Research

**FIGURE 15. YTD 2025 BFAM Spend as a % of Daycare Sector Spend shows improvement in market share but still below pre-Covid levels.**

BFAM Spend as a % of Total Daycare Spend



as of 3/31/25
Source: Barclays Research

[9] Note that Kindercare card spend data only includes Kindercare and Champions, and excludes Creme de la Creme. Unlike BFAM, KLC correlations start after Covid. Including Covid data would likely create a higher correlation considering Covid's effect was strong on daycares that we would expect our KLC card spend data would move in the same direction as KLC's reported revenues during Covid.

Barclays | BFAM/KLC

**FIGURE 16. Quarterly KinderCare Revenue and Card Spend, YoY % Chg has a 22% correlation.**



KLC started reporting quarterly revenues in 2021Q1.  as of as of 3/31/25
Source: Barclays Research

**FIGURE 17. Monthly KinderCare Spend as a % of Total Daycare Sector has exceeded precovid levels.**



as of 3/31/25
Source: Barclays Research

- **Lastly, since staffing shortages comes up a lot in our daycare discussions, we took a look at job posting trends at BFAM and KLC** and found that a) demand for teachers has been increasing on a more normal seasonal level for both names with KLC seeing a higher spike in teacher postings in 1Q25 (Figure 18 and Figure 22) and b) in-home care hiring spiked in Q2 2020 and 2021 relative to other roles and had a small rise in 1Q25, but otherwise has remained low for BFAM (Figure 20 and Figure 21). *Note: The sector overall faces high turnover rates among teachers due to wages that are too low to be competitive with other sectors, and poor/limited benefits, hence why we keep an eye out for posting trends.*

**FIGURE 18. BFAM Total Job Post Count shows a spike in job posts in March which could be driven by increased teacher needs during school breaks and holidays….**



as of 3/31/25
Source: Lightcast, Barclays Research

**FIGURE 19. ..looking at BFAM Total Job Post Count, % Chg vs. same-month 2018, the amount of job postings fairly flat (albeit less than the spikes we saw in late 2021 and 2022).**



as of 3/31/25
Source: Lightcast, Barclays Research

11 April 2025

**Exhibit 5**
**Page 13**   12

Barclays | BFAM/KLC

**FIGURE 20. There's been a recent increase in BFAM Job Postings for teacher roles in 1Q25**

Job Post Count by Role



as of 3/31/25
Source: Lightcast, Barclays Research

**FIGURE 21. % Share of BFAM Total Job Post Count indicates that teacher positions are majority of their posts**

% Share of Total Job Post Count



as of 3/31/25
Source: Lightcast, Barclays Research

**FIGURE 22. KLC showed a bigger spike in job postings for teachers in 1Q25 vs BFAM.**

Job Post Count by Role



as of 3/31/25
Source: Lightcast, Barclays Research

**FIGURE 23. % Share of KLC Total Job Post Count**

% Share of Total Job Post Count



as of 3/31/25
Source: Lightcast, Barclays Research

*Note: We use job postings data from Lightcast, which has a database of over 200 million job postings that are web-scraped from sources like Glassdoor, Indeed, thematic hiring sites, and company sites.*

**Exhibit 5
Page 14**

13

Barclays | BFAM/KLC

## Appendix - BARC estimates vs. street

FIGURE 24. **A look at how our 1Q25 estimates stack up vs. the Street for BFAM & KLC ($M, except EPS)**

