# Exhibit 7

Exhibit 7
Page 1

# J.P.Morgan

North America Equity Research
14 May 2025

## KinderCare Learning Companies

### 1Q25 EPS Beats but Path Back to Revenue Growth Algorithm Less Clear

On Thursday, ECE (early childhood education) provider KinderCare (KLC) reported **1Q25 Adj. EPS of $0.23, above our $0.18 JPMe. Revenue growth of +1.2% y/y organic missed our +3.2% JPMe.** Revenues in 1Q25 grew +2.1% y/y, or +1.2% y/y on an organic basis. 1Q25 adj. EBITDA of $84mln was ahead of expectations as well, driven by tuition increases and cost control. Same-center occupancy averaged 69.1% in 1Q25, down from the 69.6% a year-ago. KLC reiterated its 2025 guidance for revenue of $2.75-2.85bn (+3% to +7% growth y/y), adj. EBITDA of $310-325M, and adj. EPS of $0.75-0.85. The midpoint of the revenue guide is modestly above our expectation for 2025, as we think 1Q25's revenue miss points to the lower end of the guided range for the full-year. Also, we think the ECE industry is currently facing challenges to enrollment growth and pricing in the near-term, and we worry about KLC's ability to grow in-line with its medium-term algorithm. On a positive note, we expect the overhang from policy uncertainty to abate.

- **1Q25 revenues miss but adj. EBITDA beats.** Total company revenues grew +2.1% y/y in 1Q25, or +1.2% y/y on an organic basis, versus our JPM estimate of +3.2% y/y organic. KLC reported 1Q25 adj. EBITDA of $84mln, with margins +110bps y/y, ahead of our $73mln JPMe (margins -80bps y/y). KLC cited operating leverage on labor, G&A cost control, and a >50bps spread between tuition increases and teacher salaries as the key drivers.

- **Occupancy drags 1Q25 organic growth vs. the medium-term algorithm.** KinderCare's medium-term revenue growth target of 6-12% (5-10% organic) can be split into six components. 1) Occupancy, which was -0.5% in 1Q25 (1-2% target). 2) Pricing, which added +2.5% to growth in 1Q25 (3-5% target). 3) B2B and Champions, which contributed +0.5% in 1Q25 (1-2% target). 4) New centers opened (NCOs) which added +0.5% (1-2% target) 5) Closures, which was a -1% drag (-1% target), and 6) M&A which added +1% to 1Q25 growth (1-2% target). We note that these components do not add-up to the 2.1% y/y reported revenue growth, which KLC ascribes to rounding. We see 1Q25 revenue growth as a miss, but note Kindercare does not guide on a quarterly basis and viewed the quarter as "in-line" (more below).

- **January weakness raises more questions than it answers.** Management attributed the 1Q25 occupancy miss to a "blip" in January enrollment season for infants and on elongated decision making cycles from elevated macro uncertainty. On the macro, we are skeptical that uncertainty introduced by the new administration had a significant impact on enrollment decisions in the first quarter, particularly in January. **KLC spoke to a lower conversion of inquiries in 1Q25, which we think raises several questions around price elasticity of KLC's lower-end customer demographic and changing childcare habits coming out of the pandemic.** For our part, we now model revenue growth below algo in 2025 (+3.9% y/y including M&A) and at the bottom end of the long-term algo in 2026 (+6.2% y/y including M&A).

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

### Overweight

**KLC, KLC US**
Price (13 May 25):$13.46

▼**Price Target (Dec-25):$15.00**
Prior (Dec-25):$24.00

**Business & Information Services**

**Andrew C. Steinerman** [AC]
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**Judson Lindley**
(1-212) 622-1712
judson.lindley@jpmorgan.com

**Alexander E.M. Hess, CFA**
(1-212) 622-8331
alexander.hess@jpmorgan.com
J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

| | Prev | Cur |
|---|---|---|
| Adj. EPS - 25E ($) | 0.83 | 0.78 |
| Adj. EPS - 26E ($) | 0.93 | 0.86 |

