# Exhibit 9

**Exhibit 9**
**Page 1**

3/9/26, 5:28 PM

AG Campbell Announces Over $540,000 In Citations Against KinderCare Learning Centers For Wage, Sick Time, And Meal Break Vi…

Case 3:25-cv-01424-AR     Document 100-9     Filed 04/07/26     Page 2 of 5



OFFERED BY   **Office of the Attorney General**

PRESS RELEASE

# AG Campbell Announces Over $540,000 In Citations Against KinderCare Learning Centers For Wage, Sick Time, And Meal Break Violations

FOR IMMEDIATE RELEASE:

10/18/2023

Office of the Attorney General

Office of the Attorney General

The Attorney General's Fair Labor Division

MEDIA CONTACT

**Max German, Deputy Press Secretary**

**Phone**

(617) 727-2543

**Online**

Max.German@mass.gov

**BOSTON** — Attorney General Andrea Joy Campbell announced a series of citations against KinderCare Learning Centers, LLC, totaling $543,091 in restitution and civil penalties. These citations are part of a settlement relating to KinderCare's failure to

3/9/26, 5:28 PM                    AG Campbell Announces Over $540,000 In Citations Against KinderCare Learning Centers For Wage, Sick Time, And Meal Break Vi...

Case 3:25-cv-01424-AR     Document 100-9     Filed 04/07/26     Page 3 of 5

provide access to paid sick leave and meal breaks, as well as failure to pay employees for all time worked.

"KinderCare demonstrated a pattern of denying their employees access to meal breaks, earned wages, and paid sick time," **said AG Campbell.** "My office will continue to hold accountable those who violate our wage and hour laws."

KinderCare Learning Centers is an Oregon-based company that operates 62 daycare centers in Massachusetts. The matter was initially referred to the Attorney General's Office by a KinderCare employee.

An investigation by the AG's Office revealed that employees at KinderCare's Massachusetts locations were often unable to take meal breaks due to understaffing. Under Massachusetts law, employers must allow employees who are working a shift of more than 6 hours to take a 30-minute, uninterrupted meal break. Similarly, KinderCare was found to have violated wage laws by deducting breaks that were 20 minutes or less from employees' paychecks. These short breaks are considered compensable time and therefore must be paid.

In addition, individual center directors were found to have violated the Massachusetts Earned Sick Time law (/info-details/earned-sick-time) by restricting employees' ability to take paid sick leave or imposing extra barriers like doctor's notes. Under the law, employees in Massachusetts are entitled to accrue an hour of earned sick time for every 30 hours worked and employees must be permitted to take job-protected sick leave after 90 days of employment.  In addition, employers can ask for a doctor's note or other documentation only in limited circumstances.

Workers who believe that their rights have been violated in the workplace are encouraged to file a complaint online at www.mass.gov/ago/fld. For more information about the state's wage and hour laws, workers may call the AG's Fair Labor Hotline at (617) 727-3465 or go to www.mass.gov/ago/fairlabor for materials in multiple languages.

Exhibit 9
Page 3

Case 3:25-cv-01424-AR     Document 100-9     Filed 04/07/26     Page 4 of 5

3/9/26, 5:28 PM          AG Campbell Announces Over $540,000 In Citations Against KinderCare Learning Centers For Wage, Sick Time, And Meal Break Vi…

This matter was handled by Investigator Matija Zizanovic and Assistant Attorney General Kate Watkins, both of AG Campbell's Fair Labor Division.

###

# Media Contact

## Max German, Deputy Press Secretary

### Phone

**(617) 727-2543**

### Online

**Max.German@mass.gov**

## Office of the Attorney General



### Office of the Attorney General

The Attorney General is the chief lawyer and law enforcement officer of the Commonwealth of Massachusetts.

**Exhibit 9**

**Page 4**

Case 3:25-cv-01424-AR    Document 100-9    Filed 04/07/26    Page 5 of 5

3/9/26, 5:28 PM          AG Campbell Announces Over $540,000 In Citations Against KinderCare Learning Centers For Wage, Sick Time, And Meal Break Vi...



# The Attorney General's Fair Labor Division

The Attorney General's Fair Labor Division protects workers from exploitation and sets a level playing field for employers. We enforce wage and hour, public construction, and child labor laws.

© 2026 Commonwealth of Massachusetts.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/privacypolicy)

**Exhibit 9**

**Page 5**