Julia E. Markley, Bar No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Dana M. Seshens, *Pro Hac Vice Forthcoming*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice Forthcoming*
Chui-lai.cheung@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: +1.212.450.4855

Vincent Barredo, *Pro Hac Vice Forthcoming*
Vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendants Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-CV-01424-AR<br><br>CLASS ACTION<br><br>**NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN MOTION TO DISMISS** |

1-    NOTICE OF JOINDER OF THE UNDERWRITER
       DEFENDANTS IN MOTION TO DISMISS

PLEASE TAKE NOTICE that Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC (together, the "Underwriter Defendants"), defendants in the above-captioned case, hereby join in the Motion to Dismiss (the "Motion") filed on April 7, 2026 by Defendants KinderCare Learning Companies, Inc., Paul Thompson, Anthony Amandi, John T. Wyatt, Jean Desravines, Christine Deputy, Michael Nuzzo, Benjamin Russell, Joel Schwartz, Alyssa Waxenberg, and Preston Grasty (collectively, the "KinderCare Defendants"); move to dismiss Plaintiffs' Consolidated Amended Complaint (the "Complaint"); and, in so doing, incorporate by reference the arguments made by the KinderCare Defendants in support of their Motion.  Pursuant to Local Rule 7-1, counsel for the Underwriter Defendants certifies that counsel for the parties made a good faith effort through a telephonic conference on April 2, 2026, to resolve this dispute and have been unable to do so.  At the conference, in which counsel for the Underwriter Defendants participated, counsel for the KinderCare Defendants set forth the bases for the Motion.  Plaintiffs' counsel stated that Plaintiffs disagreed and would be proceeding with the Complaint and the claims asserted therein.  Counsel for the Underwriter Defendants notified Plaintiffs' counsel that the Underwriter Defendants would be joining in the KinderCare Defendants' Motion.

The Motion demonstrates why dismissal of the Complaint is proper for failure to state a claim pursuant to Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure.  As a result, if the Court were to grant the KinderCare Defendants' Motion, such a ruling would also dispose of Plaintiffs' claims against the Underwriter Defendants for violations of Section 11 and Section 12(a)(2) of the Securities Act of 1933 (Counts I and II).

For the reasons set forth in the KinderCare Defendants' Motion and Memorandum of Points and Authorities in support thereof, and herein, the Underwriter Defendants respectfully

2- NOTICE OF JOINDER OF THE UNDERWRITER DEFENDANTS IN MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

submit that the Complaint should be dismissed with prejudice.

DATED:  April 7, 2026.

**PERKINS COIE LLP**

By:*/s/ Julia E. Markley*
    Julia E. Markley, OSB No. 000791
    JMarkley@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: +1.503.727.2000

**DAVIS POLK & WARDWELL LLP**
    Dana M. Seshens, *Pro Hac Vice*
    *Forthcoming*
    Dana.seshens@davispolk.com
    Chui-Lai Cheung, *Pro Hac Vice*
    *Forthcoming*
    Chui-lai.cheung@davispolk.com
    450 Lexington Avenue
    New York, NY 10017
    Telephone: +1 212 450 4855

    Vincent Barredo, *Pro Hac Vice*
    *Forthcoming*
    Vincent.barredo@davispolk.com
    900 Middlefield Road
    Redwood City, California 94063
    Telephone: +1.650.752.2000

*Attorneys for Defendants Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC*

3-    NOTICE OF JOINDER OF THE UNDERWRITER
       DEFENDANTS IN MOTION TO DISMISS