Julia E. Markley, Bar No. 000791
Julia.Markley@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Dana M. Seshens, *Pro Hac Vice*
Dana.seshens@davispolk.com
Chui-Lai Cheung, *Pro Hac Vice*
Chui-lai.cheung@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: +1.212.450.4855

Vincent Barredo, *Pro Hac Vice*
Vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendants Barclays Capital Inc.; BMO Capital Markets Corp.; Deutsche Bank Securities Inc.; Goldman Sachs & Co., LLC; J.P. Morgan Securities, LLC (Chase); Loop Capital Markets LLC; Macquarie Capital (USA) Inc.; Morgan Stanley & Co. LLC; R. Seelaus & Co., LLC; Robert W. Baird & Co. Inc.; Samuel A. Ramirez & Company, Inc.; and UBS Securities LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE KINDERCARE LEARNING COMPANIES, INC. SECURITIES LITIGATION | Case No. 3:25-CV-01424-AR<br><br>**NOTICE OF FIRM NAME CHANGE EFFECTIVE JUNE 26, 2026**<br><br>**[CLERK'S ACTION REQUIRED]** |



**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

PLEASE TAKE NOTICE that effective June 26, 2026, PERKINS COIE LLP changed its name to ASHURST PERKINS COIE US LLP.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter. The new contact information for Julia E. Markley is as follows, and all future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Ashurst Perkins Coie US LLP at the contact information below (**please note that the email addresses will change, but the telephone numbers, mailing address and street address remain the same**):

Julia E. Markley, Bar No. 000791
Julia.Markley@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

DATED: July 10, 2026.

**ASHURST PERKINS COIE US LLP**

By: */s/ Julia E. Markley*

Julia E. Markley, Bar No. 000791
Julia.Markley@ashurstperkins.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

*Of Attorneys for Underwriter Defendants*