| | BFAM | | | KLC | | |
|---|---|---|---|---|---|---|
| | 1Q25 | 2025 | 2026 | 1Q25 | 2025 | 2026 |
| **Revenue** | **$ 664.8** | **$ 2,876.1** | **$ 3,114.7** | **$ 676.6** | **$ 2,791.5** | **$ 2,868.4** |
| **y/y** | **6.8%** | **7.1%** | **8.3%** | **3.4%** | **4.8%** | **2.8%** |
| Street Revenue | $ 664.4 | $ 2,875.6 | $ 3,092.2 | $ 683.0 | $ 2,808.3 | $ 2,945.4 |
| % difference | 0.1% | 0.0% | 0.7% | (0.9%) | (0.6%) | (2.6%) |
| **Adj. EBITDA** | **$ 85.8** | **$ 451.6** | **$ 506.5** | **$ 76.8** | **$ 309.3** | **$ 332.4** |
| **% margin** | **12.9%** | **15.7%** | **16.3%** | **11.4%** | **11.1%** | **11.6%** |
| **y/y** | **14.4%** | **10.3%** | **12.1%** | **3.2%** | **3.8%** | **7.5%** |
| Street EBITDA | $ 85.5 | $ 459.3 | $ 518.1 | $ 73.4 | $ 314.6 | $ 346.3 |
| % margin | 12.9% | 16.0% | 16.8% | 10.7% | 11.2% | 11.8% |
| % difference | 0.3% | (1.7%) | (2.3%) | 4.6% | (1.7%) | (4.0%) |
| **Adj. EPS** | **$ 0.65** | **$ 3.96** | **$ 4.68** | **$ 0.20** | **$ 0.81** | **$ 1.01** |
| **y/y** | **28.1%** | **13.9%** | **18.3%** | | **100.3%** | **24.8%** |
| Street Adj EPS | $ 0.65 | $ 4.07 | $ 4.75 | $ 0.20 | $ 0.79 | $ 0.99 |
| % difference | 0.8% | (2.7%) | (1.5%) | 0.1% | 1.5% | 1.7% |

Source: Bloomberg, Barclays Research

....

**Exhibit 5**
**Page 15**    14

Barclays | BFAM/KLC

## Bibliography

- KinderCare: In-line results, now to 2025E execution, Manav Patnaik, 03/21/25
- Bright Horizons: CEO & CFO Meetings - Constructive Feedback, Manav Patnaik, 03/03/25
- The Beige Book, Federal Reserve, 2/24/25
- Bright Horizons Family Solutions: A slightly better than expected start to 2025E, Manav Patnaik, 02/13/25
- RFK testifying intent to support CCDBG and Head Start (Question 172 part A and B), 01/29/25
- Trump Admin support for continuing CCDBG (Sec. 5), 01/29/25
- BFAM/KLC: RTO, Spend & Job Postings Tracker, Manav Patnaik, 01/17/25
- 2025 KinderCare CHRO Perspectives Survey, KinderCare, 1/15/25
- U.S. Senate LHHS Appropriations Summary for FY25 ($1.6B increase for CCDBG), 08/01/24
- U.S. House LHHS Appropriations Summary for FY25 ($25M increase for CCDBG), 06/25/24
- 

11 April 2025

**Exhibit 5**
**Page 16** 15

Barclays | BFAM/KLC

**U.S. Business & Professional Services**                                                    NEUTRAL

**Bright Horizons (BFAM)**                                                                   OVERWEIGHT

| Income statement ($mn) | 2024A | 2025E | 2026E | 2027E | CAGR |
|---|---|---|---|---|---|
| Revenue | 2,686 | 2,876 | 3,115 | 3,377 | 7.9% |
| EBITDA (adj) | 409 | 452 | 506 | 563 | 11.2% |
| EBIT (adj) | 247 | 319 | 374 | 428 | 20.2% |
| Pre-tax income (adj) | 237 | 279 | 334 | 391 | 18.1% |
| Net income (adj) | 169 | 200 | 239 | 280 | 18.3% |
| EPS (adj) ($) | 3.47 | 3.96 | 4.68 | 5.50 | 16.5% |
| Diluted shares (mn) | 58.5 | 58.2 | 57.5 | 56.9 | -0.9% |
| DPS ($) | 2.00 | 3.00 | 3.00 | 3.00 | 14.5% |

| Margin and return data | 2024A | 2025E | 2026E | 2027E | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 15.2 | 15.7 | 16.3 | 16.7 | 16.0 |
| EBIT (adj) margin (%) | 9.2 | 11.1 | 12.0 | 12.7 | 11.2 |
| Pre-tax (adj) margin (%) | 8.8 | 9.7 | 10.7 | 11.6 | 10.2 |
| Net (adj) margin (%) | 7.6 | 8.0 | 8.6 | 9.3 | 8.4 |
| ROIC (%) | 9.2 | 10.8 | 11.9 | 13.0 | 11.2 |
| ROA (%) | 7.7 | 9.3 | 10.7 | 12.2 | 10.0 |
| ROE (%) | 14.0 | 16.2 | 21.2 | 26.5 | 19.4 |