### Quarterly Forecasts (FYE Dec)
Adj. EPS ($)

| | 2024A | 2025E | 2026E |
|---|---|---|---|
| Q1 | | 0.23A | |
| Q2 | | 0.25 | |
| Q3 | 0.05 | 0.14 | |
| Q4 | 0.09 | 0.16 | |
| FY | 0.40 | 0.78 | 0.86 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 43 | 87 | | | |
| Growth | 40 | | 25 | | |
| Momentum | 19 | | | | |
| Quality | 93 | 90 | 40 | 100 | 100 |
| Low Vol | 84 | | | | |

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

**Exhibit 7**
**Page 2**

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

North America Equity Research
14 May 2025

J.P.Morgan

## Price Performance



— KLC Price ($)     — RTY (rebased)

|      | YTD    | 1m    | 3m     | 12m |
|------|--------|-------|--------|-----|
| Abs  | -24.4% | 22.1% | -32.5% | -   |
| Rel  | -18.7% | 9.1%  | -24.7% | -   |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 118 |
| 52-week range ($) | 29.89-10.31 |
| Market cap ($ mn) | 1,592.60 |
| Exchange rate | 1.00 |
| Free float (%) | 26.3% |
| 3M ADV (mn) | 0.70 |
| 3M ADV ($ mn) | 9.8 |
| Volatility (90 Day) | 67 |
| Index | RUSSELL 2000 |
| BBG ANR (Buy \| Hold \| Sell) | 7\|1\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY24A | FY25E | FY26E |
|---|---|---|---|
| **Financial Estimates** | | | |
| Revenue | 2,663 | 2,816 | 2,938 |
| Adj. EBITDA | 298 | 317 | 329 |
| Adj. EBIT | 181 | 194 | 204 |
| Adj. net income | 38 | 92 | 102 |
| Adj. EPS | 0.40 | 0.78 | 0.86 |
| BBG EPS | 0.31 | 0.79 | 0.97 |
| Cashflow from operations | 116 | 242 | 242 |
| FCFF | 105 | 174 | 150 |
| **Margins and Growth** | | | |
| Revenue Growth Y/Y (%) | 6.1% | 5.7% | 4.3% |
| Gross margin | 23.7% | 22.8% | 21.6% |
| EBITDA margin | 11.2% | 11.2% | 11.2% |
| EBIT margin | 6.8% | 6.9% | 6.9% |
| Adj. EPS growth | 205.6% | 96.6% | 10.9% |
| **Ratios** | | | |
| Adj. tax rate | 25.8% | 25.8% | 25.8% |
| Interest cover | 1.8 | 4.0 | 4.3 |
| Net debt/Equity | 1.0 | 0.8 | 0.7 |
| Net debt/EBITDA | 2.9 | 2.4 | 2.1 |
| ROCE | 7.6% | 7.8% | 7.9% |
| ROE | 5.6% | 10.1% | 10.3% |
| **Valuation** | | | |
| FCFF yield | 8.1% | 10.9% | 9.4% |
| Dividend yield | - | - | - |
| EV/Revenue | 1.1 | 1.0 | 0.9 |
| EV/EBITDA | 9.7 | 8.9 | 8.3 |
| Adj. P/E | 34.0 | 17.3 | 15.6 |

## Summary Investment Thesis and Valuation

### Investment Thesis

KinderCare is the largest U.S. provider in the early childhood education (ECE) industry, with over 1,500 centers to support working parents and the country's economic growth. COVID-19 had a devastating impact on the ECE industry, and it has taken multiple years for the childcare industry to recover from the impact of the pandemic. Large ECE providers, including KinderCare, have made investments in their recruiting programs, training and development programs, technology, and teacher wages to build back their business. At the end of 2023, KinderCare's portfolio of centers had recovered to its pre-pandemic occupancy rate of 69%. We think KinderCare's faster pace of recovery from COVID-19 is in part attributable to its more suburban center locations, closer to where families live. We think KinderCare is at a turning point whereby the management team can focus on the growth ahead.

### Valuation

Our Dec-2025 price target for KLC is $15, which is based on a target EV/EBITDA multiple of 8x applied to our 2026E EBITDA estimate (post-stock–based comp). We think KLC should trade at a discount to peer Bright Horizons (BFAM) as KLC has lower margins reflecting its B2C business model and KLC is more capital intensive. Our target multiple of 8x is at a discount to BFAM's median EV/EBITDA multiple of 15x prior to COVID-19.