| Balance sheet and cash flow ($mn) | 2024A | 2025E | 2026E | 2027E | CAGR |
|---|---|---|---|---|---|
| Tangible fixed assets | 573 | 683 | 700 | 723 | 8.0% |
| Intangible fixed assets | 1,960 | 1,673 | 1,664 | 1,656 | -5.5% |
| Cash and equivalents | 110 | 194 | 150 | 150 | 10.8% |
| Total assets | 3,850 | 3,778 | 3,767 | 3,810 | -0.4% |
| Short and long-term debt | 947 | 947 | 947 | 947 | 0.0% |
| Other long-term liabilities | 110 | 110 | 110 | 110 | 0.0% |
| Total liabilities | 2,572 | 2,618 | 2,672 | 2,732 | 2.0% |
| Net debt/(funds) | 837 | 753 | 797 | 797 | -1.6% |
| Shareholders' equity | 1,278 | 1,160 | 1,095 | 1,078 | -5.5% |
| Change in working capital | 0 | 0 | 0 | 0 | N/A |
| Cash flow from operations | 337 | 351 | 386 | 423 | 7.8% |
| Capital expenditure | -97 | -102 | -107 | -113 | N/A |
| Free cash flow | 240 | 248 | 279 | 310 | 8.9% |

| Valuation and leverage metrics | 2024A | 2025E | 2026E | 2027E | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 34.4 | 30.2 | 25.5 | 21.7 | 27.9 |
| EV/EBITDA (adj) (x) | 19.0 | 17.1 | 15.3 | 13.8 | 16.3 |
| Equity FCF yield (%) | 3.2 | 3.6 | 4.1 | 4.6 | 3.8 |
| P/Sales (x) | 2.6 | 2.4 | 2.2 | 2.1 | 2.3 |
| P/BV (x) | 5.5 | 6.0 | 6.3 | 6.3 | 6.0 |
| Dividend yield (%) | 1.7 | 2.5 | 2.5 | 2.5 | 2.3 |
| Total debt/capital (%) | 39.6 | 39.4 | 42.1 | 42.5 | 40.9 |

| Selected operating metrics | 2024A | 2025E | 2026E | 2027E | Average |
|---|---|---|---|---|---|
| Center based revenue growth (%) | 10.2 | 5.8 | 7.2 | 7.0 | 7.5 |
| Back up revenue growth (%) | 16.0 | 12.0 | 13.1 | 13.0 | 13.5 |
| Education advisory revenue growth (%) | 2.1 | 3.7 | 3.5 | 3.5 | 3.2 |
| Number of centers | 1,019.0 | 1,019.0 | 1,019.0 | 1,019.0 | 1,019.0 |

Note: FY End Dec
Source: Company data, Bloomberg, Barclays Research

Price (09-Apr-2025)        **USD 119.51**
Price Target               **USD 160.00**

**Why OVERWEIGHT?**

BFAM is the leading employer-sponsored day care provider, and led by back-up care has a good forward growth potential. The return to 'normal' in full services would be upside, as would other strategic decisions.

**Upside case          USD 190.00**

Organic growth accelerates and Bright Horizons continues to make select acquisitions. Under this scenario, BFAM could see 10%+ upside to CY26e EPS, and assuming a ~41x multiple, gets us our upside case.

**Downside case        USD 100.00**

Revenue growth slows, and investments in new centers weigh on margins causing CY26e EPS to be ~10% lower. Assuming a ~22x downside case multiple, we get our downside case.