## Performance Drivers



| | Market | 11% |
| | Sector | 2% |
| | Macro | 9% |
| | Style | 7% |
| | Idiosyn. | 72% |

| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.37 | 0.33 |
| **Sect: Cons Discretionary** | -0.14 | -0.14 |
| **Ind: Consumer Serv** | 0.05 | 0.04 |
| **Macro:** | | |
| US 10yr yield | -0.34 | -0.27 |
| Crude Oil | -0.19 | -0.23 |
| US 10yr Breakeven | -0.25 | -0.22 |
| **Quant Styles:** | | |
| Size | 0.31 | 0.20 |
| LowVol | 0.09 | 0.16 |
| DivYld | 0.10 | 0.16 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact.

**Exhibit 7**
**Page 3**

Andrew C. Steinerman <sup>AC</sup>
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

North America Equity Research
14 May 2025

J.P.Morgan

- **Kindercare clears the air on CCDF; lifts major overhang on the stock.** About 35% of KLC's 2024 revenues came from the congressionally authorized CCDF (childcare development fund). KLC expects flat to higher CCDF funding in 2026 as a result of the ongoing appropriations process, and does not expect CCDF distribution to be impacted by ongoing staffing cuts at HHS. Also, management mentioned the executive branch's recommendations on 2026 discretionary funding, which do not mention changes to the CCDF. We would concur with these observations based on our own research and will continue to monitor congressional action. Potential cuts as a result of DOGE initiatives and congressional austerity have been a key topic for investors in Kindercare and clarity on the topic should lift a major overhang on the KLC stock.

- **Potential secular factors holding back ECE enrollment growth:** Kindercare and public peer Bright Horizons both called out headwinds to enrollment growth in 1Q25. KLC is back to its pre-pandemic utilization rate, but struggling to grow beyond that level, while BFAM's utilization rate remains below 2019 levels. Recognizing certain company-specific factors, **we think there are also factors that could be impacting enrollment growth in the ECE industry**. <u>1) Price sensitivity:</u> due to a shortage of teachers and subsequent wage inflation, ECE companies have had to raise prices to offset elevated wage inflation. KLC raised prices +7% in each of 2023 and 2024. Both companies are still target pricing above CPI, and we think consumers could be reacting negatively to cumulative pricing actions. <u>2) Change in consumer behavior after COVID-19:</u> It is possible that families who had children during or soon after the pandemic are less familiar with the ECE industry and do not exhibit the same buying patterns as families did pre-pandemic, especially given the persistence of work-from-home/hybrid arrangements. <u>3) Demographic changes in key markets:</u> BFAM and KLC both called out difficulties recruiting younger age cohorts in 1Q25. In our view, one possible explanation is higher housing prices and mortgage rates could be impacting the rate at which families turnover in key geographies for ECE operators, thus decreasing the number of 0-2 year old children to replace graduating students.

- **2025 guide maintained.** KLC maintained its 2025 revenue guidance of $2.75-2.85bn, implying total company revenue growth of +3% to +7% y/y in 2025. The 2025 guide assumes the following contributions to revenue growth: 1) A "relatively flat" occupancy rate y/y, 2) tuition increases of 3%, 3) B2B and Champions contribution of 1-2%, 4) ~1% from new centers, 5) 1-2% from acquisitions, and 6) a roughly -1% drag from center closures. KLC also reiterated its 2025 guide for adj. EBITDA of $310-325M and adj. EPS of $0.75-0.85. **Adj. EBITDA and EPS growth are expected to be driven by the positive spread between tuition and wage increases.** Note that 2025 includes a 53rd week, which is estimated to contribute $45-50M in revenue and $10-12M in adj. EBITDA.