**Upside/Downside scenarios**

Price History
Prior 12 months
High

Price Target
Next 12 months
Upside

190.00

141.90

Current
119.51

Target
160.00

100.59

100.00

Low                Downside

**Exhibit 5** 16
**Page 17**

Barclays | BFAM/KLC

**U.S. Business & Professional Services**                                                                    NEUTRAL

KinderCare (KLC)                                                                                              OVERWEIGHT

| Income statement ($mn) | 2024A | 2025E | 2026E | 2027E | CAGR |
|---|---|---|---|---|---|
| Revenue | 2,663 | 2,792 | 2,868 | 3,005 | 4.1% |
| EBITDA (adj) | 298 | 309 | 332 | 363 | 6.8% |
| EBIT (adj) | 180 | 191 | 208 | 230 | 8.4% |
| Pre-tax income (adj) | 52 | 128 | 158 | 205 | 57.7% |
| Net income (adj) | 39 | 95 | 117 | 152 | 57.8% |
| EPS (adj) ($) | 0.40 | 0.81 | 0.99 | 1.27 | 46.7% |
| Diluted shares (mn) | 96 | 118 | 118 | 120 | 7.5% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | 2024A | 2025E | 2026E | 2027E | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 11.2 | 11.1 | 11.6 | 12.1 | 11.5 |
| EBIT (adj) margin (%) | 6.8 | 6.8 | 7.2 | 7.6 | 7.1 |
| Pre-tax (adj) margin (%) | 2.0 | 4.6 | 5.5 | 6.8 | 4.7 |
| Net (adj) margin (%) | 1.5 | 3.4 | 4.1 | 5.1 | 3.5 |
| ROIC (%) | -5.3 | 5.5 | 5.9 | 7.7 | 3.4 |
| ROA (%) | -2.5 | 2.3 | 2.3 | 3.0 | 1.3 |
| ROE (%) | 7.6 | 11.0 | 16.5 | 20.8 | 14.0 |

| Balance sheet and cash flow ($mn) | 2024A | 2025E | 2026E | 2027E | CAGR |
|---|---|---|---|---|---|
| Tangible fixed assets | 419 | 424 | 419 | 419 | 0.0% |
| Intangible fixed assets | 1,559 | 1,569 | 1,559 | 1,559 | 0.0% |
| Cash and equivalents | 62 | 101 | 152 | 241 | 56.8% |
| Total assets | 3,655 | 3,708 | 3,736 | 3,833 | 1.6% |
| Short and long-term debt | 926 | 916 | 907 | 897 | -1.1% |
| Other long-term liabilities | 103 | 103 | 103 | 103 | 0.0% |
| Total liabilities | 2,781 | 3,001 | 3,004 | 3,011 | 2.7% |
| Net debt/(funds) | 864 | 815 | 754 | 656 | -8.7% |
| Shareholders' equity | 865 | 707 | 732 | 822 | -1.7% |
| Change in working capital | -61 | 4 | 0 | 9 | N/A |
| Cash flow from operations | 116 | 217 | 243 | 288 | 35.4% |
| Capital expenditure | -132 | -140 | -153 | -160 | N/A |
| Free cash flow | -16 | 77 | 90 | 127 | N/A |

| Valuation and leverage metrics | 2024A | 2025E | 2026E | 2027E | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 28.7 | 14.3 | 11.7 | 9.1 | 16.0 |
| EV/EBITDA (adj) (x) | 7.5 | 7.1 | 6.4 | 5.6 | 6.6 |
| Equity FCF yield (%) | N/A | N/A | N/A | N/A | N/A |
| P/Sales (x) | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| P/BV (x) | 1.3 | 1.9 | 1.9 | 1.7 | 1.7 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total debt/capital (%) | 50.0 | 53.5 | 50.8 | 44.4 | 49.7 |

Note: FY End Dec
Source: Company data, Bloomberg, Barclays Research

**Price (09-Apr-2025)**     **USD 11.55**
**Price Target**            **USD 20.00**

**Why OVERWEIGHT?**

KLC is one of the largest providers of quality early childcare education (ECE) which stands to benefit from a profitable growth strategy and their multiple go-to-market channels - which includes their extensive network of community-based centers, employer-sponsored programs, and before-and-after school sites.