**Exhibit 7** 3
**Page 4**

Andrew C. Steinerman [AC]
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025

J.P.Morgan

# Investment Thesis, Valuation and Risks

## KinderCare Learning Companies *(Overweight; Price Target: $15.00)*

**Investment Thesis**

KinderCare is the largest U.S. provider in the early childhood education (ECE) industry, with over 1,500 centers serving infants from 6 weeks old to children ages 5 to 6 years old before they start kindergarten. The ECE industry serves a public good by providing a safe and educational environment for children to support working parents and the country's economic growth. KinderCare serves a large TAM (total addressable market), including low-income families who qualify for the government block grant (CCDBG) subsidy served in its core KCLC centers, middle-income families also served through its core KCLC centers, and upper-income families served through its recently acquired premium offering of Crème schools. Additionally, KinderCare has a Champions business (7% of 2024 revs) with which it partners with school districts to offer before- and after-school programs for school-aged children up to 12 years old.

COVID-19 had a devastating impact on the ECE industry, with most operators forced to temporarily close during the pandemic and many teachers furloughed. It has taken multiple years for the childcare industry to recover from the impact of COVID-19, with September 2024 seeming to be the first near-normal back-to-school enrollment period for the industry post-COVID. Large ECE providers, including KinderCare, have made investments in their recruiting programs, training and development programs, technology, and teacher wages to build back their business. While teacher turnover has long been an industry challenge, we think KinderCare is in a better position to attract and retain teachers versus smaller operators, which make up the majority of this highly fragmented industry.

At the end of 2023, KinderCare's portfolio of centers had recovered to its pre-pandemic occupancy rate of 69% (or 71% if excluding the October 2022 Crème acquisition). We think KinderCare's faster pace of recovery from COVID-19 is in part attributable to its more suburban center locations. In a post-pandemic world with more hybrid and remote work arrangements, we think KinderCare's footprint could be more favorable to working parents as KinderCare's centers are generally located in more suburban areas closer to where families live. With KinderCare just having surpassed its pre-COVID center occupancy level, we think the company is at a turning point whereby the management team can focus on the growth ahead.

**Valuation**

We are lowering our Dec-2025 price target for KLC to $15 from $24 to reflect our lower target EV/EBITDA multiple, as there is increased uncertainty about the company's future as a sustainable mid-single-digit or high-single-digit organic revenue grower prospectively. In 2025, KLC expects its occupancy rate and same-center enrollment to be "relatively flat" y/y, but management remains confident in growing occupancy 1-2% in future years, consistent with its long-term growth algorithm. Our new $15 PT is based on a target EV/EBITDA multiple of 8x (previously 11x) applied to our 2026 EBITDA estimate (post-stock based comp). We think KLC will trade at a discount to peer BFAM as KLC has lower margins reflecting its B2C business model and KLC is more capital intensive, and our target multiple of 8x is at a discount to peer BFAM's median EV/EBITDA multiple of 15x prior to COVID-19. We note that since BFAM presents its results on a pre-stock–based comp

4

**Exhibit 7**
**Page 5**

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

North America Equity Research
14 May 2025

J.P.Morgan

basis, its trading multiples reflect pre-SBC estimates. We estimate that if estimates were presented on a post-SBC basis, the implied trading multiple would be ~2x higher.

**Risks to Rating and Price Target**

- **Hiring and retaining qualified teachers is a persistent challenge for the ECE industry.** The nature of the work and the relatively low pay for the type of work involved, among other factors, make it difficult for early childhood education providers to recruit and retain teachers to provide quality care for the children at its centers. That said, we think large ECE providers including KinderCare have invested in their hiring, training, and development programs alongside investments in technology and teacher wages that make them better equipped to manage the recruitment and retention of teachers.

- **There could be less demand for ECE providers due to changing demographic trends.** The U.S. birth rate has broadly been declining over the last 10-20 years, with the birth rate among women ages 25-34 years old being below the pre-COVID 2019 level as of 2Q24. Fewer children could reduce the demand for early childhood education providers in the future, but so far the ECE industry has grown through this demographic challenge.

- **KinderCare faces competition from other ECE providers.** KinderCare faces competition from other large ECE providers, such as Bright Horizons (BFAM) and Learning Care Group, and it could be hard to differentiate itself to parents versus these other scaled providers. That said, the ECE business is very local and most of KinderCare's competitors are smaller mom & pop operators. KinderCare has also been trying to grow its B2B onsite employer-sponsored business, for which Bright Horizons is the clear leader.