**Upside case**            **USD 30.00**

There is acceleration in organic growth drivers or M&A growth and/or greater than forecasted margin expansion occurs, driving 10% upside to FY'27 adj. EPS, which we discount back to FY'26, and an ~25x multiple gets us to our upside case.

**Downside case**          **USD 10.00**

Growth slows or KLC isn't able to execute/integrate M&A, all weighing on margins, causing FY'27 adj. EPS growth to be ~ 13% lower. We discount back to FY'26 and assume an ~ 11x downside multiple, to get our downside case.

**Upside/Downside scenarios**

**Exhibit 5**
**Page 18**  17

**Valuation Methodology and Risks**

### U.S. Business & Professional Services

**Bright Horizons (BFAM / BFAM)**

**Valuation Methodology:** Our $160 PT is based on ~35x our FY27e Adjusted EPS - SBC estimate of $4.91 discounted back 10% to 2026e.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** 1) Premium valuation demands strong execution; 2) Economic sensitivity and potential for rising labor costs; 3) Execution risks associated with M&A strategy; 4) Competition could rise given attractive market; and 5) Sponsor ownership could limit liquidity.

**KinderCare (KLC / KLC)**

**Valuation Methodology:** Our new $20 PT represents ~10x our Barclays FY26E Adjusted EBITDA - SBC of $316m, implying a multiple of ~22.5x our FY2E EPS - SBC.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Risks that could impede on the price target include slower growth in enrollments, labor challenges/wage inflation impacts, structural and behavioral shifts (work from home/hybrid working dynamics and declining birth rates), affordability challenges for parents and leverage and sponsorship concerns.

Source: Barclays Research

Barclays | BFAM/KLC

**Analyst(s) Certification(s):**

I, Manav Patnaik, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barclays.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barclays.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Bright Horizons** (BFAM, 09-Apr-2025, USD 119.51), Overweight/Neutral, CE/J/K/N

**KinderCare** (KLC, 09-Apr-2025, USD 11.55), Overweight/Neutral, A/CE/D/E/J/K/L/M

Unless otherwise indicated, prices are sourced from Bloomberg and reflect the closing price in the relevant trading market, which may not be the last available closing price at the time of publication.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**CH:** Barclays Bank PLC and/or its group companies makes, or will make, a market in the securities (as defined under paragraph 16.2 (k) of the HK SFC Code of Conduct) in respect of this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FD:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with South Korean regulations.

**FE:** Barclays Bank PLC and/or its group companies has financial interests in relation to this issuer and such interests aggregate to an amount equal to or more than 1% of this issuer's market capitalization, as calculated in accordance with HK regulations.

**GD:** One of the Research Analysts on the fundamental credit coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**GE:** One of the Research Analysts on the fundamental equity coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

Barclays | BFAM/KLC

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing investor engagement services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**
Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Disclosure(s) regarding Information Sources**
Bloomberg® is a trademark and service mark of Bloomberg Finance L.P. and its affiliates (collectively "Bloomberg") and the Bloomberg Indices are trademarks of Bloomberg. Bloomberg or Bloomberg's licensors own all proprietary rights in the Bloomberg Indices. Bloomberg does not approve or endorse this material, or guarantee the accuracy or completeness of any information herein, or make any warranty, express or implied, as to the results to be obtained therefrom and, to the maximum extent allowed by law, Bloomberg shall have no liability or responsibility for injury or damages arising in connection therewith.

**Guide to the Barclays Fundamental Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**
**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Business & Professional Services**

| | | |
|---|---|---|
| ADT Inc. (ADT) | Bright Horizons (BFAM) | Cintas Corp. (CTAS) |
| Clarivate Analytics PLC (CLVT) | Dun & Bradstreet (DNB) | Ecolab Inc. (ECL) |
| Equifax Inc. (EFX) | FactSet Research Systems (FDS) | Fair Isaac Corp. (FICO) |
| First Advantage (FA) | Gartner Inc. (IT) | KinderCare (KLC) |
| ManpowerGroup (MAN) | Moody's Corp. (MCO) | MSCI Inc. (MSCI) |
| Robert Half International (RHI) | Rollins, Inc. (ROL) | S&P Global Inc. (SPGI) |
| Thomson Reuters Corp. (TRI) | TransUnion (TRU) | UniFirst (UNF) |

11 April 2025

**Exhibit 5**
**Page 21**    20

Barclays | BFAM/KLC

| Verisk Analytics (VRSK) | Vestis Corp. (VSTS) | WillScot (WSC) |

**Distribution of Ratings:**

Barclays Equity Research has 1841 companies under coverage.

48% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 55% of companies with this rating are investment banking clients of the Firm; 73% of the issuers with this rating have received financial services from the Firm.

37% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 46% of companies with this rating are investment banking clients of the Firm; 63% of the issuers with this rating have received financial services from the Firm.

14% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 33% of companies with this rating are investment banking clients of the Firm; 54% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

Barclays may also re-distribute equity research reports produced by third-party research providers that contain recommendations that differ from and/or conflict with those published by Barclays' Equity Research Department.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/Recommendations.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong Branch (Barclays Bank, Hong Kong)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Capital Casa de Bolsa, S.A. de C.V. (BCCB, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, Singapore Branch (Barclays Bank, Singapore)

Barclays Bank PLC, DIFC Branch (Barclays Bank, DIFC)

Exhibit 5
Page 22    21

## Bright Horizons (BFAM / BFAM)

Stock Rating: **OVERWEIGHT**

Industry View: **NEUTRAL**

Closing Price: **USD 119.51** (09-Apr-2025)

**Rating and Price Target Chart - USD (as of 09-Apr-2025)**

Currency=USD



Source: IDC, Barclays Research

Link to Barclays Live for interactive charting

| Publication Date | Closing Price* | Rating | Adjusted Price Target |
|---|---|---|---|
| 30-Aug-2024 | 139.07 | | 160.00 |
| 28-Feb-2024 | 109.76 | Overweight | 125.00 |
| 13-Feb-2024 | 95.89 | | 100.00 |
| 16-Feb-2023 | 72.14 | | 82.00 |
| 02-Dec-2022 | 74.84 | Equal Weight | |
| 10-Oct-2022 | 58.61 | | 75.00 |
| 03-Aug-2022 | 82.42 | | 90.00 |
| 04-May-2022 | 109.10 | | 130.00 |

On 10-Apr-2022, prior to any intra-day change that may have been published, the rating for this security was Overweight, and the adjusted price target was 155.00.

Source: Bloomberg, Barclays Research

*This is the closing price referenced in the publication, which may not be the last available closing price at the time of publication.

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Bright Horizons.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Bright Horizons and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Bright Horizons within the past 12 months.
**N:** Bright Horizons is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $160 PT is based on ~35x our FY27e Adjusted EPS - SBC estimate of $4.91 discounted back 10% to 2026e.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** 1) Premium valuation demands strong execution; 2) Economic sensitivity and potential for rising labor costs; 3) Execution risks associated with M&A strategy; 4) Competition could rise given attractive market; and 5) Sponsor ownership could limit liquidity.

---

## KinderCare (KLC / KLC)

Stock Rating: **OVERWEIGHT**

Industry View: **NEUTRAL**

Closing Price: **USD 11.55** (09-Apr-2025)

**Rating and Price Target Chart - USD (as of 09-Apr-2025)**

Currency=USD



Source: IDC, Barclays Research

Link to Barclays Live for interactive charting

| Publication Date | Closing Price* | Rating | Adjusted Price Target |
|---|---|---|---|
| 04-Nov-2024 | 28.32 | Overweight | 38.00 |

Source: Bloomberg, Barclays Research

*This is the closing price referenced in the publication, which may not be the last available closing price at the time of publication.

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of KinderCare in the previous 12 months.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by KinderCare.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from KinderCare in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from KinderCare within the next 3 months.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by KinderCare and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from KinderCare within the past 12 months.
**L:** KinderCare is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.
**M:** KinderCare is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our new $20 PT represents ~10x our Barclays FY26E Adjusted EBITDA - SBC of $316m, implying a multiple of ~22.5x our FY2E EPS - SBC.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Risks that could impede on the price target include slower growth in enrollments, labor challenges/wage inflation impacts, structural and behavioral shifts (work from home/hybrid working dynamics and declining birth rates), affordability challenges for parents and leverage and sponsorship concerns.