- **There could be less government funding for child care in the future.** Approximately 35% of the children enrolled at KinderCare received government subsidy. President Trump's policies may create some uncertainty around the potential impact on private ECE providers. That said, we observe that the education block grant (CCDBG), which is the main source of federal government funding for childcare for lower-income families, has bipartisan support and has largely been steadily increasing over the last 18 years, including during Trump's first term in office. **Separately, current and prospective plans for universal pre-K (for 3 and 4 year olds) in certain states such as CA could potentially take away demand from private ECE providers including KLC.**

- **Margins are thin and FCF is low in the capital-intensive consumer-facing ECE business model.** Personnel/teacher costs and rent expenses are the largest cost items for the B2C ECE business. Beyond increasing enrollment to drive higher center occupancy and raising tuition at existing centers, KinderCare's growth model involves opening new centers or acquiring centers. Additionally, KinderCare's higher debt level (even post-IPO) and high interest expense weigh on the company's ability to generate substantial free cash flow at this point in time.

- **Injuries, health, and other safety risks.** KinderCare, like the rest of the childcare industry, is exposed to the risk of child injury. Child injuries or, worse case, death could lead to lawsuits and brand damage.

**Exhibit 7** 5
**Page 6**

Andrew C. Steinerman [AC]
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025



# KinderCare Learning Companies: Summary of Financials

| Income Statement - Annual | FY23A | FY24A | FY25E | FY26E | FY27E | Income Statement - Quarterly | 1Q25A | 2Q25E | 3Q25E | 4Q25E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 2,510 | 2,663 | 2,816 | 2,938 | - | **Revenue** | 668A | 715 | 701 | 731 |
| COGS | (1,824) | (2,033) | (2,173) | (2,303) | - | COGS | (516)A | (523) | (558) | (576) |
| **Gross profit** | 686 | 631 | 643 | 635 | - | **Gross profit** | 152A | 192 | 143 | 155 |
| SG&A | (287) | (419) | (308) | (315) | - | SG&A | (72)A | (81) | (77) | (79) |
| **Adj. EBITDA** | 266 | 298 | 317 | 329 | - | **Adj. EBITDA** | 84A | 87 | 69 | 78 |
| D&A | (109) | (118) | (123) | (125) | - | D&A | (30)A | (29) | (29) | (34) |
| **Adj. EBIT** | 157 | 181 | 194 | 204 | - | **Adj. EBIT** | 54A | 57 | 39 | 43 |
| Net Interest | (147) | (163) | (79) | (76) | - | Net Interest | (19)A | (20) | (20) | (20) |
| **Adj. PBT** | 20 | 51 | 124 | 137 | - | **Adj. PBT** | 36A | 40 | 22 | 26 |
| Tax | (27) | (15) | (24) | (29) | - | Tax | (8)A | (6) | (4) | (6) |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| **Adj. Net Income** | 15 | 38 | 92 | 102 | - | **Adj. Net Income** | 27A | 30 | 16 | 19 |
| Reported EPS | 0.13 | 0.40 | 0.78 | 0.86 | - | Reported EPS | 0.23A | 0.25 | 0.14 | 0.16 |
| **Adj. EPS** | 0.13 | 0.40 | 0.78 | 0.86 | - | **Adj. EPS** | 0.23A | 0.25 | 0.14 | 0.16 |
| **DPS** | - | - | - | - | - | **DPS** | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 114 | 96 | 118 | 118 | - | Shares outstanding | 118A | 118 | 118 | 118 |