**Disclaimer:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays").

It has been prepared for institutional investors and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below or by an independent and non-affiliated third-party entity (as may be communicated to you by such third-party entity in its communications with you). It is provided for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Unless clients have agreed to receive "institutional debt research reports" as required by US FINRA Rule 2242, they will not receive any such reports that may be co-authored by non-debt research analysts. Eligible clients may get access to such cross asset reports by contacting debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Appearances by Third-Party Speakers: Any views or opinions expressed by third-party speakers during this event are solely those of the speaker and do not represent the views or opinions of Barclays. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations by any third-party speakers at the event ("Third-Party Content"). Any such Third-Party Content has not been adopted or endorsed by Barclays and does not represent the views or opinions of Barclays. Third-Party Content is provided for information purposes only and has not been independently verified by Barclays for its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. Barclays is not a fiduciary to any recipient of this publication. The securities and other investments discussed herein may not be suitable for all investors and may not be available for purchase in all jurisdictions. The United States imposed sanctions on certain Chinese companies (https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/chinese-military-companies-sanctions), which may restrict U.S. persons from purchasing securities issued by those companies. Investors must independently evaluate the merits and risks of the investments discussed herein, including any sanctions restrictions that may apply, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

This publication is not investment company sales literature as defined by Section 270.24(b) of the US Investment Company Act of 1940, nor is it intended to constitute an offer, promotion or recommendation of, and should not be viewed as marketing (including, without limitation, for the purposes of the UK Alternative Investment Fund Managers Regulations 2013 (SI 2013/1773) or AIFMD (Directive 2011/61)) or pre-marketing (including, without limitation, for the purposes of Directive (EU) 2019/1160) of the securities, products or issuers that are the subject of this report.

**Third Party Distribution:** Any views expressed in this communication are solely those of Barclays and have not been adopted or endorsed by any third party distributor.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Austria, Bulgaria, Estonia, Finland, Hungary, Iceland, Liechtenstein, Lithuania, Luxembourg, Malta, Portugal, Romania, Slovakia and Slovenia. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel. Authorised User means each individual associated with the Client who is notified by the Client to Barclays and authorised to use the Research Services. The Restricted EEA Countries will be amended if required.

**Exhibit 5
Page 25**

Barclays | BFAM/KLC

**Finland:** Notwithstanding Finland's status as a Restricted EEA Country, Research Services may also be provided by Barclays Bank PLC where permitted by the terms of its cross-border license.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of Canadian Investment Regulatory Organization (www.ciro.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A. and/or Barclays Capital Casa de Bolsa, S.A. de C.V. This material is distributed in the Cayman Islands and in the Bahamas by Barclays Capital Inc., which it is not licensed or registered to conduct and does not conduct business in, from or within those jurisdictions and has not filed this material with any regulatory body in those jurisdictions.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker INZ000269539 (member of NSE and BSE); Depository Participant with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-478-2020; Investment Adviser: INA000000391. BSIPL is also registered as a Mutual Fund Advisor having AMFI ARN No. 53308. The registered office of BSIPL is at Nirlon Knowledge Park, 9th floor, Block B-6, Off. Western Express Highway, Goregaon (East), Mumbai – 400063, India. Telephone No: +91 22 61754000 Fax number: +91 22 61754099. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore Branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material, where distributed to persons in Australia, is produced or provided by Barclays Bank PLC.

This communication is directed at persons who are a "Wholesale Client" as defined by the Australian Corporations Act 2001.