| Balance Sheet & Cash Flow Statement | FY23A | FY24A | FY25E | FY26E | FY27E | Ratio Analysis | FY23A | FY24A | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 156 | 62 | 153 | 223 | - | Gross margin | 27.3% | 23.7% | 22.8% | 21.6% | - |
| Accounts receivable | 88 | 104 | 91 | 91 | - | EBITDA margin | 10.6% | 11.2% | 11.2% | 11.2% | - |
| Inventories | - | - | - | - | - | EBIT margin | 6.3% | 6.8% | 6.9% | 6.9% | - |
| Other current assets | 39 | 48 | 48 | 46 | - | Net profit margin | 0.6% | 1.4% | 3.3% | 3.5% | - |
| **Current assets** | 283 | 215 | 293 | 361 | - | | | | | | |
| PP&E | 396 | 419 | 451 | 507 | - | ROE | 5.8% | 5.6% | 10.1% | 10.3% | - |
| LT investments | - | - | - | - | - | ROA | 0.8% | 1.0% | 2.5% | 2.7% | - |
| Other non current assets | 2,974 | 3,012 | 2,997 | 2,973 | - | ROCE | 13.3% | 7.6% | 7.8% | 7.9% | - |
| **Total assets** | 3,653 | 3,645 | 3,741 | 3,841 | - | SG&A/Sales | 11.4% | 15.7% | 11.0% | 10.7% | - |
| | | | | | | Net debt/equity | 2.2 | 1.0 | 0.8 | 0.7 | - |
| Short term borrowings | 13 | 7 | 10 | 10 | - | | | | | | |
| Payables | 154 | 62 | 162 | 171 | - | P/E (x) | 104.0 | 34.0 | 17.3 | 15.6 | - |
| Other short term liabilities | 259 | 344 | 271 | 279 | - | P/BV (x) | - | - | - | - | - |
| **Current liabilities** | 427 | 413 | 443 | 459 | - | EV/EBITDA (x) | 11.8 | 9.7 | 8.9 | 8.3 | - |
| Long-term debt | 1,237 | 919 | 918 | 918 | - | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 1,483 | 1,449 | 1,424 | 1,432 | - | | | | | | |
| **Total liabilities** | 3,146 | 2,781 | 2,784 | 2,809 | - | Sales/Assets (x) | 1.4 | 0.7 | 0.8 | 0.8 | - |
| Shareholders' equity | 507 | 865 | 958 | 1,032 | - | Interest cover (x) | 1.8 | 1.8 | 4.0 | 4.3 | - |
| Minority interests | - | - | - | - | - | Operating leverage | 197.6% | 241.9% | 128.7% | 118.8% | - |
| **Total liabilities & equity** | 3,653 | 3,645 | 3,742 | 3,841 | - | | | | | | |
| **BVPS** | - | - | - | - | - | Revenue y/y Growth | 15.9% | 6.1% | 5.7% | 4.3% | - |
| y/y Growth | - | - | - | - | - | EBITDA y/y Growth | 27.9% | 11.9% | 6.2% | 4.0% | - |
| Net debt/(cash) | 1,094 | 864 | 774 | 704 | - | Tax rate | 25.8% | 25.8% | 25.8% | 25.8% | - |
| | | | | | | Adj. Net Income y/y Growth | (32.5%) | 157.8% | 141.5% | 10.9% | - |
| **Cash flow from operating activities** | 304 | 116 | 242 | 242 | - | EPS y/y Growth | - | 205.6% | 96.6% | 10.9% | - |
| o/w Depreciation & amortization | 109 | 118 | 123 | 125 | - | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | 24 | (61) | 28 | 19 | - | | | | | | |
| **Cash flow from investing activities** | (118) | (147) | (149) | (172) | - | | | | | | |
| o/w Capital expenditure | (129) | (132) | (127) | (149) | - | | | | | | |
| as % of sales | 5.1% | 5.0% | 4.5% | 5.1% | - | | | | | | |
| **Cash flow from financing activities** | (135) | (63) | (2) | (1) | - | | | | | | |
| o/w Dividends paid | 0 | 0 | 0 | 0 | - | | | | | | |
| o/w Net debt issued/(repaid) | (123) | 261 | (1) | 0 | - | | | | | | |
| **Net change in cash** | 51 | (94) | 91 | 70 | - | | | | | | |
| **Adj. Free cash flow to firm** | 283 | 105 | 174 | 150 | - | | | | | | |
| y/y Growth | 289.6% | (63.1%) | 66.4% | (14.0%) | - | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts who produce independent research unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to KinderCare Learning Companies or related entities.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for KinderCare Learning Companies or related entities within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: KinderCare Learning Companies or related entities.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: KinderCare Learning Companies or related entities.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: KinderCare Learning Companies or related entities.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: KinderCare Learning Companies or related entities.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from KinderCare Learning Companies or related entities.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from KinderCare Learning Companies or related entities.

- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from KinderCare Learning Companies or related entities.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of KinderCare Learning Companies or related entities, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.

**Exhibit 7** 7
**Page 8**

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025

 J.P.Morgan

KinderCare Learning Companies (KLC, KLC US) Price Chart



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 04-Nov-24 | OW | 28.32 | 31 |
| 21-Mar-25 | OW | 17.68 | 24 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Nov 04, 2024. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight (over the duration of the price target indicated in this report, we expect this stock will outperform the average total return of the stocks in the Research Analyst's, or the Research Analyst's team's, coverage universe); Neutral (over the duration of the price target indicated in this report, we expect this stock will perform in line with the average total return of the stocks in the Research Analyst's, or the Research Analyst's team's, coverage universe); and Underweight (over the duration of the price target indicated in this report, we expect this stock will underperform the average total return of the stocks in the Research Analyst's, or the Research Analyst's team's, coverage universe. NR is Not Rated. In this case, J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap Equity Research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those Research Analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying Research Analyst's coverage universe can be found on J.P. Morgan's Research website. https://www.jpmorganmarkets.com.

**Coverage Universe: Steinerman, Andrew**: Aramark (ARMK), Bright Horizons (BFAM), BrightView (BV), Cintas (CTAS), Dun & Bradstreet (DNB), Equifax (EFX), First Advantage (FA), Iron Mountain (IRM), KinderCare Learning Companies (KLC), ManpowerGroup (MAN), Moody's (MCO), RGP (RGP), Robert Half International (RHI), S&P Global (SPGI), Thomson Reuters (TRI), TransUnion (TRU), UL Solutions (ULS), UniFirst (UNF), Verisk Analytics (VRSK), Vestis (VSTS)

**J.P. Morgan Equity Research Ratings Distribution, as of April 05, 2025**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 50% | 37% | 13% |
| IB clients** | 51% | 49% | 37% |
| JPMS Equity Research Coverage* | 47% | 40% | 13% |
| IB clients** | 74% | 69% | 52% |

**\*Please note that the percentages may not add to 100% because of rounding.**
**\*\*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.**
**For purposes of FINRA ratings distribution rules only, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.**

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Exhibit 7
Page 9**

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

North America Equity Research
14 May 2025

J.P.Morgan

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of  http://www.jpmorganmarkets.com  where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:**The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

**UK MIFID FICC research unbundling exemption:** UK clients should refer to UK MIFID Research Unbundling exemption for details of J.P. Morgan's implementation of the FICC research exemption and guidance on relevant FICC research categorisation.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

Any digital or crypto assets discussed in this research report are subject to a rapidly changing regulatory landscape. For relevant regulatory advisories on crypto assets, including bitcoin and ether, please see https://www.jpmorgan.com/disclosures/cryptoasset-disclosure.

The author(s) of this research report may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so.

**Exchange-Traded Funds (ETFs):** J.P. Morgan Securities LLC ("JPMS") acts as authorized participant for substantially all U.S.-listed ETFs. To the extent that any ETFs are mentioned in this report, JPMS may earn commissions and transaction-based compensation in connection with the distribution of those ETF shares and may earn fees for performing other trade-related services, such as securities lending to short sellers of the ETF shares. JPMS may also perform services for the ETFs themselves, including acting as a broker or dealer to the ETFs. In addition, affiliates of JPMS may perform services for the ETFs, including trust, custodial, administration, lending, index calculation and/or maintenance and other services.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf  for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission - ALYC y AN Integral N°51).

**Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market Participant of ASX Limited, a Clearing and Settlement Participant of ASX

**Exhibit 7**    9
**Page 10**

Andrew C. Steinerman ^AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025

J.P.Morgan

Clear Pty Limited and a Clearing Participant of ASX Clear (Futures) Pty Limited. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy.

**Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / 0800-7700810 (For Hearing Impaired) / ouvidoria.jp.morgan@jpmorgan.com.

**Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Canadian Investment Regulatory Organization and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc.

**Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile.

**China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business.

**Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules.

**European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is authorised as a credit institution by the Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and jointly supervised by the BaFin, the German Central Bank (Deutsche Bundesbank) and the European Central Bank (ECB). JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons.

**Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong Branch (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. Where the distribution of this material is a regulated activity in Hong Kong, the material is distributed in Hong Kong by or through J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited.

**India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. Compliance Officer: Spurthi Gadamsetty; spurthi.gadamsetty@jpmchase.com; +912261573225. Grievance Officer: Ramprasadh K, jpmipl.research.feedback@jpmorgan.com; +912261573000. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is registered and supervised by the Otoritas Jasa Keuangan (OJK).

**Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch.

**Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan.

**Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating

10

**Exhibit 7**
**Page 11**

Andrew C. Steinerman <sup>AC</sup>
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

North America Equity Research
14 May 2025

J.P.Morgan

Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia.

**Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V. and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission.

**New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Markets Conduct Act 2013). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008.

**Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission.

**Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MDDI (P) 068/08/2024 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material.

**South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Conduct Authority (FSCA).

**Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. **To the extent that J.P. Morgan Securities (Taiwan) Limited produces research materials on securities not listed on the Taiwan Stock Exchange or Taipei Exchange ("Non-Taiwan Listed Securities"), these materials shall not constitute securities recommendations for the purpose of applicable Taiwan regulations, and, for the avoidance of doubt, J.P. Morgan Securities (Taiwan) Limited does not act as broker for Non-Taiwan Listed Securities.** According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material.

**Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500.

**UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy.

**U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. There may be certain discrepancies with data and/or limited content in this material as a result of calculations, adjustments, translations to different languages, and/or local regulatory restrictions, as applicable. These discrepancies should not impact the overall investment analysis, views and/or recommendations of the subject company(ies) that may be discussed in the material. Artificial intelligence tools may have been used in the preparation of this material, including assisting in data analysis, pattern recognition, and content drafting for research material. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant

**Exhibit 7** 11
**Page 12**

Andrew C. Steinerman AC
(1-212) 622-2527
andrew.steinerman@jpmorgan.com

**North America Equity Research**
14 May 2025

**J.P.Morgan**

regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. This material may include views on structured securities, options, futures and other derivatives. These are complex instruments, may involve a high degree of risk and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

**Confidentiality and Security Notice**: This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. This message is subject to electronic monitoring: https://www.jpmorgan.com/disclosures/email

**MSCI:** Certain information herein ("Information") is reproduced by permission of MSCI Inc., its affiliates and information providers ("MSCI") ©2025. No reproduction or dissemination of the Information is permitted without an appropriate license. MSCI MAKES NO EXPRESS OR IMPLIED WARRANTIES (INCLUDING MERCHANTABILITY OR FITNESS) AS TO THE INFORMATION AND DISCLAIMS ALL LIABILITY TO THE EXTENT PERMITTED BY LAW. No Information constitutes investment advice, except for any applicable Information from MSCI ESG Research. Subject also to msci.com/disclaimer

Sustainalytics: Certain information, data, analyses and opinions contained herein are reproduced by permission of Sustainalytics and: (1) includes the proprietary information of Sustainalytics; (2) may not be copied or redistributed except as specifically authorized; (3) do not constitute investment advice nor an endorsement of any product or project; (4) are provided solely for informational purposes; and (5) are not warranted to be complete, accurate or timely. Sustainalytics is not responsible for any trading decisions, damages or other losses related to it or its use. The use of the data is subject to conditions available at https://www.sustainalytics.com/legal-disclaimers. ©2025 Sustainalytics. All Rights Reserved.

"Other Disclosures" last revised April 05, 2025.

**Copyright 2025 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan. It is strictly prohibited to use or share without prior written consent from J.P. Morgan any research material received from J.P. Morgan or an authorized third-party ("J.P. Morgan Data") in any third-party artificial intelligence ("AI") systems or models when such J.P. Morgan Data is accessible by a third-party. It is permissible to use J.P. Morgan Data for internal business purposes only in an AI system or model that protects the confidentiality of J.P. Morgan Data so as to prevent any and all access to or use of such J.P. Morgan Data by any third-party.**

Completed 14 May 2025 05:37 AM EDT                    Disseminated 14 May 2025 05:38 AM EDT

**Exhibit 7
Page 13**