Please note that the Australian Securities and Investments Commission (ASIC) has provided certain exemptions to Barclays Bank PLC (BBPLC) under paragraph 911A(2)(l) of the Corporations Act 2001 from the requirement to hold an Australian financial services licence (AFSL) in respect of financial services provided to Australian Wholesale Clients, on the basis that BBPLC is authorised by the Prudential Regulation Authority of the United Kingdom (PRA) and regulated by the Financial Conduct Authority (FCA) of the United Kingdom and the PRA under United Kingdom laws. The United Kingdom has laws which differ from Australian laws. To the extent that this communication involves the provision of financial services by BBPLC to Australian Wholesale Clients, BBPLC relies on the relevant exemption from the requirement to hold an AFSL. Accordingly, BBPLC does not hold an AFSL.

This communication may be distributed to you by either: (i) Barclays Bank PLC directly, (ii) Barrenjoey Markets Pty Limited (ACN 636 976 059, "Barrenjoey"), the holder of Australian Financial Services Licence (AFSL) 521800, a non-affiliated third party distributor, where clearly identified to you by Barrenjoey. Barrenjoey is not an agent of Barclays Bank PLC or (iii) such other non-affiliated third-party distributor(s) as may be clearly identified to you. Such non-affiliated third-party distributor(s) are not agents of Barclays Bank PLC.

This material, where distributed in New Zealand, is produced or provided by Barclays Bank PLC. Barclays Bank PLC is not registered, filed with or approved by any New Zealand regulatory authority. This material is not provided under or in accordance with the Financial Markets Conduct Act of 2013 ("FMCA"), and is not a disclosure document or "financial advice" under the FMCA. This material is distributed to you by either: (i) Barclays Bank PLC directly or (ii) Barrenjoey Markets Pty Limited ("Barrenjoey"), a non-affiliated third party distributor, where clearly identified to you by Barrenjoey. Barrenjoey is not an agent of Barclays Bank PLC. This material may only be distributed to "wholesale investors" that meet the "investment business", "investment activity", "large", or "government agency" criteria specified in Schedule 1 of the FMCA.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the

11 April 2025

**Exhibit 5**
**Page 26** 25

UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). This material does not constitute or form part of any offer to issue or sell, or any solicitation of any offer to subscribe for or purchase, any securities or investment products in the UAE (including the Dubai International Financial Centre) and accordingly should not be construed as such. Furthermore, this information is being made available on the basis that the recipient acknowledges and understands that the entities and securities to which it may relate have not been approved, licensed by or registered with the UAE Central Bank, the Dubai Financial Services Authority or any other relevant licensing authority or governmental agency in the UAE. The content of this report has not been approved by or filed with the UAE Central Bank or Dubai Financial Services Authority. Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**Sustainable Investing Related Research:** There is currently no globally accepted framework or definition (legal, regulatory or otherwise) of, nor market consensus as to what constitutes a 'sustainable', 'ESG', 'green', 'climate-friendly' or an equivalent company, investment, strategy or consideration or what precise attributes are required to be eligible to be categorised by such terms. This means there are different ways to evaluate a company or an investment and so different values may be placed on certain sustainability credentials as well as adverse ESG-related impacts of companies and ESG controversies. The evolving nature of sustainable investing considerations, models and methodologies means it can be challenging to definitively and universally classify a company or investment under a sustainable investing label and there may be areas where such companies and investments could improve or where adverse ESG-related impacts or ESG controversies exist. The evolving nature of sustainable finance related regulations and the development of jurisdiction-specific regulatory criteria also means that there is likely to be a degree of divergence as to the interpretation of such terms in the market. We expect industry guidance, market practice, and regulations in this field to continue to evolve.

Any information, data, image, or other content including from a third party source contained, referred to herein or used for whatsoever purpose by Barclays or a third party ("Information"), in relation to any actual or potential 'ESG', 'sustainable' or equivalent objective, issue, factor or consideration is not intended to be relied upon for ESG or sustainability classification, regulatory regime or industry initiative purposes ("ESG Regimes"), unless otherwise stated. Nothing in these materials, including any images included therein, is intended to convey, suggest or indicate that Barclays considers or represents any product, service, person or body mentioned in these materials as meeting or qualifying for any ESG or sustainability classification, label or similar standards that may exist under ESG Regimes. Barclays has not conducted any assessment of compliance with ESG Regimes. Parties are reminded to make their own assessments for these purposes.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2025). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.

Exhibit 5
Page 27  26